DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

***Robert J. O'Keefe***
*rokeefe@duffysweeney.com*

November 15, 2006

***Via First Class Mail***

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: Human Services Consultants, Ltd. d/b/a Gericare
and Ronald Mark Stewart, M.D. v.
Ann Tamule a/k/a Ann M. Sullivan, Alias, and MedOptions, Inc.
C. A. No. 1:06-cv-00486

Dear Sir or Madam:

Enclosed please find the certified copies from Providence Superior Court in C.A. No. 2006-5439 for filing in District Court C.A. No. 1:06-cv-00486. If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Robert J. O'Keefe

RJO/sr
Enclosure

cc: Everett A. Petronio, Sr., Esq. (w/o encl.)
Christine K. Bush, Esq. (w/o encl.)

*H:\Clients\MedOptions\Tamule\Letters\Clerk Fed. Ct. 11-15-06.doc*