**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE and RONALD MARK STEWART, M.D.,**
**Plaintiffs,**

**v.** **C.A. No. 06-486 ML**

**ANN TAMULE a/k/a ANN M. SULLIVAN, Alias, and MEDOPTIONS, INC.,**
**Defendants**

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants, Ann Tamule a/k/a Ann M. Sullivan, Alias, and MedOptions, Inc. hereby moves that Lawrence Peikes be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Defendants,
By their attorneys,

/s/ Robert J. O'Keefe
Christine K. Bush, Esq. (#5587)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: December 18, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Connecticut, New York and California (inactive), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Lawrence Peikes, Esq.
Wiggin and Dana
400 Atlantic Street
PO Box 110325
Stamford CT 06911-0325

**CERTIFICATION OF LOCAL COUNSEL**

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel:

Local Counsel
Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

---

**ORDER**

This Motion is hereby ____________________

____________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

TO:

Everett A. Petronio, Sr., Esq.
Law Office of Everett A. Petronio, Inc.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919

I hereby certify that the within *Motion for Admission Pro Hac Vice* was filed through the ECF system on the 19th day of December, 2006, and will be sent electronically to the above-named counsel who is a registered participant identified on the Notice of Electronic Filing.

/s/ Christine K. Bush, Esq. #5587

**ORAL ARGUMENT NOT REQUESTED**