**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE, and RONALD MARK STEWART, M.D., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 1:06-cv-00486-ML-DLM |
| ANN TAMULE, a/k/a, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Defendant MedOptions, Inc. hereby certifies that it does not have a parent corporation, nor does a publicly-traded company own more than ten percent (10%) of its stock.

Respectfully submitted,

ANN TAMULE a/k/a
ANN M. SULLIVAN,
Alias, MEDOPTIONS, INC.,
By their attorneys,

/s/ Lawrence Peikes
Lawrence Peikes (*Pro Hac Vice*)
WIGGIN and DANA, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676-facsimile
lpeikes@wiggin.com

and

/s/ Robert J. O'Keefe

Christine K. Bush (#5587)
Robert J. O'Keefe (#6750)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com
rokeefe@duffysweeney.com

Dated: January 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF filing system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 12th day of January, 2007.

Everett A. Petronio, Sr., Esq.
Law Office of Everett A. Petronio, Inc.
1239 Hartford Avenue
Post Office Box 19040
Johnston, RI 02919

/s/ Robert J. O'Keefe