**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Human Services Consultants, Ltd,** | **:** | |
| **dba GeriCare** | **:** | |
| **Ronald Mark Stewart MD** | **:** | |
| ***Plaintiffs*** | **:** | |
| | **:** | |
| **Vs.** | **:** | **C.A. No. 06-486 ML** |
| | **:** | |
| **Ann Tamule, aka Ann M. Sullivan,** | **:** | |
| **Alias, and MedOptions Inc.** | **:** | |
| ***Defendants*** | **:** | |

**MOTION TO WITHDRAW**

Now comes the Plaintiff's counsel in the above-entitled matter and hereby petitions this Honorable Court that Plaintiff's counsel be allowed to withdraw as counsel for said Plaintiff. Plaintiff's counsel hereby maintains that there has been disagreement between Plaintiff's counsel and Plaintiff as to the handling of this matter and further, that Plaintiff and Plaintiff's counsel cannot agree on finances as they pertain to this case.

**WHEREFORE**, Plaintiff's counsel moves to withdraw from the above-entitled matter due to the breakdown of the attorney-client relationship making it impossible for the attorney to continue to represent the client.

**Plaintiff, Human Services Consultants, Ltd., d/b/a GeriCare and**
**Ronald Mark Stewart MD**
**By Their Counsel**
***Law Offices of Everett A. Petronio, Inc.***

***/s/ Everett A. Petronio, Sr., Esq. (#0172)***
**1239 Hartford Avenue**
**PO Box 19040**
**Johnston, RI 02919**
**(401) 273-8800 – (401) 273-1907 Fax**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the within matter will be called on for hearing before a Justice of this Honorable Court on the 18th day of January 2007.

/s/ *Everett A. Petronio, Sr., Esq. (#0172)*

## CERTIFICATION

I, the undersigned, do hereby certify that on this 15th day of January 2007, I caused a true and accurate copy of the within *Motion to Withdraw* to be filed through the ECF system and sent electronically to the following counsel:

Christine K. Bush, Esq.
Robert J. O'Keefe, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
PO Box 110325
Stamford, CT 06911-0325

*/s/ Everett A. Petronio, S., Esq. (#0172)*