**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Human Services Consultants, Ltd,** | : | |
| **dba GeriCare** | : | |
| **Ronald Mark Stewart MD** | : | |
| ***Plaintiffs*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-486 ML** |
| | : | |
| **Ann Tamule, aka Ann M. Sullivan,** | : | |
| **Alias, and MedOptions Inc.** | : | |
| ***Defendants*** | : | |

**AFFIDAVIT**

I, **EVERETT A. PETRONIO, SR., ESQUIRE**, under oath do hereby depose to the following:

1. I am the attorney handling the within matter for the Plaintiff, Human Services Consultants, Ltd., d/b/a GeriCare and Ronald Mark Stewart MD.

2. The last known address for the Plaintiff is 277 Waterman Street, Providence, Rhode Island 02906

3. Said Plaintiff nor any of its principals at the time of the commencement of this action, nor at the present time, are in the Military Service of the United States as defined in the Soldiers and Sailors Civil Relief Act of 1940.

4. Said Plaintiff is not an infant nor incompetent.

/s/ ***Everett A. Petronio, Sr., Esq.***