**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Human Services Consultants, Ltd,** | **:** | |
| **dba GeriCare** | **:** | |
| **Ronald Mark Stewart MD** | **:** | |
| ***Plaintiffs*** | **:** | |
| | **:** | |
| **Vs.** | **:** | **C.A. No. 06-486 ML** |
| | **:** | |
| **Ann Tamule, aka Ann M. Sullivan,** | **:** | |
| **Alias, and MedOptions Inc.** | **:** | |
| ***Defendants*** | **:** | |

**AMENDED MOTION TO WITHDRAW**

Now comes the Plaintiff's counsel in the above-entitled matter and hereby petitions this Honorable Court that Plaintiff's counsel be allowed to withdraw as counsel for said Plaintiff. Plaintiff's counsel hereby maintains that there has been disagreement between Plaintiff's counsel and Plaintiff as to the handling of this matter and further, that Plaintiff and Plaintiff's counsel cannot agree on finances as they pertain to this case.

The Plaintiff requests/requires that Plaintiff's present counsel handle this matter strictly on a contingency basis, which Plaintiff's present counsel has refused to agree upon from the very inception of his discussions with the Plaintiff.

The monetary constraints that the Plaintiff seeks to impose upon the Plaintiff's present counsel cannot be agreed to and Plaintiff's present counsel has disagreed with the same from the very beginning of this matter.

In addition, the Plaintiff's present counsel has spoken with Defendant's counsel, C. Marlowe Mitchell, Esq., and advised her of his intention to withdraw. Attorney Mitchell in fact confirmed our notification of her by e-mail to Plaintiff's present counsel on Monday, January 15, 2007.

Further, Plaintiff's present counsel not only sent the Plaintiff notice of the Motion to Withdraw by Federal Express on Monday, January 15, 2007, but further spoke directly with the Plaintiff and advise him that Plaintiff's present counsel was seeking to withdraw from this matter. Said conversation took place on Monday, January 15, 2007.

**WHEREFORE**, Plaintiff's counsel moves to withdraw from the above-entitled matter due to the breakdown of the attorney-client relationship making it impossible for the attorney to continue to represent the client.

**Plaintiff, Human Services Consultants, Ltd., d/b/a GeriCare and**
**Ronald Mark Stewart MD**
**By Their Counsel**
***Law Offices of Everett A. Petronio, Inc.***

**/s/ Everett A. Petronio, Sr., Esq. (#0172)**
**1239 Hartford Avenue**
**PO Box 19040**
**Johnston, RI 02919**
**(401) 273-8800 – (401) 273-1907 Fax**

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the within matter will be called on for hearing before a Justice of this Honorable Court on the 18th day of January 2007.

**/s/ Everett A. Petronio, Sr., Esq. (#0172)**

**CERTIFICATION**

I, the undersigned, do hereby certify that on this 15th day of January 2007, I caused a true and accurate copy of the within *Motion to Withdraw* to be filed through the ECF system and sent electronically to the following counsel:

Christine K. Bush, Esq.
Robert J. O'Keefe, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
PO Box 110325
Stamford, CT 06911-0325

Further, Plaintiff's current address is *277 Waterman Street, Providence, Rhode Island 02906* and Plaintiff's present counsel has made a reasonable effort to confirm that notification sent to that address has likely been received by Plaintiff and Plaintiff's present counsel states that he has spoken directly with Plaintiff advising him of Plaintiff's present counsel's Motion to Withdraw.

**/s/ Everett A. Petronio, Sr., Esq. (#0172)**