AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Human Services Consultants, Ltd. d/b/a Geri Care et al.

v.

Ann Tamulo, aka Ann M. Sullivan et al

APPEARANCE

CASE NUMBER: C.A. # 06-486 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I enter my appearance pro-se (for myself).

I certify that I am admitted to practice in this court.

Date

Ronald M. Stewart

*Signature*

RONALD M. STEWART, M.D.

*Print Name* *Bar Number*

277 WATERMAN ST.

*Address*

PROVIDENCE, R.I 02906

*City* *State* *Zip Code*

401-331-7777

*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.