RECEIVED
APR 14 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **Human Services Consultants, Ltd,** **dba GeriCare** **Ronald Mark Stewart MD** ***Plaintiffs*** | : | |
| **Vs.** | : | **C.A. No. 06-486 ML** |
| **Ann Tamule, aka Ann M. Sullivan,** **Alias, and MedOptions Inc.** ***Defendants*** | : | |

**ORDER**

Said cause came on to be heard on the 29th Day of March 2007, before Judge Lisi on the Motion of Everett A. Petronio, Sr., Esquire to withdraw his appearance in the above-entitled matter for both Ronald Mark Stewart M.D. personally, and Human Service Consultants, Ltd, d/b/a GeriCare, and after hearing thereon it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Ronald Mark Stewart M.D. having entered his appearance for himself, (pro se), said entry of appearance is accepted.

2. The Court orders that the Plaintiff corporate entity (Human Service Consultants, Ltd, d/b/a GeriCare), shall retain successor counsel within thirty (30) days of this hearing date. Failure to do so may result in Plaintiff Corporation's claims being dismissed for lack of prosecution.

3. The Court does hereby grant Everett A. Petronio, Sr., Esquire's Motion to Withdraw from the Ronald Mark Stewart M.D. matter, and the suit brought on behalf of Human Service Consultants, Ltd, d/b/a GeriCare.

**ENTERED AS AN ORDER** of this Honorable Court on the 13th day of April 2007.

**ENTER:** **PER ORDER:**

Mary M. Lisi
**JUDGE**

Barbara Barletta
**CLERK**

**ORDER PRESENTED BY:**
**LAW OFFICES OF EVERETT A. PETRONIO, INC.**

**Everett A. Petronio, Sr., Esq. (#0172)**
**Counsel for Plaintiff,**
**1239 Hartford Avenue**
**Post Office Box 19040**
**Johnston, RI 02919**
**(401) 273-8800 - (401) 273-1907 Fax**

**CERTIFICATION**

I, the undersigned, do hereby certify that on the 10th day of April 2007, I caused a true and accurate copy of the foregoing to be mailed to the following:

Christine K. Bush, Esq.
Robert J. O'Keefe, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
PO Box 110325
Stamford, CT 06911-0325

Denise A. Medici