**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE, and RONALD MARK STEWART, M.D.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 1:06-cv-00486-ML-DLM** |
| **ANN TAMULE, a/k/a, ANN M. SULLIVAN, alias, and MEDOPTIONS, INC.,** | : | |
| **Defendants.** | : | |

**WITHDRAWAL OF APPEARANCE**

I, Robert J. O'Keefe, hereby withdraw my appearance as counsel on behalf of defendants Ann Tamule a/k/a Ann M. Sullivan, alias, and MedOptions, Inc. in the above-entitled matter. Christine K. Bush and the firm of Duffy Sweeney & Scott, Ltd. will continue to represent the defendants in connection with this matter.

/s/ Robert J. O'Keefe
Robert J. O'Keefe (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: April 19, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April, 2007, a copy of the foregoing was filed through the ECF system, and was served electronically to the recipients identified as registered participants on the Notice of Electronic Filing (NEF) or as specified below:

**Lawrence Peikes, Esq.**
Wiggin and Dana
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
***Via ECF Filing***

**Ronald Mark Stewart, M.D.** *(Pro Se)*
277 Waterman Street
Providence, RI 02906
***Via First Class Mail***

**Human Services Consultants, Ltd.**
**d/b/a GeriCare**
277 Waterman Street
Providence, RI 02906
***Via First Class Mail***

/s/ Christine K. Bush