UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE, and RONALD MARK STEWART, M.D., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 1:06-cv-00486-ML-DLM |
| ANN TAMULE, a/k/a, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Rachelle R. Green, Esq., of Duffy Sweeney & Scott, LTD hereby enters her appearance on behalf of Defendants, ANN TAMULE a/k/a ANN M. SULLIVAN, alias, and MEDOPTIONS, INC., in the above-referenced matter.

Respectfully submitted,

ANN TAMULE a/k/a
ANN M. SULLIVAN,
Alias, MEDOPTIONS, INC.,
By their attorneys,

/s/ Rachelle R. Green

Rachelle R. Green ((#5870)
Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com
rgreen@duffysweeney.com

June 15, 2007

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2007, a copy of the foregoing Appearance was filed through the ECF system, and was served electronically to the recipients identified as registered participants on the Notice of Electronic Filing (NEF) or as specified below:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin and Dana
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Rachelle R. Green