**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD.,** | : | |
| **dba GERICARE** | : | |
| **RONALD MARK STEWART MD** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| | : | |
| **vs.** | : | **C.A. # 06-486** |
| | : | |
| | : | |
| **ANN TAMULE, aka ANN M. SULLIVAN,** | : | |
| **Alias, and MEDPTIONS INC.** | : | |
| **Defendants** | : | |

**TO:** Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the defendants will take the deposition of MELISSA FERDINANDI at The Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, RI 02903, on December 19, 2007 at 10:00 a.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
November 30, 2007
srobinson@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on November 30, 2007 I sent a true copy of the within by electronic filing to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Vicki J. Bejma