# EXHIBIT B

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
401-486-7177

sent to each of her 6 homes

April 20, 2006

Grandview Center
100 Chambers Street
Cumberland, RI 02864

* Send First Class and Certified*

Dear Lori Brothers:

As you know, GeriCare, A Division of Human Services Consultants, Ltd., is committed to quality service to our nursing homes for the patients' mental health well-being. We are a multi-disciplinary team of professionals who have been covering the mental health federal and state requirements of Rhode Island nursing facilities since June 2000, with multiple positive recommendations from various agencies. It's a team of dedicated specialists who work together to ensure optimal patient care and have a commitment to and a compassion for their patients, meeting the strictest standards of professional competency.

It is with dismay that we must notify you that Ann Sullivan NP has given her resignation effective May 31, 2006 to pursue other interests in Massachusetts. Finding another available Advance Practice Nurse (APN) is not expected to be possible in the near future. We have been advertising for months now for new APNs with no success due to competition with the hospitals and physician offices and a general nationwide shortage of nursing personnel. Therefore, regretfully, in fairness to you, GeriCare must terminate our contract with your facility as of June 1, 2006. We cannot maintain our quality service standards and cover all your needs in the near future.

If an opportunity arises where we have hired an Advance Nurse Practitioner who could service your facility under GeriCare capacity, we will notify you for re-consideration.

We have enjoyed our professional relationship with your staff and wish you only the best in the future.

Sincerely,

Christine Richards LICSW

Christine Richards LICSW
Executive Director

Ronald M. Stewart MD

Ronald M. Stewart MD
Medical Director