**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD.,** | : | |
| **Dba GERICARE** | : | |
| **RONALD MARK STEWART MD** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **C.A. # 06-486** |
| | : | |
| **ANN TAMULE, aka ANN M. SULLIVAN,** | : | |
| **Alias, and MEDPTIONS INC.** | : | |
| **Defendants** | : | |

**STIPULATION**

It is hereby stipulated and agreed by and between the parties that Plaintiffs shall have up to and including January 21, 2008 to respond to Defendants' Second Set of Interrogatories and First Set of Requests for Admission.

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
vbejma@smrobinsonlaw.com

/s/ Christine K. Bush
Christine K. Bush (#5587)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(fax) 455-0701
cbush@duffysweeney.com

/s/ Lawrence Peikes
Lawrence Peikes
Admitted Pro Hac Vice
Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600
(fax) (203) 363-7676
lpeikes@wiggin.com