**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD., Dba GERICARE RONALD MARK STEWART MD** Plaintiffs | : | |
| vs. | : | **C.A. # 06-486** |
| **ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDPTIONS INC.** Defendants | : | |

**PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**

Now come Plaintiffs, and move to enlarge the time to file dispositive motions for one (1) week beyond the deadline previously established in this Court's pretrial order, that is, to February 29, 2008. The purpose for this extension is to permit the Defendants additional time to respond to outstanding discovery requests. Plaintiffs have conferred with Defendants' counsel, who have indicated that they have no objection to this Motion to Enlarge.

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 20, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on February 20, 2008 I sent a true copy of the within by electronic filing to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Vicki J. Bejma