# EXHIBIT F

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Eastgate.

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M. Tamule RNP Date: 020403

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Holiday.

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M Tamule RNP Date: 020403

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Hebert.

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M. Tamule RNP Date: 02 04 03

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Pine Grove.

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M. Tamule RNP Date: 020403

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Heritage Hill.

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M. Tamule RNP Date: 020403

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Tamule, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible psychiatric and mental health care to the residents of Haven Health Greenville

The Scope of my practice will include:

1) Assessment of patient functional and mental status
2) Evaluation of medical history, physical examination findings and diagnostic testing
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, primary physician and family as needed
2) Evaluation of the patient's medical record
3) Evaluation of the patient for functional and mental status changes
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for social work counseling
4) Referrals for psychology or neuropsyological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed
2) Consultation for complex patient problem solving
3) Monthly reports to Christine Richards regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home.

Signed: Ann M. Tamule Date: 03/5/04

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of the Holiday.

The Scope of my practice will include:

1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann M Sullivan RNP Date: 050205

Signed: Ronald M Stewart Date: 5/02/05
Ronald M Stewart MD

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of Morgan Health Ctr

The Scope of my practice will include:
1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:
1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:
1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:
1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:
1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann M Sullivan CNP Date: 050205

Signed: Ronald M Stewart MD Date: 5/02/05
Ronald M Stewart MD

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of Grandview.

The Scope of my practice will include:

1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann Sullivan [signature] Date: 050205

Signed: Ronald M Stewart [signature] Date: 5/02/05

Ronald M Stewart MD

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of Ballou Home.

The Scope of my practice will include:

1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann M Sullivan RNP Date: 050205

Signed: Ronald M Stewart Date: 5/02/05
Ronald M Stewart MD

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of Hebert.

The Scope of my practice will include:

1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann M Sullivan APRN Date: 050205

Signed: Ronald M Stewart MD Date: 5/02/05
Ronald M Stewart MD

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 486-7177

# COLLABORATIVE PRACTICE AGREEMENT

I, Ann Sullivan, agree to collaborate with Ronald Stewart MD and the clinical GeriCare team, along with the nursing home I am assigned, in order to provide the highest possible mental health care to the residents of Heritage Hills.

The Scope of my practice will include:

1) Assessment of patient current functional and mental status
2) Evaluation of medical history, physical examination findings, diagnostic testing, medication regime, etc.
3) Diagnosis and treatment of cognitive impairments, mental illnesses and psychosocial problems.

Assessment will involve:

1) Consultation with the facility staff, psychiatrist, primary physician and family
2) Evaluation of the patient's medical record including medical comorbidities
3) Evaluation of the patient for functional and mental status changes, concerns
4) Evaluation of effects of medication on patient functional and mental status

Treatment modalities will include as appropriate:

1) Recommendations of medication(s)
2) Recommendations for restorative nursing interventions
3) Referrals for clinical social work counseling
4) Referrals for DMATs or neuropsychological testing
5) Referrals for psychiatric evaluation by Ronald Stewart MD, Medical Director

The Goals of my practice are:

1) Maintenance of functional and mental health outcomes for residents
2) Effective and safe use of medication
3) Application of restorative nursing interventions collaboratively with the staff
4) Prevention of distressing psychiatric symptoms affecting residents and staff

Collaboration with Ronald Stewart MD will be demonstrated by:

1) Telephone conversations as needed for consultation for complex patient problem solving
2) Requests for psychiatrist evaluation with patient as needed
3) Monthly reports to GeriCare regarding patient reviews for generating lists for Ronald Stewart MD to see on his visit to the home on a quarterly basis.

Signed: Ann M Sullivan RNP Date: 050205

Signed: Ronald M. Stewart Date: 5/02/05
Ronald M Stewart MD