# EXHIBIT I

ed

AND AD-
AM MAN-
ental Health
ommunities
ol, Warren,
e is seeking
ed, experi-
direct the
ient clinical
sed, non-li-
ified clinical
adult popu-
and over).
direct care
perience re-
nsure pre-
offer a
alary and
cluding min-
rance plans,
pension plan,
d time off.
e to Human
Bay Mental
Old County
RI 02806, or
@eastbay.org

i Multiple
for cosmetic
ndising pro-
ogram. Ex-
but will train
es. Apply at:
or call: 1-
nsion 200.

NCH MAN-
er: Mortgage
wing. We are
ice and open-
e inside of a
ated in Woon-
date will have
gage industry
or manager.
spects of nur-
a must. Pay
lude commis-
es and Health
sitions for less
es include loan
an officers. If
Spanish please
confidential in-
me to 228-8601
ngillo@
ions.com

ional Credit
ed Loan Offi-
2000/mo., 60%
lified leads, full
st be: goal ori-
ayer, purpose
a minimum of
your career to
nd fax resume
all 615-1921 x27

AN OFFICER:
rtgage Broker
rienced loan of-
he right person.
ll. Stop working
me build your
antastic work-
and outstanding
Commissons,
and Retirement
ded. Call Mr.
9 (x243).

AN OFFICER:
prime lender in
Earn serious $
leads. No cold
ls, 401k. Call:
74.

oan Officer/Or-
ienced or will
an outstanding
m for the right
wing team. Mr.
401-486-0840

Loan Officers
sh, or Bilingual)
ased Mortgage
ng for the best of
y motivated and
viduals only. Un-
of leads provid-
n and incentive
business. Great
onment. Entre-
ed!!! Fax resume
3 or e-mail to
npfl.com

OAN OFFICER:
more money in
ear. established
pany seeking mo-
ale for in-house
position. We pro-
fied applications,
mpensation, bene-
and an excellent
ment with full staff
ure your success.
subprime, FHA,
mercial. Experi-
but will train the
ax resume to our
e at 401-785-0970
5-0975 Ext. 17 to
view.

ND HOUSING
ORIGINATOR

ginate RI Housing
age products. Mini-
experience in resi-

## 303-Help Wanted

**NANNY:** Family in South County RI is seeking mature, experienced, non-smoking nanny to care for 5 yr. old boy and forthcoming newborn twins. Part time starts immediately, full time starts May '06. Live-in possibility. Experience caring for children and newborns required as well as some driving and child related housework. Must have references and good driving record. Call Ann or Ken at 401-782-3528 before 8 pm

**NIGHTCLUB PROMOTER WANTED!!!!** For new nightclub. Tantric, Providence. Must be organized, motivated, outgoing. Please leave message 401-273-1070 tantricnightclub.com

NURSING

RN's and LPN's.

If you think all facilities are the same then you need to take a look at Cortland Place. Come see the difference. A pleasant environment, appreciative residents and team spirit are just some of the reasons our staff are proud to say they work at Cortland Place. We offer Skilled Nursing, Independent/Assisted Living and Dementia Care. Positions open: RN part-time 3rd; LPN full and part-time all shifts. Apply in person: 24 Austin Ave., Smithfield 949-3880; fax 949-3936

NURSING

HOME CARE

PSYCHIATRIC, MEDICAL, SURGICAL.

Per diem and or full time positions available for home care visits. Top rate and benefits for qualified candidates. Needs in all areas of RI. Must be an RN with a minimum of 2 years experience. For information, call Jackie at Tender Loving Care (401) 273-2280.

NURSE

CLINICAL COORDINATOR

Clinical leadership opportunity for quality-oriented RN. Ideal candidate brings excellent customer service and proven leadership skills along with home health and/or supervisory experience. Competitive pay and benefits in admission driven environment. Call or send resume to:

Life Care At Home,
63 Sockanosset Crossroad,
Suite 1C, Cranston, RI 02920.

Call 401-383-2250

**NURSE: CMT, Weekends.** Cra-Mar Meadows, 575 Seven Mile Rd., Cranston, a 41 bed health care facility. Call/come in, Mon-Fri 9-4:30. 401-828-5010 or fax resume to: 401-822-0952. EOE

New Today!

**NURSE: CNA.** For busy endoscopy center. Full time hours, 7:30 A.M.-3:30 P.M. Paid holidays. Excellent benefits. Great work environment. Fax resume to Kathy at 401-273-9689.

**NURSE: CNA, all shifts.** $12/hr., 1st shift, $1 differential for 2nd and 3rd shift, paid breaks. Join 4 seasoned CNAs on a 30 bed unit. Roberts Health Centre, a 61 bed upscale home, N. Kingstown across from Wal-Mart 294-3587

**NURSE: CNA for 6 yr. old boy in** Warwick. 3pm-6pm, Mon.-Fri. and 6:30am-3:30pm every other Sat. Sign-on bonus, gas stipend. Call Bayada Nurses 401-273-1112. EOE.

**NURSE/CNA: Mature, Italian-**speaking 3 day live-in to care for walker-dependent woman. BCI plus references a must. Call (401) 821-5771.

**NURSE: CNA needed for 5 yr.** old boy in Warwick. Tues.-Fri. 5 P.M. to 8 P.M. Sign-on bonus. Gas stipend. Call Bayada Nurses 273-1112. EOE

**NURSE: CNA needed for 17 yr.** old male in West Greenwich. Mon.-Fri., 2pm-5pm. Sign-on bonus, gas stipend. Call Bayada ... 1112 EOE.

## 303-Help Wanted

NURSE

NORTON
Nursing Group

- RN - $33/HR plus differential
- LPN - $30/hr. plus differential
- CNA - Up to $18/hr. plus differential

Sign-On Bonus - Up to $500 for any new licensed employee that completes 10 shifts.

We are located at One Davol Square, Suite #9 in Providence. Please call Nicole at: (401)351-1354.

Apply online: www.4norton.com

NURSE

Part-Time Nurse Practitioner
Nurse Practitioner(ANP or FNP) needed for busy ambulatory care College Health Services office one day a week during February, March and April 2006. Experience in College Health Service, Urgent Care or emergency medicine is desirable.

Interested applicants should send cover letter and resume to:
Roger Williams University
One Old Ferry Road
Bristol, RI 02809 or
Human resources@rwu.edu
Indicating Ref #:06-069

**NURSE PRACTIONER:** Opening for full-time NP for internal medicine practice in Pawtucket. Spanish speaking preferred. Flexible hours, no weekends. 401-742-3427; fax: 401-728-1425.

New Today!

**NURSE: Practitioner/Clinical** Nurse Specialist. Provide evaluations in RI nursing home near you. Part/full-time. Flexible hrs. Join successful mental health team. 401-486-7177.

**NURSE PRACTITIONER or PHYSICIAN ASSISTANT:** Needed for a busy family practice in Portsmouth. Part time/full time. Competitive salary and benefits. Fax resume and salary requirements to, Leslie Jackson at 401-683-3308.

**NURSE: Psychiatric Nurse.** The Providence Center, a JCAHO facility and a leader in behavioral health services is seeking an energetic, caring individual to be a part of our Assertive Community Treatment Team to assess and provide a wide range of nursing services for adults with serious mental illnesses. RN license required and Bachelor's degree preferred. For consideration forward resume/cover letter via email hr@provctr.org. Bilingual (Spanish/English) are encouraged to apply.

NURSE

Registered Nurse, Full time position (RN/BSN preferred) to work with adults with serious and persistent mental illness. Duties include collaboration with psychiatrists, clinicians, treatment planning, record keeping, administration of medications, consultation with families as well as work independently in specific program needs. Experience in facilitating medication and support groups preferred.

RI RN license and valid driver's license required. Competitive salary, comprehensive benefit package including 4 weeks vacation, medical, dental, life, AFLAC, long term disability insurance and 401k. Send resume and cover letter indicating position code RN-CSP to Human Resources, The Kent Center, Summit South, 300 Centerville Road, Suite 301S, Warwick, RI 02886. Fax 401-691-3398 email: hr@thekentcenter.org Visit our website at www.thekentcenter.org EOE.

**NURSE: RN. Mon-Fri, full-time.** To provide medical and psychiatric services for our supported apartment program working with mentally ill adults. Send resume to: Fellowship Health Resources, 59 West Shore Road, Warwick, RI 02889. Fax: 739-0644. EEO/MF/H/V

**NURSE/RN: 11-7AM,** 30 Bed Unit. Work 36 Hours Paid for 40, High Wages plus Benefits, Plus Profit Sharing. Roberts Health Centre a 61 Bed Upscale Home, ... Kingstown, Across from

## 303-Help Wanted

NURSES

Tender Loving Care
HOME HEALTH CARE

Love What You Do!
Do What You Love!

Join one of the nation's fastest growing home care providers.

ASSISTANT DIRECTOR OF CLINICAL SERVICES

Must be RN with home care experience, minimum 2 years management experience, computer skills, and strong knowledge of OASIS, PPS and RI regulations. Candidate must possess interpersonal, organizational and communication skills, as well as, the ability to multitask and work with all levels of multidisciplines.

Fax resume to (401)273-2996 or send to: Maureen Wyman at Tender Loving Care 438 Broadway, Providence, RI 02909

**NURSES: RN/LPN/EMT:** For outdoor school program. Be with healthy children in non-medical relaxed setting. Must live-in. 1-800-433-8375 or www.naturesclassroom.org

**NURSES: RNs/LPNs for a** Community Based Nursing Program: Providing nursing case management, client advocacy and home visits. Full/Part Time. Send resume to: Gabriel Care Adult Foster Care Program, 261 Oliver St., Fall River, MA 02724

**NURSES: RN's, LPN's Full-**time, part-time, per diem, 3-11. Call Gail at, Cedar Crest, Subacute and Rehabilitation Centre, 944-8500 or apply at: www.cedarsliving.com, 125 Scituate Ave. Cranston 02921. EOE

**NURSE SUPERVISOR, RN:** to work part-time days, Mon.-Fri. for home care agency. Pleasant working environment and unique pay incentive. Call: IDEAL, 401-353-2230.

NURSING

As a nationally recognized clinical provider of acute and chronic kidney disease treatments, Renal Care Group is dedicated to superior patient outcomes and satisfaction. We have the following part-time opportunities available in our Pawtucket and Providence, RI facilities:

REGISTERED NURSES

3 days per week and every other Saturday. Must have current RI license. Dialysis experience preferred but not required - we will train!

DIALYSIS TECHNICIANS

3 days per week and every other Saturday. Responsibilities include dialysis machine set-up, water treatment, inventory control and patient care. Must have High School diploma or equivalent and recent healthcare experience or training. CNA or EMT preferred.

Enjoy competitive compensation and benefits, 401(K), employee stock purchase plans and a dynamic, multidisciplinary work environment. Find out more by visiting our website at www.renalcaregroup.com. Or send your resume to mdurnell@renalcaregroup.com; Fax: (610) 832-0638. EOE M/F/D/V

RENAL CARE GROUP

New Today!

**NURSING ASSISTANTS/Certified:** Homecare agency seeking Nursing Assistant with office experience for staffing and scheduling. Must be certified, and available to work full time ... part time in the office and

## 303-Help Wanted

NURSING OPPORTUNITIES

Steere House, a 120-bed teaching nursing facility affiliated with the Brown University Geriatric Fellowship Program, has the following opportunities:

LPN's/RN's
Full and Part-time positions on all shifts. Up to $31.90 per hour.

Per Diem
LPN's $30.00 per hour
RN's $35.00 per hour

C.N.A.'s
Full and part-time positions available on the 3pm-11pm and 11pm-7am shifts

Applicants may apply in person or fax their resume to:

Steere House
100 Borden Street
Providence, RI 02903
Fax: 401-831-7570

NURSING

RESIDENT CARE OPENINGS

The Village at Hillsgrove, a Benchmark Assisted Living Community, is looking to fill the following positions:

LPNs Agate, Bold, Flush LeftTwo part-time positions (12 hours/week and 16 hours/week). Shift is 5-... PM.

Med Techs
Two part-time, 24 hours/week positions (AM and PM). 1+ year experience required. Per diem shift also available.

CNAs
Part-time days and per diem. All positions require rotating weekends. To apply, please forward resume to:

Lisa Gardner
Village at Hillsgrove
75 Minnesota Avenue
Warwick, RI 02888
E-mail: lgardner@benchmarkwri.com
Phone: 401-737-7222
Fax: 401-737-9702
We take diversity personally.

NURSING

RNs/LPNs/C.N.A.

Celebrate the New Year by joi... positive, fun environment that ... for the young and the old. Be ... a team that is progressiv... offers you the opportunity ... your knowledge. We are def... free, a winner of the AHCA ... Step 1 award and offer man... fits as well as free CEU's.

For the opportunity to ... facility call 467-3555. And ... Deb Greene, DON or Sue W... ADON or stop by at 270 ... Warwick, RI. You can also ... resume to 401-781-0380. ... forward to talking to you

NURSING

RN'S/LPN'S/GN'S - P...

Saint Elizabeth Home, ... wich. Beautiful, state o... facility that surrounds ... Just Like Family.

In addition to providing ... able work environment ...
- The best C.N.A./Resid... or LPN/Resident sta... around
- Wages based on exp...
- Sign-on Bonus
- 3 weeks vacation aft... employment for RN'...
- Excellent benefit pro... ing a 100% employer...
- A management phi... recognizes the impor... ing fun in the work...
- Stable nursing and ... leadership

100 contact Mi... 471-6060 ex...

Case 1:06-cv-00486-ML-DLM Document 49-10 Filed 02/22/2008 Page 3 of 12

## 303-Help Wanted

**ELECTRICAL SUPPLY:** Counter sales, experienced preferred. Benefits available. Reply to Box M-34263 Journal Bldg., 75 Fountain St., Prov., RI 02902.

**ELECTRICIAN: Experienced;** needed for expanding low established company in Fall River. Responsible applicants need only apply. Great pay and benefits for qualified individuals. Fax resume to: 508-674-1788.

**ELECTRICIAN: RI licensed,** 5-10 years manufacturing experience. Apply in person 200 Providence St., West Warwick or email: bradfordjobs@bradfordsoap.com

**ELECTRICIAN: Journeyperson** and Apprentice. Full Time. Experience in Residential Wiring. Good Pay/Benefits. For an interview call 401-739-9473 or Email: jjelectricri@aol.com

**ELECTRICIAN: RI Journey** person and apprentice, residential and commercial wiring. Competitive wages/benefits. Call 946-4700.

**ELECTRICIAN: High-End.** J-men only. Newport Area. Full Benefits package. Top firm, Top pay. Move up Now! Let's talk. Shamrock Elec. 401-846-6052 Fax resume 401-846-6082.

**ELECTRICIAN: Journeyman** and Experienced Apprentice. Commercial work. Must have tools, transportation. Great pay with full benefit package. Call Eastern Electric, 401-780-9601.

**FACILITY MANAGER: 5-10** years experience managing a facility. Apply in person 200 Providence St., West Warwick or email: bradfordjobs@bradfordsoap.com

**FARM WORK: Steady** employment. 54 hrs a week. General farm work. Miscellaneous chores in Rehoboth, MA. Close to Seekonk, East Providence area. 508-252-3301

**FINISHER: Fast paced design/** prototype company has an immediate opening in their finishing department. Individual must have at least 3 years experience and have general model making capabilities. Company provides paid holidays, vacation, 401K and health benefits. Please send resume (no phone calls please) to: Empire Prototype Development, Inc., Attn: Human Resources, 217 East Street, Attleboro, MA 02703.

FITNESS

HOCKOMOCK AREA YMCA
An Equal Opportunity Employer
www.hockymca.org

NORTH ATTLEBORO BRANCH 508-695-7001

FITNESS DIRECTOR

Professional with vision to oversee 3,500 sq. ft. Fitness Center. Manage/develop wellness and fitness programs. Administrative, personnel management, fiscal management, facility utilization, strong interpersonal skills required. BS related field. Health/dental, retirement. Resumes with cover letter by 2/12/06 to HR Director, 300 Elmwood St., No. Attleboro, MA 02760.

**GENERAL: FRESH START!** 30 people needed. Interview today, start tomorrow. $400-$600 weekly. We will train. Call Kristin 401-728-2308

**The John Hazen White School of Arts & Sciences** invites applications for the following academic positions for Spring 2006. Minimum of Master's Degree required in the designated field or related area.

- Part-time instructors in **Social Sciences** Department teaching undergraduate courses in Psychology and Sociology. Req. #0362
- Part-time instructors in **Humanities** Department, teaching History and Ethics courses. Req. #0556
- Part-time instructors in **Science** Department, teaching Chemistry Req. #0557, Marine Biology Req. #0558 and Botany Req. #0559.

Candidates should have a strong commitment to teaching in a culturally diverse environment. Deadline for applications: February 20, 2006. Please visit http://work.jwu.edu to learn more

## 303-Help Wanted

**GENERAL HELP: Are you** looking for growth potential? 25 people to start now. Expanding company. $400 wk to start. Sign on bonus. No experience. Management potential after 60 days. Must like people. 1-800-286-5051

**GOLF COURSE Grounds Staff:** Full-Time Mechanic with competitive salary, full benefit package. Full and part-time laborers and equipment operators. Summer and weekend positions also. Great for retirees, students and others. Golf privileges for all positions. Call: Walpole Country Club, 508-668-3859.

**HAIRDRESSING Instructors:** (1) English and (1) Spanish speaking. $13 hourly plus perks. Also instructor course offered. 300 hrs in Spanish and English Earn $13-$15 hourly. 725-6882

**HAIR STYLIST/NAIL** TECHNICIAN: Award winning Middletown salon and spa now hiring full and part time hair stylist and nail technicians. Please call (401) 842-0838.

**HOSTESS/HOST: Part-time,** Experience only. Apply in person: English Muffin Restaurant, 1989 Plainfield Pike, Johnston.

**HUMAN RESOURCES** GENERALIST: The Preservation Society of Newport County seeks HR Generalist to oversee and manage a wide variety of HR functions. Requires BA/BS in related field, 2-4 years HR experience, PHR/SPHR preferred. Full time position includes health, dental; retirement and pension plans, life, disability, vacation, more. Send resume to jobs@newportmansions.org. EOE

**HUMAN RESOURCES** DIRECTOR: Thielsch Engineering is seeking an experienced HR Director to plan, direct and coordinate Human Resource management activities to maximize the strategic use of HR and maintain functions such as employee compensation, recruitment, policies and procedures and regulatory comp-liance issues. Bachelor's degree in Human Resources, Business or related field required, with 10+ yrs. experience. Send resume to: rpaola@thielsch.com, fax 401-461-0175 or mail 195 Francis Ave., Cranston, RI 02910, attn: R. Paola EOE

**HUMAN SERVICES: Clinical** Director, full time for outpatient substance abuse clinic in Westerly RI. RI state license LCDCS or equivalent required. Hours Mon-Fri, 5:30 a.m.-1:30 p.m. Fax resume to: Mike Gaudet, 401-946-2407

**HUMAN SERVICES: Substance** Abuse Counselor for outpatient clinic. Full time. Substance abuse licence LCDP required. Experience a must. Mon-Fri 5:30am to 1:30pm. Fax resume: David Thatcher, (401) 946-2407.

**HUMAN SERVICES:** RESIDENTIAL COUNSELOR. Female adolesent youth services group home in South County seeks full time counselor to provide direct care. Continuous 3½ day shift with overnights. Competitive salary and company paid benefit package. BA preferred. Fax resume to 401-782-1145; email: noreen@lighthouseforyouth.necoxmail.com

**INSPECTOR: Machine Shop** seeking full time Inspector to operate programmable CMM equipment. Computer knowledge required. Call 401-726-2347 to set up an interview.

**INSURANCE: Are you looking** for a change for the better? We have an immediate opening for an experienced Commercial Lines CSR with a demonstrated ability to handle medium sized accounts. A designation and familiarity with applied systems are a definite plus. We offer competitive salary, bonuses, 401k, medical and other benefits. Resume to: Robert S. Quigley, VP, The Preston Agency Inc., PO Box 810, East Greenwich, RI 02818-0810 or fax 401-885-1700

**INSURANCE: Large auto body** repair facility seeking experienced auto claims handlers due to increased volume. Full and part time positions available. Friendly and clean work environment. We offer competitive salary, 401k and benefits: Apply in person: Providence Auto Body, 350 Silver Spring St., Providence.

**INVENTORY CLERK: for part-** /full time retail inventory control. Responsible for inputting product. Needs to be detail oriented. Experience preferred. Fax resume to 508-336-7778.

**JEWELERY: Polishers, Full-** Time, benefits. 3 plus years experience in White Metal, reliable and responsible. Apply at: Tahoe, 20 J. Medeiros Way, East Providence. (401) 435-4114.

**JEWELRY: Polisher. Part time** /full time. At least 5 years expe-

## 303-Help Wanted

**LANDSCAPE: Landscape Co.,** Walpole, MA seeks Production Manager for construction. Knowledge of plants and hardscapes, manage and schedule multi-crews, purchase materials, and achieve budget goals, 10+ yrs. experience, full time, year round. $40-$50K. Benefits, company vehicle. Fax Resume 508-660-0461 email: jguerin@natureworkslandscape.com

**LAWNCARE TECH: Leader in** lawn and tree care industry seeking career minded individuals for full time employment. Pesticide license a plus. Competitive salary based on experience. Benefits including bonus/pension. Call Lawn Doctor, 401-826-8271.

**LEGAL SECRETARY: East** Bay Law Office. Significant pre-closing and post-closing experience. Fax resume to: 401-254-2994.

**LEGAL SECRETARY: Providence** insurance defense firm seeks experienced RI and MA workers comp/litigation secretary. EOE. Please send resume: Reply to Box P-33056, Journal Bldg., 75 Fountain St., Providence, RI 02902.

**LEGAL SECRETARY: Small** downtown firm seeks full time Legal Secretary. Salary negotiable. Telephone 401-490-2939. Fax resume to: 401-490-2940.

**WE'RE GROWING!**

POLYTOP CORP, a leader in the dispensing closure industry located in Slatersville, RI has the following opportunities:

- Assembly Operators 8 hr. shifts
- Material Handlers 8 hr. shifts
- Technicians 12 hr. shifts
- Quality Technician 2nd shift
- Warehouse Positions various shifts
- Toolroom supervisor 1st shift
- Manufacturing Shift Supervisor - 3rd shift
- Safety Coordinator Part-time

*Polytop has a very competitive starting wage and benefit package including 401K.*

Please submit resume or apply in person to:
POLYTOP CORPORATION
Human Resources
PO Box 68
110 Graham Drive
Slatersville, RI 02876
EOE/AAE

**QUALITY CONTROL COORDINATOR**

Small precision manufacturing company is searching for a QC Coordinator to assist owner to develop and monitor a Quality Management and Production System.

Responsibilities will include understanding and monitoring internal quality control standards and guidelines.

Should be knowledgeable in geometric tolerancing, customer requirements, precision components, and performance measurements.

Candidate must have strong organizational and communication skills, be a self-starter and a team player.

Working knowledge of Microsoft Excel and Word are a plus.

Machine Shop/Precision components assemblies background are required

## 303-Help Wanted

**LEGAL SECRETARY: Down-** town firm is seeking full time, experienced Legal Secretary. Knowledge of trust and estates helpful. Must have strong MS Office, organizational, and communication skills. Ability to prioritize and manage multiple tasks with strong follow through a must. Competitive salary and benefits. Fax or mail resume to: Administrator: Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, RI 02903 Fax: 401-331-5787

**LOAN OFFICER: Be inspired,** be guided, be supported, BE SUCCESSFUL. Join the United Team 2006. Call Ray 714-0990.

**LOAN OFFICERS: North** Kingstown Broker. Prior Loan Officer experience required. Great commission, benefits, leads. Up to $5000 sign on bonus. David at 401-583-1313 ext. 102.

**LOAN OFFICERS: (2) For es-** tablished lender/broker. Experienced Base plus draw plus progressive commissions. Full benefits. $80-$100K 1st year income potential. Don, 781-0000.

**MACHINIST - CNC /Program-** ming: Program, Set-Up, Operate CNC Machinery. Must be knowledgeable of CNC Programming and Process Drawings. Candidate should have prior Programming and/or edit experience. The work will primarily be Lathe. 401-253-6163.

**MAINTENANCE MECHANIC:** Night shift, experienced in troubleshooting and repair of high speed continuous process equipment. Knowledge of pneumatics, hydraulics and electrical required. Must be able to read electrical wiring diagrams. Reply to: Plant Manager, PO Box 16330, East Prov. RI 02916.

**MAINTENANCE Technician:** Knowledge in electrical, plumbing and carpentry. Competetive salary and benefit package. Will train the right person. Coventry, RI. Fax resume to: 821-2166.

**MAINTENANCE PERSON:** For busy hotel. Experience in preventive maintenance; also painting, plumbing and some electrical and have experience in boilers. Must have a boilers operators license. Fill out application at: Holiday Inn, 21 Atwells Ave., Providence, front desk. No phone calls.

**MANAGER/ASSISTANT: For** gourmet sandwich shop, Providence store. Great opportunity! Salary commensurate with experience. Benefits and bonuses. Call Sal at 401-212-7833

**MANAGER: Part time at United** Skates of America Family Fun Center. Evenings or weekends. $11-15/hr. for this fun position. Call 438-9898 or apply in person, 75 New Rd., East Providence.

**MANUFACTURING/QUALITY** ENGINEER: For local manufacturing company. Comprehensive benefit package. RHEM, Phone: 401-434-6543 x399 or Fax: 401-434-7178. EOE.

**MANUFACTURING Positions:** electro-mechanical assembly test and repair. 1st/2nd shifts. Cranston/North Kingstown area. Pro Staff, 351-0720, providence.jobs@proslaff.com.

**MARKETING/SALES, Entry** Level: E. Providence firm seeks 5-7 career-minded individuals. Work with top clients. $30-$50K/yr. No experience necessary. Call Amy: 401-431-2993.

**MECHANIC: Heavy duty diesel** mechanic/working foreman for fast paced work environment. Highly motivated, well organized. Must be experienced and own your own tools. Computer knowledge a plus. Great pay/benefits. 401-699-5777.

**MECHANIC—Maintenance:** Qualified applicant should possess mechanical abilities, knowledge of electric, welding, plumbing, neumatics helpful. Bakery or dairy experience preferred, but not necessary. Family health insurance and pension fully paid. Apply to: Homestead Baking Co., 145 North Broadway, East Providence, RI between 10:00 a.m. and 4:00 p.m. weekdays.

**MEDICAL RECORDS SECRE-** TARY: For busy Providence ophthalmology office. Computer experience required. Full time position. Fax resume: 274-9462; email: erego@eyecons.com

**MEDICAL TECHNICIANS/** EMERGENCY: Med Tech Ambulance is hiring Basics, Cardiacs, Paramedics. We offer excellent wages, benefits, health, dental, 401(k), sick, personal, vacation time. Join the team of professionals using the latest technology to pave the way to the future of EMS. 401-724-9901 X104.

**MORTGAGE: Growing mort-** gage company seeking experienced Processor, Loan Officers, Telemarketers. Great pay and atmosphere.

## 303-Help Wanted

**NAIL TECHNICIAN: Busy sa-** lon/Day spa. Looking for a professional experienced individual. Nights and weekend hours are a must. Apply on line www.evsalonspa.com or call 401-658-1738

NURSE

ELMWOOD HEALTH CENTER
is currently seeking:
Part-Time RN 3pm-11pm
Med-Tech 3pm-9pm
Call 272-0600 or Fax 454-0818
EOE

**NURSE/CNA/Caregiver:** Due to new addition Elhan Place is adding new CNA/Caregiver positions on all shifts full and part time. Apply at 85 Elhan St., Warwick, 401-781-0172.

**NURSE: Practitioner/Clinical** Nurse Specialist. Provide evaluations in RI nursing home near you. Part/full time. Flexible hrs. Join successful mental health team. 401-486-7177.

New Today!

**NURSE: RN. SIGN ON BONUS** for homecare nurses in greater Providence and Warwick areas. Join a Team committed to excellence! Please call Vital Care of RI at 401-726-7744 or Fax resume to: 401-726-7774.

**NURSE: RN/LPN Nurses for a** community based nursing program, providing nursing case management, client advocacy, and home visits. Full/part-time. Send resume to: Gabriel Care Adult Foster Care Program, 261 Oliver St. FR, MA 02724 or call Michael at 508-678-1002.

**NURSES AIDES: Accepting ap-** plications for full time, 3-11 and 11-7. Must be certified with some experience. Must bring identification and health records upon applying. Orientation provided. $10 with benefits; $11, no benefits. Heritage Hills Nursing Center, 80 Douglas Pike, Smithfield, 231-2700

New Today!

**NURSES- LPN: SIGN ON BO-** NUS for part time and full time home care nurses in greater Providence area. Join a team committed to excellence. Call Vital Care of RI at 401-726-7744 or fax resume: 401-726-7774

**NURSE SUPERVISOR, RN: to** work part-time days, Mon.-Fri. for home care agency. Pleasant working environment and unique pay incentive. Call: IDEAL, 401-353-2230.

**NURSING: Hiring CNA's to** work all areas of RI. High pay. Earn up to $14.50 per hr. Call Lifetime Medical 333-3333

**NURSES**

*COME JOIN THE HEATHERWOOD TEAM!*

Heatherwood Nursing and Rehabilitation Center, a 114 bed JCAHO accredited facility in beautiful Newport, RI, is currently accepting applications for full or part-time Nurses for all shifts. RNs can earn up to $70,000/year depending on experience, plus pay in lieu of benefits and additional shift differentials. Our benefit package includes individual paid health, life, and dental insurance. We also offer a generous time off package, 401k plan and tuition reimbursement. Interested candidates should submit resume or apply in person to:

Jayne Reifelt,
Director of Nursing

## 303-Help Wanted

NURSES

RNs

Positions available for full and part time, 3-11 and 11-7. One position available for supervisor 3-11, Mon.-Fri. Orientation provided. Excellent wages and benefits. Clean, organized, well staffed facility. Apply Mon.-Fri., 7 am-4 pm:

Heritage Hills Nursing Center
80 Douglas Pike
Smithfield, RI
401-231-2700

NURSING ASSISTANTS/ CERTIFIED — Care for 12 yr. old male in his North Scituate home, afternoons 3-6 p.m.

★Also NOW HIRING★
★ALL AREAS★
days/eves/weekends
PHENIX HOME CARE 943-6230

**NURSING: Private nursing care** needed in home on East Side. Send resume and references to: JLH, P.O. Box 102, Crested Butte, CO 81224.

**OFFICE ASSISTANT/** RECEPTIONIST: 9 - 3:30. Detail-oriented and computer literate. Place orders, track inventory, and filing. Many responsibilities in a busy service industry office. Resume to: 243 Narragansett Park Dr., East Providence 02916 or Fax to: 401-438-0091. bobbit@osisinc.com

**OFFICE: Busy company needs** organized/detailed person for pricing, reports. Typing, Word, Excel necessary, ability to multi-task and communicate. 32 hrs., flexible. Fax 353-4469.

**OFFICE MANAGER: Individual** needed for Accounts Payable and HR Responsibilities. Prior Hotel experience a plus. Great possibilities for advancement. Please send resume to Rick Pacheco at rickiepac@msn.com or apply in person at Radisson Providence Hotel, 220 India Street, Providence, RI 02903 or fax to (401) 272-0251.

**OFFICE: Part-time, flex hours.** Duties include data entry, billing, A/R, A/P, payroll, knowledge of work and excel. Pleasant phone manner. Email resume to: wco34@yahoo.com

**PAINTERS: Full time, year** round employment. Experience and transportation a must. Call 401-769-1844

**PHARMACIST: Acute care** community hospital in RI. Exclusive dayshift/rotating or night shift schedules avail. Clinical/traditional responsibilities. Contact Bob Costa, 401-885-1002

New Today!

**PHYSICAL THERAPY ASSIS-** TANT: Immediate opening for part time Therapist to work in home care setting. Join a team committed to excellence. Call Vital Care of RI at 401-726-7744 or fax resume: 401-726-7774.

**PHARMACISTS**

**Needed for growing IV pharmacy - full or part time. IV experience required; hospital or homecare experience a plus. Ideal candidate will be flexible, energetic and professional.**

**Retail Pharmacy. Tired of the Corporate treadmill? Time to consider a career in an independent pharmacy setting. Flexible, energetic, professional full or part-time pharmacists are needed for fast growing ...**

work schedule

401-277-7225
Email:
arrecruit@projo.com

...DENCE JOURNAL
...IVERY ROUTES
...AVAILABLE

...Y MON.-SAT. ROUTES
...OUTE IN ATTLEBORO
...TES IN WOONSOCKET
...UTES IN CUMBERLAND
...ust be an early riser
...tart time 3:00 a.m.
Great extra income
...roximately 3 hours a day
...t have reliable vehicle
...plement to your regular income
...nto your current work schedule

401-277-7225
Email:
...recruit@projo.com

...ENCE JOURNAL
...ERY ROUTES
...VAILABLE

...NDAY ROUTES
...CUMBERLAND
...VOONSOCKET
... FOSTER
...t be an early riser
...rt time 3:00 a.m.
...eat extra income
...ximately 3 hours a day
...have reliable vehicle
...ment to your regular income
... your current work schedule

...01-277-7225
E-mail:
...cruit@projo.com

experience and education.

**Assistant House Manager, Residential Services**

Manage residential units supporting adults with developmental disabilities in Warwick. 40 hrs., 1st and 2nd shifts, on call. Associates Degree preferred. Rate commensurate with experience, education.

Comprenhensive benefits package available. All applicants must have a valid driver's license, auto liability insurance, safe driving record and access to a dependable vehicle that can be used for transport.

Send cover letter, resume and salary requirements to Human Resources, The Trudeau Center, 3445 Post Road, Warwick, RI 02886; FAX 401-732-7899; e-mail: careers @kentcountyarc.org EOE.

**HUMAN SERVICES: Here's the** chance to enjoy coming into work everyday by making a positive difference in a child's life. We're looking for individuals interested in a rewarding and challenging experience making a positive impact in the lives of children with disabilities in their homes in Newport and Bristol Counties. These part time 2nd shift opportunities offer competitive wages. Starting at $11.50 for part time hours plus an opportunity for an increase at six months and a merit based increase annually. Call 401-847-0960 x14 or visit our website, www.lookingupwards.org EOE

**HUMAN SERVICES: Resident** Services Coordinator: Experienced. Part time with full medical and dental benefits. Please fax resume to 401-821-0760. EOE.

**INSTALLER: Needed with me-**chanical skills, knowledge of power tools, to install metal products. Reliable transportation is a must. Drug free. Min. salary $450/wk. 401-615-9474

**INSURANCE PRODUCER:** Growth oriented insurance agency looking for experienced Insurance Producer, 3 yrs. experience. Ideal candidate will have excellent oral and written communications. Competitive wages and bonus plus benefits. Email resume to: markr@revensgatesins.com

**INVENTORY CLERK/** ORDER PICKER: Computer knowledge necessary. Duties also include receiving, BOM maintenance and some shipping. Fax resume 401-781-1650. Email: june@waddingtonelectronics.com

**MANAGER: See our ad under** 'HUMAN SERVICES', Kent County ARC TRUDEAU

**MANAGERS: Growing Down-**town Restaurant looking to fill positions. Full time 9-5:30 and 5-11. Competitive wages. (COOKS), full time, 10-6 and 5:30-11. Competitive wages. Inquiries please contact 419-0708.

**MANAGER-SUBWAY:** of North Kingstown is seeking a Manager and a Closer. Competitive pay. Apply in person at 7610 Post Road or 1031 Ten Rod Road (inside Wal-Mart), North Kingstown, on-line at www.subway.com or call 401-207-9325. Must be responsible, reliable, and honest. These are year round positions.

**MANUFACTURING: Temp to** perm. 1st/2nd shift electro-mechanical assemblers, machine operators, warehouse, material handlers. Pro Staff 351-0720, providence.jobs@prostaff.com

**MARINE: Third Assistant/** Oiler Engineer Positions On Passenger/Vehicle and High Speed Ferries operating between New London, CT. and Orient Point, Long Island, NY. 3000-10,000 HP. 4 days on 3 days off. Call 860-443-7394 Ext. 233 for details.

**MECHANIC: Harley Davidson** certified to work in new modern facility. Custom and metric bike experience a plus. Own tools. Full/part time positions available. Call 401-273-7378

**NOW HIRING**

**MEDICAL Assistant: Full time.** Bright, energetic, flexible person to perform EKGs, Holters, TTMs, and various medical office functions for our East Providence and East Greenwich office locations. Excellent salary and benefits. Fax resume to Dawn 401-228-2026.

**MEDICAL BILLING: Physical** Medicine Clinic seeking part time Billing Officer. 2 years minimum experience. Knowledge in ICD-9 and CPT coding necessary. Good phone skills required. Fax to (401) 421-1580.

**MEDICAL OFFICE: Immediate** opening. Must have experience with medical billing and Medical Manager. Full time, benefits. Resume to: June Crosby, 310 Maple Ave., Ste 105, Barrington, RI 02806 or fax to: 401-245-5593

**MEDICAL: Receptionist/Sche-**duler. Full-time, floating shifts and locations. Fax resume to: 401-726-2536.

**PROVIDENCE JOURNAL DELIVERY ROUTES AVAILABLE**

**SUNDAY ROUTES**
**2 ROUTES IN WARREN**
**2 ROUTES IN WESTERLY**
**1 ROUTE IN NARRAGANSETT**
**1 ROUTE IN RICHMOND**

Must be an early riser
Start time 3:00 a.m.
Great extra income
for approximately 3 hours a day
Must have reliable vehicle
A great supplement to your regular income and can fit into your current work schedule

**401-277-7225**
**Email:**
carrecruit@projo.com

must. Call Lauren 632-0060

**NURSE-CNA: 3-11, Full/part** time. Apply in person to: Eastgate NRC, 198 Waterman Ave., East Providence, RI or fax resume to: 401-435-6465

**NURSE, CNA: Full or part-**time, 3-8 and 3-11. Every other weekend. Every other Holiday. Call Brentwood Nursing Home. 401-884-8020.

**NURSE: CNAs for homecare,** 8AM to 2PM or 2PM to 8PM. North Providence area. Cases also avail. In Woonsocket/Cumberland areas. Call Personal Home Health, 401-658-1383

**NURSE: LPN/RN for childcare** center. Hours 6:30am-9:30am. Fax resume to 401-732-0841 or apply in person at 7 Messer St., Warwick, RI.

**NURSE/PARALEGAL: Prov.** law firm seeks a Nurse/Paralegel to review medical records and assist in pre-trial discovery. Applicants submit resumes and salary requirements to: Box M-34257 Journal Bldg., 75 Fountain St., Prov. RI 02902.

**NOW HIRING**

**NURSE: Practitioner/Clinical** Nurse Specialist provide evaluation in RI nursing home near you. Part/full-time, flexible hrs. Join successful mental health team. 401-486-7177.

**NURSE/RN: 3-11, $31/hr.** Cra-Mar Meadows, 575 Seven Mile Rd., Cranston. Come in, Monday-Friday, 9-4:30 or call Susan Mellon, DNS, 828-5010 or fax resume: 822-0952. EOE

**NURSE: RN for private N-12** day school. Nurse-Teacher certification required. Pediatric experience preferred. Start mid-August. Send resume and cover letter: Dan Miller, Head of School, The Wheeler School, 216 Hope St., Providence, RI 02906.

**NURSE: RN/GN: Full or Part** Time. 8 and 12 hour shifts avail. Competitive Salary, Pension, 401K, Healthcare. Brentwood Nursing Home, 401-884-8020. EOE

**NURSE: RN/LPN. Part time,** 11PM-7AM. Join our stable staff in a 62 bed facility. Excellent wages and benefits. Easy access to RI 95. Mansion Nursing Home. Call 726-5020 for appt.

**NURSE: RN/LPN, Part or** full time. 3-11. Contact Paul Belanger, RN, DNS Eastgate NRC, 198 Waterman Ave., East Providence, RI 02914 or fax resume to: 401-435-6465

NURSING

RN/LPN

2 shifts per week in an upscale assisted living residence. Apply EPOCH Assisted Living On The East Side, 1 Butler Ave., Prov. (next to Eastside Market). Fax 276-0691

**NURSING: RN needed for CNA** training program. Experience preferred. Please call: OSNS, 401-765-6465.

**OFFICE-GENERAL: Positions** available in Warwick area. Must have minimum of 1-2 years prior experience in a fast paced office environment with busy phone system. Full time days. Candidates must have strong typing ability, interpersonal skills, accounts receivable and be proficient in MS Office, Excel and Internet. Competitive wages and benefits package, for consideration please fax resume to: 401-821-0494. Attn: Monique

**OFFICE SUPPORT: Part time** position available, attention to detail, follow up and customer relations. Call Stormtite (401) 781-9251.

**PAINTER**
Experience needed. Good wages. Call 401-782-8290

**PAINTERS: Experienced only.** Good wages. Established firm. No phone calls please. Apply in person; W. Arlesani & Sons, 1704 Broad St., Cranston, R.I.

**PARALEGAL: New graduates** welcome. Will train, no experience necessary. Must be a team player. Downtown law firm. Full benefits. Parking. Fax resume: 401-223-2194.

Prov Journal
4/8/06
F4

303-Help Wanted

SE: Allergy/Triage imme-
te opening for experience
/LPN, in a busy ENT prac-
located in Providence. Ap-
ant must be friendly,
inized, energetic and profes-
nal. Responsibilities include
lity patient care, education,
clinical Triage. Full time,
npetitive salary and benefits.
x resume to: 401-331-9609

SE, CNA: Full or part-
e, 3-8 and 3-11. Every other
ekend. Every other Holiday.
Brentwood Nursing Home.
884-8020.

E

DIRECTOR OF NURSING

iffe Manor is seeking an expe-
d, dedicated leader with team
g skills. Candidate should
strong working knowledge of
and federal regulations.
ffe Manor will provide a
Y competitive wage and
efits package.

Call Kyle Nayor for more information: 401-996-2829 or fax to: 401-944-2455.

RSE: LPN/Medical Assis-
nt. Part time, busy East Bay
area medical office. Some bene-
fits. Will train. Send resume to:
Box M-34254 Journal Bldg., 75
Fountain St., Prov., RI 02902.

RSE: LPN/RN for childcare
center. Hours 6:30am-9:30am.
Fax resume to 401-732-0841 or
apply in person at 7 Messer St.,
Warwick, RI.

NURSE

NORTON Nursing Group
**NEW HIGHER RATES**

RN-$35/hr plus differential
LPN-$30/hr plus differential
CNA-Up to $20/hr plus differential

We are located at: One Davol
Square, Suite #9, in Providence.
Please call Nicole at:
(401) 351-1354

Apply online at:
www.4norton.com

RSE: Practitioner/Clinical
Nurse Specialist. Provide evalu-
ation in RI nursing home near
... Part-time 6+ hrs. Also Full
... Join successful mental
health team. 401-486-7177.

RSE: RN, Day Clinical
Manager. Supervisory capacity,
long-term care facility. Mon-
day-Fridays and occasional
weekends and holidays. Bene-
fits: full health coverage, 3
weeks vacation, 4 personal
days. EOE. Send resumes to:
PO BOX 40070, Prov., RI 02940

RSE: RN, LPN. Looking for
caring professional individuals
to work in our small, home-like
facility. Positions available: RN
Part time 3-11 and LPN Part
time 3-11. Please call Kathy
...ndo, RN, DON, North Bay
Manor, 171 Pleasant View Ave.,
Smithfield, RI 401-232-5577 or
Fax Resume To: 401-232-0225.

RSE, RN: Community based
... to coordinate health services
for adults with differing physical
and developmental abilities.
...ation of individuals sup-
ported by Re-Focus Inc. as well
as training of direct support
...ssion is included. 2 yrs of
nursing experience required.
This is a 32 hr full time package
with a great opportunity for pro-
fessional growth while enhanc-
ing the lives of others. Please
forward resume and cover
letter to Sandy Fournier, RN,
... Westminster St., Provi-
dence, RI 02909. Or fax 751-1378.

New Today!

SE: RN/LPN. Full time,
...3PM. Join our stable staff
...62 bed facility. Excellent
...s and benefits. Easy ac-
...to RI 95. Mansion Nursing
Call 726-5020 for appt.

E/RN: Part time 3-11,
...41 bed facility, LTC
...ence preferred, Cra-Mar
...ws, 575 Seven Mile Rd.,
...n. Come In Mon.-Fri.
... or call Susan Mellon,
...401-828-5010 or fax re-
...401-822-0952. EOE

...RN, 11-7 shift, work 4
...t paid for 5. Small nurs-
... pleasant work envi-
... benefit pkg. includes

303-Help Wanted

NURSES - NO WEEKENDS! NO HOLIDAYS! NO NIGHTS! Part time, full time and per diem (up to $30/hr) needed to provide home-based services to families with young children. Unique opportunities for professional development as part of a diverse and outstanding staff, deeply committed to improving children's lives. Competitive salary and benefits: pleasant, positive work environment. Spanish speaking candidates encouraged to apply. EOE. Resumes: S. Franklin, Children's Friend, 621 Dexter St, Central Falls, RI 02863 orjobs@cfsri.org, www.childrensfriendri.org.

NURSES-PSYCHIATRIC: No weekends, day shifts only! The Providence Center, a JCAHO facility and a leader in behavioral health services is seeking energetic, caring individuals to be a part of our Assertive Community Treatment Team to assess and provide a wide range of nursing services for adults with serious mental illnesses. RI RN license required. For consideration forward resume/cover letter via email hr@provctr.org Bilingual (Spanish/English) are encouraged to apply.

NURSE

SUB-ACUTE NURSE MANAGER
and RNs/LPNs
7am-3pm, Full/Part-Time

We're Life Care Centers of America, the nation's largest privately-owned skilled care provider! If you share our heartfelt approach to caring for the elderly, consider joining our family at EVERGREEN HOUSE HEALTH CENTER. Full-time opportunity for a Sub-Acute Nurse Manager available for quality-oriented caregiver (RN preferred). We also have positions available on the 7am-3pm shift for LPNs and RNs.

We offer competitive pay and benefits as well as our 'Just For You' program.

Please call Betty Fransisco, RN, Director of People Development, at 401-438-4813 or visit with us at One Evergreen Drive, East Providence, RI 02914. EOE

NURSES: We hire RNs, LPNs, and CNAs. Per diem staffing and home care. Competitive wages and flexible schedules. Call Maxim today! 401-751-6333 or 877-424-6629.

NURSE

Work 350 Hours and Receive FREE 42" Flat Screen TV

Currently seeking:
RN - (LTC, M/S and Psych)
LPN - LTC
$250.00 Sign on Bonus!
(1 yr. minimum experience required)

Committed to Excellence
NURSES PRN
Supplemental Healthcare Staffing

Call NOW!
1-866-286-0716
Come visit our new location:
4 Richmond Square - Suite 310
Providence, RI 02906
(Ask for Lori)
You can also apply online
www.prnhealthservices.com
EOE/AA

NURSING: CNA's Needed for all areas of RI. We offer the flexibility to work where and when you choose. Earn up to $13.51 per hour. Lifetime Medical 333-3333 or 1-800-333-NURSE.

New Today!

NURSING: CNA's, RN's, LPN's, Lifetime Medical holding a Job Fair: Thurs. May 11th from 9-12 at netWORKri, 1 Reservoir Ave., Providence, 333-3333 or 800-333-NURSE. Free gift while supplies last!

303-Help Wanted

NURSING OPPORTUNITIES

Steere House has the following openings for EXPERIENCED caregivers:

- 2ND SHIFT NURSING SUPERVIOR-Flexible Hours
This individual will work with our evening shift charge nurses to ensure that consistent quality nursing services are implemented, perform quality improvement audits and develop nursing leadership skills within a team approach. The selected candidate will be a Registered Nurse with a minimum of three years of charge nurse experience in a skilled, long term facility. Demonstrated leadership skills and a commitment to excellence in geriatric nursing are required.

- RN/LPN CHARGE NURSES
Part-time positions available for experienced RNs and LPNs on the day and night shifts.

- C.N.A.'s
Full and Part-time positions available on the 3PM-11PM shift.

- ACTIVITIES ASSISTANT
Excellent opportunity for a creative and self directed C.N.A. to work with our residents. Prior Activity Assistant experience and experience caring for individuals with Alzheimer's Disease preferred. Hours are 9AM-5PM for 2 days wkly. EOE

Steere House is a 120-bed teaching nursing facility affiliated with the Brown University Geriatric Fellowship Program. The facility ahs four distinct nursing units including a very active skilled nursing unit and two dementia special care units. Our facility fully embraces the culture change initiative and is seeking caring, patient, individuals who are willing to promote a friendly, team oriented work environment. We offer an excellent salary and benefit package. EOE.

Interested individuals may forward their resume or apply in person to:

LYNN HOMER,
HUMAN RESOURCES REPRESENTATIVE
Steere House, 100 Borden Street
Providence, RI 02903
FAX 401-831-7570
www.steerehouse.org

NURSING

Visiting Nurse Services of Newport & Bristol Counties

VISITING NURSE SERVICES OF NEWPORT & BRISTOL COUNTIES
Recruitment open house:
Wednesday, May 10th 2pm-5pm
OR Thursday, May 11th 5pm-7pm
Portsmouth office
1184 East Main Rd.
401-682-2100 x442
positions available:

RN's; LPN's - Hospice Continuous Care; Occupational Therapists; Speech Therapists; Social Workers; Therapist Assistants; Community Clinics Manager (part time or per diem)
Competitive rates. Must have current valid RI and MA licensure. Unable to attend? forward resumes: Human Resources,
Visiting Nurse Services
of Newport & Bristol Counties,
1184 East Main Rd. Portsmouth, RI 02871. Fax: 401-682-7562 email: mburns@vnsri.com.

NUTRITIONISTS: Full time in a busy WIC program in Woonsocket. Perform nutrition assessments for children, perinatal patients, etc. Develop plans for compliance. BS in accredited dietetics program. New graduates encouraged to apply.

303-Help Wanted

New Today!

OCCUPATIONAL THERAPIST REGISTERED (OTR): Openings for OT's to work in school settings, 9/06-6/07. Full time available (32.5 hrs/week) mentoring/professional supervision available. New grads welcome. Call (401) 726-4976 or fax resume to (401) 726-7774.

OFFICE/BUSINESS MANAGER: Small busy health trade association seeks experienced business manager to be the glue that keeps us going. The successful candidate will have excellent skills in IT including website management, general finance, (Peachtree a plus), event planning, executive secretarial skills, understanding human resources and the ability to work with a dedicated team. Salary and benefits are competitive. Please send resume, cover letter and current salary by Tue., May 16 to: info@rihca.org or to: RIHCA, 235 Promenade St., Suite 104, Prov., RI 02908

OFFICE: Good computer/communication skills, data entry, and MS Excel knowledge needed. Full time with benefits including 401K. Call Lori 401-727-3160 or fax resume 401-727-3162

OFFICE MANAGER: Help a busy manufacturer direct office, enter data, prepare for month end, customer contact. A rewarding career. Resume to The Elliott Group, 111 Dupont Drive, Providence, RI 02907, Attn. HR.

OFFICE MANAGER: Small manufacturing company. Proficient with Quickbooks, experience with A/P, A/R, inventory management, purchasing, payroll. 25hrs/week, flexible. Fax resumes to: P. Ronci Machine, Smithfield 231-8679

OFFICE: We are interviewing Admin, Secretaries, Receptionists, etc for State offices, Banks; Colleges, Law firms, Data Entry/CSR for Call Centers. $8-$12. RI Temps 781-8400.

OIL BURNER TECH: For residential and light commercial service and maintenance with a 15 mile service radius only, Woonsocket/Blackstone. Licenses required. Please apply in person, 7am-5pm, or call to set up after hours appointment, 1-800-883-6010, Giguere & Marchand Oil Service, 25 Montcalm Ave, Blackstone, MA

OPERATIONS/LOGISTICS VICE PRESIDENT: Proven effective leader needed for fast changing and growing MA based distributor. Reporting directly to the COO, this team-player will provide leadership and direction for expanding logistics distribution strategy. Manage all aspects of distribution warehouse, identify requirements needed for new third party and internally developed systems, research and make recommendations regarding tools to optimize efficiency and customer satisfaction. Logistics background to include: analysis and design of transporation systems and initiatives. Experience in managing three PLs is a must. 10 years experience and MBA a plus. Excellent benefit package, please send resume and salary history to: hr0506@hotmail.com

OPERATIONS MANAGER

For a Growing Services Company in Providence, RI. Strong Customer Service skills and a recruiting background are desired. Management experience a plus. Our compensation package is excellent and car/cell allowance and commission! EOE Fax resume to: 410-368-9500 email bbruneau@preferredpeople.com

OPTICAL TECHNICIAN /Optician; For busy optometric practice. Experience a must. Multiple office practice. State of the art technology, Fax resume to: 401-270-2491

OPTOMETRIC

TLC Laser Vision Associates seeks a dynamic, motivated part-time optometric technician for its Providence refractive surgery center. Must have excellent communication skills, attention to detail and willingness to work flexible hours. Responsibilities include assisting in preliminary

303-Help Wanted

ORTHODONTIST: Outstand opportunity for an orthodon who is committed to quality growth. Will be responsible performing orthodontic pro dures including cranial, fa and cleft palatal corrective p cedures. Educational requi ments: Graduate certificate orthodontics and dentofacial thopedics. Orthodontic licer Send cover letter and resume Mary Brum at Orthodo Partners LTD, 869 Broadw East Providence, RI 02914.

PAINTERS: Exterior/Inter Primarily touchup. Own tra portation. Apply in person fr 9-12 p.m., 220 Waterman Providence, RI. 421-1151

PAINTER'S HELPER Need Some experience helpful. Must have transportation. $8-$12/hr. CALL 401-921-148

PAINTER: Sub Contractor. Experienced. Own transpor tion and tools. Full time. Ple call PAUL: (401) 789-5886

PAINTERS WANTED: Gr opportunity, great pay steady work. 1 Painter posi and 1 Foreman position, Loca 1-877-477-4784

PAPER CONVERTING D PARTMENT SUPERVIS WANTED: For our night sl Experience preferred with e bossing, sheeting and slit equipment. Fast growing ma facturer offering competi wages and excellent ben package. Send resumes to: M-33451, Journal Bldg., Fountain St., Prov., RI 02902.

PERSONAL TRAINER: Out ing, self motivated, a passion fitness and desire to help oth Excellent growth opportur Email resume: davidschlenz @fitnesstogether.com

PEST CONTROL Technici Licensed Technicians up $15/hr. Unlicensed, $9-$12 per hour. Full time. 401K, be fits available, company vehi Call for interview, 401-781-32

PHARMACISTS

Full and part time openings. Att tive hours and work environmen the Woonsocket site of Thun mist Health Center, one of largest community health center RI. Comprehensive benefits competitive salary. EOE. Forw resume/coverletter to Thunderr Health Center, Human Resour 450 Clinton St., Woonsocket, 02895. Fax: 401-235-6899, Er hr@thundermisthealth.org

PHYSICAL THERAPIST: an established/compliment practice in Providence. H traffic location. Great exposi Great opportunity for grov 401-230-5256.

PHYSICAL THERAPIST: censed, Full or part time. patient orthopedic clinic. N grads welcome. Excellent sa ry and benefits. Fax CV to: 401-785-1018, Lepre PT

PHYSICAL THERAPIST: or part time for South Cou Orthopedics in a new, state the-art rehab and sports tra ing facility. Excellent salary benefits package. Email resu to pglenn@scortho.com

PHYSICAL Therapy: Full ti Physical Therapist for b orthopedic/sports medi practice. University affilia competitive salary and bene New grads welcome. Send sume to University Orthoped 1287 N. Main St., Providence 02904 or Fax 401-277-0795.

New Today!

PHYSICAL THERAPI Openings for Physical The pists/PTA to work in sum and fall school programs. 401-726-4970 or fax resum 401-726-7774.

PHYSICAL THERAPIST: Pa time to work in day treatm brain injury program in co prehensive outpatient reha tation center. Great opportu to work with dynamic inter ciplinary team. Competitive ary and excellent ber package. EOE. Contact Jo phine at Sargent Rehabilita Center, 401-886-6600.

PHYSICAL THERAPIST: time, entry level position ope work in comprehensive out tient neuro rehab program. terdisciplinary team. RI lice Competi compensa package. Contact Jo phine at Sargent Rehabilita Center, 401-886-6600.

~ Providence Sunday Journal



## 303-Help Wanted

AmeriFi
MORTGAGE CORPORATION

**MORTGAGE LOAN OFFICER**

Due to explosive growth in our company, AmeriFi Mortgage Corporation is currently looking to fill five positions for driven self motivated individuals, who do not have experience in the mortgage profession in our Johnston or Warwick locations. We are also filling four positions for senior level loan officers in our Johnston location. Applicants applying for the senior level positions must exhibit, not only ability to self motivate, but also must have three years mortgage experience. We are one of the largest brokers in the New England region currently licensed in RI., MA., CO., MD., AZ., NY., CA.,FLA.,CT. Powered by one of the largest predictive dialer systems, we provide real time leads daily. The processing support is unparalleled, and will ensure your loans be closed efficiently and in a timely manner. Competitive compensation packages derived from experience and individual potential, earnings potential of $150,000+. Benefits include Blue Cross Blue Shield, Delta Dental, 401K, Flex Plan. Promotions entirely from within. All calls will be strictly confidential.

**"As seen on ABC's Mortgage Minute and CBS's Mortgage Tips by AmeriFi."**

**Please contact Christian Pullano at 401-331-8400.**

**MORTGAGE OFFICER-** SALES MANAGER: Bankers Mortgage is a Top-10 mortgage company (in 2004) AND WE ARE GROWING! Call Richard Correnle today at 886-5600

**MORTGAGE ORIGINATORS:** National mortgage company, located in Cranston RI, is seeking 10 top loan producers. Excellent pay/commission structure, medical, 401K. Excellent work environment. Minimum 1 yr. experience required. Call 401-784-4716 or fax resume to 401-784-4718

**NOW HIRING**

**NUCLEAR MEDICINE** TECHNOLOGIST. Per diem position in out-patient cardiac imaging center. RI license, CNMT or ARRT(N) required. 2 yrs experience preferred. Fax resume to: Janine Bowles at: 401-228-0237; or email: lbowles@lifespan.org

**NURSE: CNAs. $12/hr. Please** apply in person, Cra-Mar Meadows, 575 Seven Mile Rd., Cranston, Mon-Fri, 9-4, or call Susan Mellon, DNS, 828-5010 or fax resume 822-0952. EOE.

**NURSE: LPN/Medical Assistant.** Part time, busy East Bay area medical office. Some benefits. Will train. Send resume to: Box M-34254 Journal Bldg., 75 Fountain St., Prov., RI 02902.

**NURSE: LPN/RN for childcare** center. Hours 6:30am-9:30am. Fax resume to 401-732-0841 or apply in person at 7 Messer St., Warwick, RI.

**NURSE: Practitioner/Clinical** Nurse Specialist. Provide evaluation in RI nursing home near you. Part-time 6+ hrs. Also Full time. Join successful mental health team. 401-486-7177.

**NURSE: RN, Day Clinical** Manager. Supervisory capacity. Long term care facility. Mon-days-Fridays and occasional weekends and holidays. Benefits, full health coverage, 3 weeks vacation, 4 personal days. EOE. Send resumes to: PO BOX 40070, Prov., RI 02940

**NURSE: RN/LPN. Full time,** 7AM-3PM. Join our stable staff in a 62 bed facility. Excellent wages and benefits. Easy ac-

## 303-Help Wanted

**PLUMBERS: Plumbing** contractor seeks licensed RI plumbers and experienced registered apprentices. Excellent salary/benefits, including health/dental. Pay commensurate with experience. 781-461-1541.

**POLISHER: Experienced with** gold and silver jewelry necessary. Good working conditions. Qualified seniors welcome. Call Keith at Macx Inc. 401-254-0800

**REAL ESTATE: Licensed or in** a pre-licensing course? Looking for two associates for high volume office. Training, bonuses, benefits, incentives! J.C. Slandish, Hogan & Slone, 367-0907.

**REAL ESTATE/RENTAL** AGENT: Associate in the South County area. Great potential Call Carl, Owner Realty 401-284-1920

**REAL ESTATE/SALES:** Licenced or in a pre-licensing course. Looking for an associate for an active office. Training, incentives. Call Carl at Owner Realty 401-284-1920

**REAL Estate Sales: Territories** available, leads supplied, experienced required. RealtyRI.com, Ed Kedzierski, 921-3430 email: ed@realtyri.com

**RECEIVER: Must read and** write English and have forklift experience. Full time days, benefits. Apply Northeast Knitting, 179 Conant St., Pawtucket.

**RECEPTION/General Office:** Fast paced construction company needs professional to answer multi-line phone system, perform general administrative duties, front desk responsibilities. Opportunity to learn/grow with organization for the right candidate. Microsoft Word/Excel experience a plus. Please fax resume: 401-728-0927 or mail: PO Box 2186, Pawt., RI 02860

**RECEPTIONIST: To answer** phones. Experience with Microsoft Excel and light secretarial. Fax resume to: 541-7296

**RECEPTIONIST: Construction** related company. Duties include filing, word processing. Computer experience preferred. Good phone manner. Part time to start. Fax resume to 647-2545

**RECEPTIONIST: Local** mortgage company is looking for someone to be their front line. Strong communication skills needed. Phone experience a must. Ability to handle high volume calls. Spanish speaking a plus. Competitive compensation and benefit packages offered. Please call Matt at 401-632-0330 or email resume to msullivan@sempfi.com

**RESTAURANT: Beverage** Manager for private country club. Year round opportunity. Salary plus gratuity. Forward resume to Country Club of New Bedford, 585 Slocum Rd. North Dartmouth, MA 02747, email michael.s.ccnb@comcast.net

**RESTAURANT: COOKS. Full** time/part time. Days, nights. Benefits. Apply at: Davenport's, 1070 Mendon Rd., Cumberland, RI. 401-334-1018

**RESTAURANT: Cooks and** Waitstaff. Full or part time for busy restaurant. Experienced only. Apply at MARCHETTI'S RESTAURANT 1463 Park Ave. Cranston.

**RESTAURANT: Cafe Paragon.** Looking for experienced full and part time Servers, Bartenders and Security staff. Apply in person daily 2-5 pm, 234 Thayer St., Providence



**RESTAURANT: Exciting new** restaurant opening. Kitchen Staff, Front of house staff. Mon-Fri, 10-3pm, Rodizio Steakhouse, 1195 Douglas, N. Prov. Experience required.

**RESTAURANT: Full time/part** time. Award winning Dewolf Tavern looking for sous chef, line cooks, prep cooks. Excellent salary plus benefits. Call 401-254-2005.

**RESTAURANT: General Man-** ager Sports Pub and Grill seeks

## 303-Help Wanted

**SALES: Auto body supplies** sales, established territory (Southeastern MA). Technical and/or sales ability a must. Resumes to Office Manager, 880 Eddy St., Providence, RI 02905.

**NOW HIRING**

**SALES: Furniture Warehouse** inside sales representatives. Salary plus commission. Earn $30K-$50K. Now hiring Warwick, North Attleboro, Pawtucket. Please apply within, 329 Barton St., Pawtucket, RI 02860.

**SALES: Inside Sales Support.** Callahan Company, a 52 year old company. Great opportunity. Must be proficient in Microsoft Word. Call Tim, 508-668-9000

**SALES: LOAN OFFICERS. Join** a fast growing company. As most companies are down sizing, we are growing. This is based on our ability to close loans quickly and train great sales people. Join the team for a great salary, huge commission and great benefits. Let us teach you the mortgage business. Call 822-4444 or fax resume 633-7034

**SALES MANAGER/TERRITORY:** New England pet food distributor seeking experienced sales person for RI, Cape and Eastern CT territory. Self starter, good communication skills. Pet food knowledge helpful but not required. Base pay plus incentives. Excellent benefits. Please send resume to: dianeb@pppet.com or fax to: 508-947-0295 EOE

**SALES OFFICE MANAGER:** MS Office, Solid telephone and organizational skills a must. Self motivated. FAX resume to 401-781-2298

**SALESPERSON: Insulation** company seeking responsible, aggressive individual with good organizational skills for sales position with pre-established customer base and use of company vehicle. We are willing to train but a construction background is a plus. We service MA and RI and offer a benefit package. $550 per week training. For more info call 508-336-8581.

**SALES Position: Part time.** Ferland Property Management is seeking a part time leasing consultant for several apartment communities in Pawtucket to work approx. 30 hrs. a week. Candidate will be responsible for leasing apartments, following up on leads, administrative paperwork, etc. Strong sales and customer service skills required. Must have own transportation. Email resume to: LEden@nb.necoxmail.com or fax to: (401) 725-5660. EOE

**SALES/STOCK: Full time. Busy** paint/decorating store. Must have excellent customer service skills. Prior experience in paint/wall paper sales a plus. Benefits. 294-6100; 943-1155.

**SATELLITE INSTALLERS:** Experienced. Worcester County, Southern MA, or Cape and Islands. Excellent pay. Must have vehicle. Call 508-509-7619

**SECRETARY/Bookkeeper: For** cemetery office, 3 days per wk., 20 hrs. Experienced. Apply in person, 8-4 p.m., Quidnessett Cemetery, 6365 Post Rd., North Kingstown, RI (401) 884-7691.

**SECRETARY: General Office** duties, near down-town, Spanish fluency required, Portuguese fluency useful, good pay, full benefits. Fax resume: 401-521-0061.

**SECRETARY/Receptionist:** Manufacturing company. Typing and computer skills necessary. Full time days. Excellent salary/benefits. Fax or mail resume to: 508-695-2414, NEM, 380 South St., Rte 1A, Plainville, MA 02762 Phone: 508-695-9340

**SECURITY GUARDS: Experi-** enced, immediate opening, Prov. area, elderly high rise. Must be able to pass certification and drug test and have clean BCI. Fax resume 273-5240.

**SHOP HELP: wanted for ga-** rage door manufacturer. Ability to multitask, measure accurately and familiarity with hand and power tools required. Pay commensurate with experience. 90 day review, some OT required. Benefits include health, paid holidays 7 vacation, 401K. Apply in person from 8am to 3pm, Banner Doors, 550 Pond

## 303-Help Wanted

**TEACHER PRESCHOOL:** Progessive learning, a Department of Education Preschool seaking dynamic, warm, supportive teacher to add to our professional staff. Require ECE certified, at least 1 yrs. teaching experience preferred. Project Approach/Theme base curriculum. Fax resume 401-737-1046, call 401 737-0920 or mail: 189 Tollgate Rd. Warwick, RI 02886.

**TEACHERS: Infant/toddler.** Experienced. Head Teacher/Director, BA in ECE preferred. Full time positions. Great wages/benefits. Child Care Center in Pawtucket. 401-726-2160



**TEACHERS: Lead Toddler** Teachers. Full and part time with benefits. Magic Years Child Care. 2890 Post Rd., Warwick, 739-5763; fax 921-2552.

**TEACHER: Toddler room. Full** time with benefits. After school, part time afternoons, for summer camp program. Must be experienced and dependable. Cranston 464-9665

**TELEBANKING: Cumberland** Mortgage Company looking for telephone sales full/part-time, up to $14/hr plus commission. Experience preferred but will train, 401-658-2097, Ext. 117.

**TELEMARKETERS: Two ex-** perienced Mortage Telemarketers wanted. $12/hr plus $200 per closed loan. Mon-Thurs, 4-9PM. Work your personal leads after 30 days. Joe, 401-243-7285

**TELEMARKETERS: Mortgage** Company located in Northern, RI. Part and full time avail. Experience preferred, but not required. Hourly plus bonus, bilingual a plus. 401-597-5540.

**TELEMARKETING: Part-time** PM shift. Strong hourly plus incentives/bonuses. Make $20-$30/hr. without worrying about unpaid commissions. Experienced only. Mark, 723-9899 or IMC___jobs@yahoo.com

**TELEMARKETING: North** Kingstown mortgage company in massive growth mode seeks motivated telemarketers. 'Industry's top pay and commission.' Fun, relaxed atmosphere. Full or part time. Earn up to $18.75/hr. Full training available. Call Mike 401-884-1500

**TELEMARKETING: Our Sen-** ior Loan Officers are looking for trainable telemarketers. This will be a huge learning experience. Start as a Telemarketer end as professional Loan Officer. Start today for an hourly wage and a commission bonus. Call 822-4444 or fax 633-7034.

**TELEMARKETING: Cranston** mortgage company seeking motivated sales people to lead our marketing department. Experience preferred, but will train the right people. Great environment, salary+ commission +bonus. Call 401-223-2300 x110.



**TELEMARKETING: PROV.** mortgage company! $15+/hr, wkly bonuses, benefits, flexible schedule, advancement potential, on busline. Experienced only. Call Beth 270-3700.

**TELEMARKETING: Marketing** Originators needed for National Mortgage Lender. 1yr experience preferred but will train the right person(s). Hours are 12PM - 4PM. Great Mother's Hours! To apply, call Jean at 800-426-4687 Ext. 247

**TIRE RETREAD PERSON:** Will train. Full time. Good pay, benefits, 401K, vacation. Apply in person at Ocean State Tire, 62 Shun Pike, Johnston. 401-946-0880

**TRAVEL AGENT: Senior level** leisure agent, min. 5 yrs. experience. Extremely knowledgeable, detail oriented, positive, personable. Braintree office. Mimi Cleary, 781-849-6130, x311

**ULTRASOUND TECH: 2K sign** on bonus. Full time/part time. Caritas Good Samaritan Medical Center, 617-563-3745 or email thomas.howard@caritaschristi.org

104

**WAITRESS/Waiter: Experi-** enced necessary. Daily 7am-

505

**ALL CASH** candy ven[...] potential. 3[...] dy. $8,995. [...]

**AUTO RE[...]** 2400 sq. ft., [...] 2 service [...] newly remo[...] Call Greg a[...]

**BAR AND** [...]ville. 100+ [...] new kitche[...] cludes rea[...] Boucher & [...]

**BREAKFAS[...]** Kingstown: [...] Wakefield. [...] base. $39,0[...] .com.783-96[...]

**BRIDAL SH[...]** SORIES: $2[...] lated busin[...] details and [...]

**CANDY RO[...]** Do you ear[...] Machines/9[...] $9,995. 1-88[...]

CLEANIN[...] COV[...]

Rated #1 fast[...] cial office cl[...] Entrepreneur [...] and featured [...] Sept. 2001. W[...] accounts, trai[...] nancing. Ch[...] $10,000 per [...] Unlimited gro[...] COVERA[...]

**CLEANING [...]** ply: Equipn[...] tomers, T[...] Vanguard C[...]

**COFFEE/D[...]** town. Upsc[...] Excellent [...] $99,000. T.L.[...]

**COFFEE RO[...]** only 15 hou[...] support. Ve[...] only, $5,495.[...]

**CONVENIEN[...]** location. Ne[...] $95,000. 401-[...]

**DELI/MARK[...]** tion. Excell[...] someone w[...] deli/meat/p[...]

**DINER: 40' [...]** full longtime [...] on over ½ a[...] al business [...] $330,000. Rir[...]

**DONUT Shop** Thru. Stand [...] High week s[...] ing. $125K E[...]

**FRANCHISE** your own b[...] voted #1 fra[...] neur magaz[...] Call Jim or A[...]

**LIQUOR Lic[...]** with certai[...] Warwick [...] equipment, [...] 5 full bars. 4[...]

**NORTH KI[...]** traffic -Turr[...] GINE REPA[...] RandallReal[...]

**PIZZA Franc[...]** established [...] South Count[...] "Best of R[...] maker for [...] the summe[...] equipment a[...] An ideal op[...] operator. $1[...]

**PIZZA REST[...]** mond area [...] Great potent[...] 401-284-2070

**POOL SUP[...]** Northern RI.[...] tablished, in[...] and 5 garage[...] Alexander & [...]

**PROVIDENC[...]** borhood Bis[...] $600K in sale[...] ed Real Esta[...]

**RESTAURAN[...]** St. in Wakefi[...] quor. Only $1[...] Realtors 942-[...]

**RESTAURAN[...]** Seats 85, 7 [...] Real Estat[...] Street Exit o[...] & Layton R.E[...]

GERICARE
DIVISION OF HUMAN SERVICES CONSULTANTS LTD
277 WATERMAN STREET
PROVIDENCE, RI 02906

3664

Date Feb 8 2006

Pay to the order of The Providence Journal Company $ 291.64

Two hundred ninety one Dollars 64/100 Dollars

CITIZENS BANK
RHODE ISLAND

For Inv # 1088280 Acct # 271251

⑈003664⑈ ⑆011500120⑆ 1111 251 4⑈

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

CLASSIFIED ADVERTISING INVOICE 1088280

| AD NUMBER | DATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| 154000601 | 0114 | 28064 | 28064 |
| 154000601 | 0114 | 1100 | 1100 |
| | | 29164 | 29164 |

STEWART, CHRISTINE
PO BOX 6922
PROVIDENCE, RI 02940-6922

401353-6464
STEWART, CHRISTINE
271251 01/16/06*

000002712516 0000010882808 002916400291646

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

THIS INVOICE DOES NOT INCLUDE PRIOR BALANCES

CLASSIFIED ADVERTISING INVOICE
INV NO 1088280
INVOICE DATE 01/16/06

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 154000601 | 0303 | NURSEPRACTI | 0114 | 6 | 7 | 42 | 6.6819 | 28064 | 28064 |
| 154000601 | 0303 | | 0114 | | | | | 1100 | 1100 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL (401) 277-7799

ACCOUNT NUMBER 271251 | 29164 | 29164

401353-6464

STEWART, CHRISTINE
PO BOX 6922
PROVIDENCE, RI 02940-6922

PAYMENT OF THIS INVOICE IS DUE UPON RECEIPT

GERICARE 3673
DIVISION OF HUMAN SERVICES CONSULTANTS LTD
277 WATERMAN STREET
PROVIDENCE, RI 02906

Date

Pay to the order of $

Dollars

CITIZENS BANK
RHODE ISLAND

For

---

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

CLASSIFIED ADVERTISING INVOICE 1094008

| AD NUMBER | FIRST DATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| 1U2302700 | 0211 | 28064 | 28064 |
| 1U2302700 | 0211 | 5766 | 5766 |
| | | 33830 | 33830 |

STEWART, CHRISTINE
PO BOX 6922
PROVIDENCE, RI 02940-6922

401353-6464
STEWART, CHRISTINE
271251 02/13/06*

000002712516 0000010940080 003383000338301

---

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

THIS INVOICE DOES NOT INCLUDE PRIOR BALANCES

INV NO 1094008

CLASSIFIED ADVERTISING INVOICE
INVOICE DATE 02/13/06

| AD NUMBER | CLASS | KEYWORD OR DESCRIPTION | FIRST DATE | LINES | DAYS | TOTAL LINES | RATE | GROSS AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1U23027000303 | | NURSEPRACTI | 0211 | 6 | 7 | 42 | 6.6819 | 28064 | | 28064 |
| 1U23027000303 | | | 0211 | | | | | 5766 | | 5766 |
| | | | | | | 271251 | | 33830 | | 33830 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL (401) 277-7799

401353-6464

STEWART, CHRISTINE
PO BOX 6922
PROVIDENCE, RI 02940-6922

PAYMENT OF THIS INVOICE IS DUE UPON RECEIPT

GERICARE 8-00 3714
DIVISION OF HEALTH SERVICES CONSULTANTS LTD
277 WATERMAN STREET
PROVIDENCE, RI 02906

Date [handwritten]

Pay to the order of [handwritten] $[handwritten]

[handwritten] Dollars

CITIZENS BANK
RHODE ISLAND

For [handwritten]

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

CLASSIFIED ADVERTISING INVOICE 1105684

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| AD NUMBER | DATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|
| 3U4102900 | 0408 | 28064 | 28064 |
| 3U4102900 | 0408 | 1300 | 1300 |
| | | 29364 | 29364 |

GERICARE
P.O. BOX 6922
PROVIDENCE, RI 02940-6922

401353-6464
GERICARE
271251 04/10/06*

000002712516 0000011056846 002936400293642

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

THIS INVOICE DOES NOT INCLUDE PRIOR BALANCES

CLASSIFIED ADVERTISING INVOICE
INV NO 1105684
INVOICE DATE 04/10/06

| AD NUMBER | | DESCRIPTION | LAST DATE | TIMES | DAYS | LINES | RATE | AMOUNT | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3U4102900 | 0303 | NURSEPRACTI | 0408 | 14 | 7 | 98 | 2.8637 | 28064 | | 28064 |
| 3U4102900 | 0303 | | 0408 | | | | | 1300 | | 1300 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL (401) 277-7799

ACCOUNT NUMBER 271251 29364 29364

401353-6464

GERICARE
P.O. BOX 6922
PROVIDENCE, RI 02940-6922

PAYMENT OF THIS INVOICE IS DUE UPON RECEIPT

GERICARE
DIVISION OF HUMAN SERVICES CONSULTANTS LTD
277 WATERMAN STREET
PROVIDENCE, RI 02906

3738

Date June 1 2006

Pay to the order of The Providence Journal Company $ 280.46

Two hundred eighty dollars & 46/100 Dollars

CITIZENS BANK
RHODE ISLAND

For Inv # 1113908 Act # 271251

⑈003738⑈ ⑆011500120⑆ 1111 251 41⑈

THE PROVIDENCE JOURNAL COMPANY
BOX 81036 WOBURN, MA 01813-1036

CLASSIFIED ADVERTISING INVOICE 1113908

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| | | | |
|---|---|---|---|
| 4S4001900 | 0513 | 28064 | 28064 |
| ~~4S4001900~~ | ~~0513~~ | ~~5766~~ | ~~5766~~ |
| | | 33830 | 33830 |

STEWART, CHRISTINE
P.O. BOX 6922
PROVIDENCE, RI 02940-6922

401353-6464
STEWART, CHRISTINE
271251 05/15/06*

000002712516 0000011139082 0033830003383

PROVIDENCE JOURNAL COMPANY
81036 WOBURN, MA 01813-1036

THIS INVOICE DOES NOT INCLUDE PRIOR BALANCES

CLASSIFIED ADVERTISING INVOICE
INV NO 1113908
INVOICE DATE 05/15/06

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| S40019000 | 303 | NURSEPRACTI | 0513 | 6 | 7 | 42 | 6.6819 | 28064 | 28064 |
| ~~S40019000~~ | ~~303~~ | | ~~0513~~ | | | | | ~~5766~~ | ~~5766~~ |

not tinted after all

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL (401) 277-7799

| | | |
|---|---|---|
| 271251 | 33830 | 33830 |

401353-6464

PAYMENT OF THIS INVOICE IS DUE UPON RECEIPT

STEWART, CHRISTINE
P.O. BOX 6922
PROVIDENCE, RI 02940-6922

Subj: **JobsInRI.com Credit Card Receipt**
Date: 4/14/2006 4:25:26 P.M. Eastern Daylight Time
From: lwood@jobsintheus.com
To: chrisgersw@aol.com

# JobsInRI.com
How soon can you start?

P.O. Box 604
Westbrook , ME 04098
Phone: (877) 374-1088
Fax: (207) 854-8586

## JobsInRI.com Credit Card Receipt

**Date:** 04/14/2006
**Invoice #:** VZMA1C37468D
**GeriCare, A Division of Human Services Consultants**

Customer Address:
Christine Richards-Stewart
P.O. Box 6922
Providence, RI 02940-6922

Dear Christine,

Please find below the details for your order. The amount of **$772.00** was charged to your credit card on 04/14/2006. Your JobsInRI.com order # is **ORD-17222/1** (23934) and your credit card confirmation # is **VZMA1C37468D**.

| Product Code | Product Name | Qty | Start Date | End Date | Price ($) | Total ($) |
|---|---|---|---|---|---|---|
| RIS0013-PS | JobsInRI.com 3 Month Premier Subscription(Less than 50) | 4 | 4/17/2006 | 4/16/2007 | **225.00** | **772.00** |
| | | | | | **Subtotal** | **772.00** |
| | | | | | **Total** | **772.00** |

If you have any questions regarding this receipt, please feel free to contact me at the number below. Thank you for your business!

Sincerely,
Lynsey Wood
Customer Service

Subj: **JobsInRI.com Hi Christine Here's you quote**
Date: 4/3/2006 10:10:40 A.M. Eastern Daylight Time
From: jhollway@jobsinri.com
To: chrisgersw@aol.com

# JobsInRI.com Quote

**Quote #:** QT-17222/1
**Quote Expires on:** 04/16/2006 5:00 pm
**GeriCare, A Division of Human Services Consultants**

P.O. Box 604
Westbrook, ME 04098
Phone: (877) 374-1088
Fax: (207) 854-8586

Customer Address:
Christine Richards-Stewart
P.O. Box 6922
Providence, RI 02940-6922

Dear Christine,

Please find the details of your quote below. Your JobsInRI.com quote # is **QT-17222/1 (22301)**.

| Product Code | Product Name | Qty | Start Date | End Date | Price ($) | Discount ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| RIS0013-PS | JobsInRI.com 3 Month Premier Subscription(Less than 50) | 4 | 4/17/2006 | 4/16/2007 | **225.00** | **31.95** | **193.05** |
| | | | | | **Subtotal** | | **772.20** |
| | | | | | **Total** | | **772.20** |

If you have any questions regarding this quote, please feel free to contact me at the number below. Thank you for your business!

Sincerely,

John Hollway
Account Manager
www.JobsInRI.com
877-374-1088 ext. 2004
jhollway@jobsinri.com

pd 4/13/6