# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE, RONALD MARK STEWART, MD :
: C.A. NO: 06-486
VS :
ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDOPTIONS, INC. :

DEPOSITION OF MELISSA FERDINANDI, a Witness in the above-entitled cause, taken on behalf of the Plaintiffs before Paula J. Campagna, a Notary Public in and for the State of Rhode Island, at The Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, Rhode Island, on January 30, 2008, at 12:00 noon.

APPEARANCES:

FOR THE PLAINTIFFS.....LAW OFFICES OF STEPHEN M. ROBINSON
BY: VICKI J. BEJMA, ESQUIRE

FOR THE DEFENDANTS.....WIGGIN AND DANA
BY: LAWRENCE PEIKES, ESQUIRE

Also Present: Ronald Mark Stewart, MD

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500
www.alliedcourtreporters.com

Page 18

services at MedOptions when you were working there.
A. I'll say six.
Q. About when did you go from one day to two to more time, about when?
A. Probably by May or June, there was another home that I took on, so that got me up to two days a week.
Q. Which home was that?
A. Oakland Grove.
Q. And that was in '05, May or June of '05?
A. Yes.
Q. When did you further increase your duties?
A. Then we started to get more homes. We got another one in that northerly area, Bayberry Commons.
Q. About when did you get Bayberry?
A. I don't remember.
Q. Then what other homes did you work at?
A. In that same time frame, we got Harbor Side, Pawtuxet Village and Harbor Side Greenwood.
Q. By that time period, what are you referring to?
A. Over that summer.
Q. Did you work at all at those nursing homes?
A. Yes, I did.

Page 19

Q. So you said by about September of '05 you were working for MedOptions full time?
A. It became official in October of '05.
Q. Were you working for any nursing homes other than the ones you just talked about?
A. Yes, I was.
Q. What were those?
A. Let's see. I was working at Briar Cliff Manor, Elmwood. That's it.
Q. You started working for Briarcliff and Elmwood in October of '05?
A. To the best of my recollection, but honestly, I'm not sure.
Q. Did your job title change at any time?
A. It did.
Q. And when did your job title change?
A. In March of 2006.
Q. What was the new job title?
A. I think they named me regional manager.
Q. What were your duties as regional manager?
A. Number one was continuing to see patients. And in addition to that, to help coordinate issues regarding staffing of homes.
Q. To whom did you report?
A. Laurel Wood.

Page 20

Q. Do you know when MedOptions was first established?
A. No.
Q. When you started working for them, about how many employees did they have?
A. I don't know.
Q. Do you know what MedOptions' relationship is at Advanced Care Options?
A. No.
Q. Have you ever heard of an entity known as MedOptions Behavioral Health Associates, LLC?
A. No.
Q. Do you know when MedOptions first started doing business in Rhode Island?
A. No.
Q. And you referenced several nursing homes; Oakland Grove, Clipper Home, Watch Hill Manor, Bayberry, Harborside, Pawtuxet and Harborside Greeenwood, Briarcliff and Elmwood. Did you work at any other nursing homes on behalf of MedOptions?
THE WITNESS: At any time?
MS. BEJMA: Yes.
A. Yes.
Q. Which ones?

Page 21

A. I worked at Silver Creek, Heatherwood. I think that's it, to the best of my recollection.
Q. And besides your services as a nurse practitioner, what other kind of services did MedOptions provide for these nursing homes, if any?
A. They offered the option for in-service training for staff.
Q. When did MedOptions get compensated for offering in-services?
A. I wasn't privy to that. I think they charged -- it was a fee for services for the in-services, but I'm really not sure.
Q. How did MedOptions advertise its services?
THE WITNESS: What do you mean by advertise.
Q. Did they advertise?
A. Not to my knowledge.
Q. How were you compensated for your services as a nurse practitioner?
A. Well, when I started one day a week, I was paid on the number of patients I saw. Once I became full time in October, I was paid on a set salary.
Q. Do you know Elaine Delsesto?