**EXHIBIT N**

MEDOPTIONS Inc. P.O. BOX 825 • AVON, CT 06001 • 1-800-370-3651 • FAX: 860-679-7744

May 19, 2006

Ann Sullivan, NP
7 Robin Circle
#6
Norton, MA 02766

Dear Ann:

Congratulations and welcome to MedOptions. The following are the terms of your employment:

- Effective date of your employment: June 1, 2006
- Annual salary: $73,025.00 ($1404.33 per week), payable in bi-weekly installments, with required billable units of 34 per week. For units in excess of 68 in a pay period (two weeks), you would be compensated your billable unit rate for those units. This is based on a 40-hour work week.
- Sign on bonus of $3000.00 after the completion of 90 days employment as long as you provide one year of service. If you leave prior to that one year, you would owe a pro-rated portion back to MedOptions.
- Professional liability and worker's compensation are covered by MedOptions.
- Health insurance (medical & dental) with employee contribution that depends on plan and network selected.
- Group term life insurance at 1 time's annual payroll, maximum of $50k which doubles for AD&D.
- Flexible spending accounts for healthcare and dependent care
- MedOptions observes six (6) paid holidays per calendar year.
- Four weeks per year of earned time off annually (vacation, sick & personal time), based on actual number of hours worked.
- Reimbursement for travel at the current government rate for any miles traveled in excess of 300 in a given week.
- Eligible for 401K after three months employment. Employees with 1,000 hours per year are eligible for the company match.
- Laptop and cell phone provided by MedOptions.
- Employment is contingent upon compliance with all policies within the Employee Handbook.

In addition to the foregoing, your employment with MedOptions will be contingent on receipt by MedOptions of acceptable references, background checks, and Department of Motor Vehicles reports.

I hope that you accept this offer. We look forward to having you join MedOptions in Rhode Island.

Sincerely,

Marianne D. Wright
Director of Recruiting

This offer is valid until Friday, May 26, 2006 as long as the signed and dated letter is returned to MedOptions.

Ann M. Sullivan
Signature

05 24 06.
Date