# EXHIBIT P

STAPLES copy&printcenter

# Complimentary Self-Serve Fax Cover Sheet

To: Laurel Wood

From: Ann Sullivan

Fax#: 860-679-7744

Phone#: ( ) 508-285-4170.

Date: 051806

Urgent ☐ Confidential ☑ Confirm Receipt ☐

Number of Pages: (Including Cover) 8

Reply Fax #:

See attached

I spoke to Elaine Delsesto. The Holiday
401-765-1440
& Barbara Langshaw-Soares. The Heri.
Hills Nursing Center.
I will be at GrandView Center in Cumberl
tomorrow AM.
I could orient with Melissa at Oakland
Thurs 0601 & GrandView Fri 0602

We'll do it right the first time – guaranteed.

Staples® Copy & Print Centers offer print shop services and one-stop convenience

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping an

that w

T00 2