# EXHIBIT Q

Ann Sullivan RI Visits for 2006 2007

| Dx1 QC | Acct | Facility | QC | Name | Quick Code | Role | Orig Billed | DOS | Post Date | CPT | Charge Ar | DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 290.20 | 1229 | GRANDVIEW CENTER | SNF GVIEW | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/02/06** | 06/13/06 | 99254 | $ 159.24 | $ - |
| 290.20 | 1229 | GRANDVIEW CENTER | SNF GVIEW | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/02/06** | 06/13/06 | 99254 | $ 159.24 | $ - |
| 290.21 | 1230 | GRANDVIEW CENTER | SNF GVIEW | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/02/06** | 06/13/06 | 99254 | $ 159.24 | $ - |
| 290.21 | 1230 | GRANDVIEW CENTER | SNF GVIEW | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/02/06** | 06/13/06 | 99254 | $ 159.24 | $ - |
| 295.00 | 397 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99310 | $ 111.54 | $ - |
| 295.00 | 397 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99310 | $ 111.54 | $ - |
| 295.90 | 397 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **06/05/06** | 07/19/06 | 99310 | $ 111.54 | $ - |
| 311 | 646 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99309 | $ 89.08 | $ - |
| 311 | 646 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99309 | $ 89.08 | $ - |
| 293.83 | 309 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **06/05/06** | 06/07/06 | 99310 | $ 111.54 | $ - |
| 331.0 | 649 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **06/05/06** | 07/19/06 | 99308 | $ 63.20 | $ - |
| 331.0 | 649 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/30/06 | 99308 | $ 63.20 | $ - |
| 331.0 | 649 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/30/06 | 99308 | $ 63.20 | $ - |
| 311 | 682 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/07/06 | 99308 | $ 63.20 | $ - |
| 311 | 682 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/07/06 | 99308 | $ 63.20 | $ - |
| 293.83 | 399 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **06/05/06** | 06/07/06 | 99308 | $ 63.20 | $ - |
| 294.8 | 623 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **06/05/06** | 07/19/06 | 99308 | $ 63.20 | $ - |
| 294.8 | 623 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99308 | $ 63.20 | $ - |
| 294.8 | 623 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/05/06** | 06/22/06 | 99308 | $ 63.20 | $ - |
| 311 | 330 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/06/06** | 06/07/06 | 99309 | $ 89.08 | $ - |
| 311 | 330 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/06/06** | 06/07/06 | 99309 | $ 89.08 | $ - |
| 293.83 | 399 | OAKLAND GROVE HEALTH CARE CENTER | SNF OAKLAN | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **06/06/06** | 06/07/06 | 99310 | $ 111.54 | $ - |
| 290.21 | 1239 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **06/06/06** | 06/14/06 | 99255 | $ 219.54 | $ - |

Ann Sullivan RI Visits for 2006 2007

| Dx1 QC | Acct | Facility | QC | Name | Quick Code | Role | Orig Billed | DOS | Post Date | CPT | Charge Ar | DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 294.11 | 1456 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/01/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 714.9 | 1457 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/01/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 290.21 | 1458 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/01/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 290.20 | 1459 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/01/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 290.20 | 1459 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/01/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 956 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 956 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 1214 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 507 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 290.0 | 565 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 416 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 928 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 697 | BAYBERRY COMMONS | SNF BAYBER | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/03/06** | 08/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 697 | BAYBERRY COMMONS | SNF BAYBER | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/03/06** | 08/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 1551 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/03/06** | 08/12/06 | 99255 | $ 219.54 | $ - |
| 290.21 | 1553 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/03/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 1096 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **07/03/06** | 07/12/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 1621 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1603 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1603 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 290.21 | 1612 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1616 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ 34.16 |
| 293.83 | 1615 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 783.7 | 1600 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | AETNA HEALTHCARE | AETNA | Secondary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |
| 333.99 | 1622 | HERITAGE HILLS NURSING CENTRE | SNF HERITA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **07/05/06** | 08/19/06 | 99255 | $ 219.54 | $ - |

Ann Sullivan RI Visits for 2006 2007

| Dx1 QC | Acct | Facility | QC | Name | Quick Code | Role | Orig Billed | DOS | Post Date | CPT | Charge Ar | DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 311 | 1964 | HEBERT NURSING HOME | SNF HEBERT | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **09/22/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 1963 | HEBERT NURSING HOME | SNF HEBERT | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **09/22/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 290.20 | 1951 | HEBERT NURSING HOME | SNF HEBERT | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/22/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 290.20 | 1951 | HEBERT NURSING HOME | SNF HEBERT | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/22/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1952 | HEBERT NURSING HOME | SNF HEBERT | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/22/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 854 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **09/25/06** | 10/03/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 416 | BAYBERRY COMMONS | SNF BAYBER | EVERCARE | EVERCARE | Primary Insurance | EVERCARE | **09/25/06** | 10/03/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 2137 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/25/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 469 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **09/25/06** | 10/03/06 | 99310 | $ 111.54 | $ 43.39 |
| 307.89 | 2180 | BAYBERRY COMMONS | SNF BAYBER | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/25/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 307.89 | 2180 | BAYBERRY COMMONS | SNF BAYBER | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/25/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 1164 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **09/25/06** | 10/03/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 4320 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/25/06** | 03/13/07 | 99310 | $ 103.35 | $ - |
| 293.83 | 578 | BAYBERRY COMMONS | SNF BAYBER | BC BS OF RI/ BLUE CHIP | RI BLUE CH | Primary Insurance | BC BS OF RI/ BLUE CHIP | **09/25/06** | 10/03/06 | 99310 | $ 111.54 | $ - |
| 331.0 | 2271 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 331.0 | 2271 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 10/28/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1934 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | AARP HEALTHCARE OPTIONS | AARP | Secondary Insurance | MEDICARE | **09/26/06** | 10/03/06 | 99310 | $ 111.54 | $ - |
| 295.90 | 3274 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 12/11/06 | 99255 | $ 219.54 | $ - |
| 295.90 | 3274 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 12/11/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1789 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | BC BS OF RHODE ISLAND | BC BS RI | Secondary Insurance | MEDICARE | **09/26/06** | 10/03/06 | 99310 | $ 111.54 | $ 43.39 |
| 293.83 | 3268 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 12/08/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 3268 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 12/08/06 | 99255 | $ 219.54 | $ - |
| 293.83 | 1362 | THE HOLIDAY RETIREMENT HOME | SNF HOLIDA | MEDICARE | MEDICARE | Primary Insurance | MEDICARE | **09/26/06** | 10/03/06 | 99310 | $ 111.54 | $ - |

Data extracted on 1/8/08

Ann Sullivan RI Visits for 2006 2007

| Dx1 QC | Acct | Facility | Name | Role | Orig Billed | DOS | Post Date | CPT | Charge Ar | DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 293.83 | 3911 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **10/04/06** | 02/02/07 | 99255 | $ 218.64 | $ - |
| 290.20 | 3065 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **10/27/06** | 11/18/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 2482 | BALLOU HOME FOR THE AGED | BC BS OF RI/ BLUE CHIP | Primary Insurance | BC BS OF RI/ BLUE CHIP | **10/27/06** | 11/07/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 4153 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/14/06** | 02/26/07 | 99254 | $ 175.56 | $ - |
| 294.11 | 4153 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/14/06** | 02/26/07 | 99254 | $ 175.56 | $ - |
| 290.20 | 3065 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **11/14/06** | 11/18/06 | 99310 | $ 111.54 | $ - |
| 290.20 | 3065 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **11/14/06** | 11/18/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/14/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/14/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 307.89 | 4001 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/27/06** | 02/08/07 | 99310 | $ 103.35 | $ - |
| 307.89 | 4001 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/27/06** | 02/08/07 | 99310 | $ 103.35 | $ - |
| 311 | 3909 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/27/06** | 02/02/07 | 99255 | $ 218.64 | $ - |
| 311 | 3909 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **11/27/06** | 02/02/07 | 99255 | $ 218.64 | $ - |
| 294.11 | 2482 | BALLOU HOME FOR THE AGED | BC BS OF RI/ BLUE CHIP | Primary Insurance | BC BS OF RI/ BLUE CHIP | **11/27/06** | 11/30/06 | 99310 | $ 111.54 | $ - |
| 307.89 | 4001 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 02/08/07 | 99310 | $ 103.35 | $ - |
| 307.89 | 4001 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 02/08/07 | 99310 | $ 103.35 | $ - |
| 290.21 | 3491 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 02/19/07 | 99255 | $ 218.64 | $ - |
| 290.21 | 3491 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 02/19/07 | 99255 | $ 218.64 | $ - |
| 290.21 | 3490 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **12/11/06** | 02/19/07 | 99255 | $ 218.64 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/11/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 331.0 | 3472 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/18/06** | 12/21/06 | 99255 | $ 219.54 | $ - |
| 331.0 | 3472 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/18/06** | 12/21/06 | 99255 | $ 219.54 | $ - |
| 294.11 | 3490 | BALLOU HOME FOR THE AGED | BC BS OF RHODE ISLAND | Secondary Insurance | MEDICARE | **12/18/06** | 02/19/07 | 99310 | $ 103.35 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/18/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 294.11 | 4569 | BALLOU HOME FOR THE AGED | MEDICARE | Primary Insurance | MEDICARE | **12/18/06** | 03/21/07 | 99310 | $ 103.35 | $ - |
| 290.0 | 565 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 311 | 692 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/14/06** | 09/28/06 | 99310 | $ 111.54 | $ - |
| 311 | 692 | BAYBERRY COMMONS | BC BS OF RI/ BLUE CHIP | Primary Insurance | BC BS OF RI/ BLUE CHIP | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 290.0 | 1147 | BAYBERRY COMMONS | UNITED HEALTHCARE | Primary Insurance | UNITED HEALTHCARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 296.30 | 753 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99308 | $ 63.20 | $ - |
| 296.30 | 753 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99308 | $ 63.20 | $ - |
| 290.21 | 526 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 290.21 | 526 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 296.00 | 857 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 300.00 | 709 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99308 | $ 63.20 | $ - |
| 300.00 | 709 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/14/06** | 06/19/06 | 99308 | $ 63.20 | $ - |
| 295.10 | 855 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 294.11 | 816 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/14/06** | 06/19/06 | 99310 | $ 111.54 | $ - |
| 290.21 | 591 | BAYBERRY COMMONS | EVERCARE | Primary Insurance | EVERCARE | **06/21/06** | 06/29/06 | 99310 | $ 111.54 | $ - |
| 296.40 | 693 | BAYBERRY COMMONS | BC BS OF RI/ BLUE CHIP | Primary Insurance | BC BS OF RI/ BLUE CHIP | **06/21/06** | 06/29/06 | 99310 | $ 111.54 | $ - |
| 296.40 | 693 | BAYBERRY COMMONS | BC BS OF RI/ BLUE CHIP | Primary Insurance | BC BS OF RI/ BLUE CHIP | **06/21/06** | 06/29/06 | 99310 | $ 111.54 | $ - |
| 293.83 | 417 | BAYBERRY COMMONS | MEDICARE | Primary Insurance | MEDICARE | **06/21/06** | 06/29/06 | 99310 | $ 111.54 | $ - |