**EXHIBIT R**

Ann Sullivan

**NURSE PRACTITIONER HIRE PACKAGE DOCUMENT LIST – RHODE ISLAND**

| Document Name | Distributed | Date Sent | Date Received |
|---|---|---|---|
| Job Description | Initial Packet | 6/1 | N/A |
| NPMH Billing Codes | 2nd packet after hire letter | | N/A |
| Authorization for Release of Information | Initial Packet | | 5/18/06 |
| Emergency Contact Form | 2nd packet after hire letter | | 6/21/06 |
| Employee Profile Information | 2nd packet after hire letter | | |
| PPD/Physical Exam Request | 2nd packet after hire letter | | |
| OSHA Training Program | 2nd packet after hire letter | | |
| United Behavioral Health enrollment form | 2nd packet after hire letter | | |
| Evercare Application | 2nd packet after hire letter | | |
| Anthem/Blue Cross enrollment form | 2nd packet after hire letter | | |
| Medicare Provider enrollment 855I | 2nd packet after hire letter | | |
| Medicare Provider enrollment 855R | 2nd packet after hire letter | | |
| Medicaid application-Rhode Island | 2nd packet after hire letter | | |
| Behavioral Health application-MHN | 2nd packet after hire letter | | |
| Behavioral Health Consultation Sample Forms Initial Visit | 2nd packet after hire letter | | N/A |
| Behavioral Health Consultation Sample Forms Follow-up | 2nd packet after hire letter | | N/A |
| Patient Time Log | 2nd packet after hire letter | | N/A |
| Application for Hire | Initial Packet | | 5/18/06 |
| Benefits Summary Sheet | Initial Packet | | 5/18/06 |
| Resume | | X | April |
| Two letters of reference | | X | NO |
| Automobile Declaration Page | | X | NO |
| Licenses & Certifications: State License | | X | 5/18/06 |
| DEA Certificate | | X | |
| ANCC | | X | NO |
| Hire Letter | | 5/19/06 | 5/19/06 |
| Federal Tax form-W4 | 2nd packet after hire letter | 6/1 | 6/14/06 |
| Paychex Direct Deposit form w/voided check | 2nd packet after hire letter 1st day | | 6/21/06 |
| I-9 form (US Passport or Drivers license & Social Security Card) | 2nd packet after hire letter 1st day | | 6/14/06 |
| Benefits enrollment forms (if applicable) *mailed 6/14/06 | Within 2 weeks | 6/14/06 | 6/21/06 |

Copy of drivers License

Requested 6/21/06

Requested 6/21/06

rec 6/15/06

3 references faxed 5/19/06

rcvd 6/6 5/30

B.C.V sent 6/1/06 referral 6/13

Spoke w/ Ann. faxing W-4 + I-9 6/13

MedOptions

Avon, CT 06001
SIC:8051 Skilled Nursing Care Facilities
Employees: 58
Eligibles: 58

# CBIA Health Connections 2

Employee Specific Illustration

Dill, Joyce & Thresher
Dill, Joyce & Thresher
860-223-1234
Prepared On: 06/14/2006
Proposed Effective Date: 03/01/2006
Pay Period Shown: Bi-weekly

| Name | Sex | Age DOB | Fam Tier | COBRA | MED Waiver | DEN Waiver | Annual Earnings | Out Of Area Location |
|---|---|---|---|---|---|---|---|---|
| 58 Sullivan, Anne | F | 49 | EE Only | N | N | N | 0 | Norton MA 02766 Bristol |

**Medical Options**

| | Carrier | Plan | Type / Access | ------ Copays ------ Off / Spec / ER / OpSurg / Hosp | Deductible & Coinsurance | RX | --- Contribution --- Employer | Employee | Total |
|---|---|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~Oxford USA~~ | ~~* Out of Area~~ | ~~POS / G~~ | ~~30 / 45 / 150 / 250 / 500/d 2000m/y~~ | ~~-- --~~ | ~~10/20/40~~ | ~~119.17~~ | ~~39.72~~ | ~~158.89~~ |
| * 2 | Oxford USA | * Out of Area | POS / G | 20 / 20 / 50 / 20 / 500 | -- -- | 10/20/35 | 119.17 | 76.32 | 195.49 |

* If you are considering one of these plans, please contact your employer to confirm which of the plans has been made available to you. * *

**Life Options**

| Carrier | Life Coverage | Volume | --- Contribution --- Employee |
|---|---|---|---|

* Plan offered for your area

* * Bi-weekly Contribution

Mailed 6/14/06 SL

This proposal is only a summary of the benefits in the policy of insurance being suggested for your company and does not constitute a final agreement. Final premium and eligibility will be determined upon actual enrollment and rates then in effect. Illustration does not guarantee rates. Rates are subject to change based on employee and employer demographics.


*Copyright 2000-2006 CBIA*