**EXHIBIT S**

**Research Services, LLC**
124 Simsbury Road, Avon, CT 06001
Voice 860-678-0066, 860-678-0077, Fax 860-678-0099

# CONFIDENTIAL

**Requested:** 06/14/06 **Printed:** 06/15/06

## Background Verification Report

**Completed:** 06/15/06

**Prepared For:** MEDOPTIONS/ADVANCED CARE OPTIONS

**Attention:** ALIHER BLYTHER

**Subject:** Sullivan, Ann **SS #:** XXX-XX-0773

**Address:** Lincoln, RI **DOB:** 01/27/57

## COURT SEARCH RECORD

STATEWIDE, RI
--------------

Search Type: Felony and Misdemeanor, 7 Years
Court Searched: County Seat
No Court Records found in the jurisdictions searched.

## DISCLAIMER

The information contained in this report is confidential and is to be used only by that person in his/her official duties, that require them to reveal subjects information. The information in this report is correct to the best of our knowledge. The information contained in this report is only as accurate as the indexing system from which it was gathered.

Information contained herein should not be the sole determination in evaluation of this individual. All other factors, references and current situations should be considered. Human error in compiling this information is possible.

**End Of Report**