# EXHIBIT U

Heritage Hills Nursing Centre
80 Douglas Pike
Smithfield RI 02917
401-231-2700

May 31, 2006

Ronald M. Stewart, M.D.
PO Box 6922
Providence, RI 02904

Dear Dr. Stewart,

Please accept this letter as written notification that we will no longer be requiring the services of Gericare, a division of Human Services Consultants. This termination of agreement is effective immediately.

We have enjoyed an excellent working relationship for many years, and I sincerely appreciate the outstanding work both you and your staff have provided to this facility and our residents.

However, due to the staffing change of our current consultant, and the need for a new consultant to work in the evening, it is best for us to terminate our agreement and contract with a consultant group that will better suit our scheduling needs.

I wish you continued success. Thank You for your understanding.

Sincerely,

Joyce Sormanti

Joyce Sormanti
Administrator