# EXHIBIT B

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
(401) 331-7777

## ***PROVIDER AGREEMENT***

For good consideration and as an inducement for GeriCare, a Division of Human Services Consultants. Ltd. (hereby referred to as the "Company") to contract with Ann Tamule RN (hereby referred to as the "Contractor") the undersigned hereby agrees to the following:

This agreement shall be automatically renewed yearly unless the Company provides the contractor with written notice of any amendments.

### *I. GENERAL NON-COMPETE AGREEMENT*

The Contractor agrees to not directly or indirectly compete with the business of the Company during the period of contraction. The term 'non compete' shall mean that the Contractor shall not directly or indirectly own, operate, consult to or be employed by any firm in a business substantially similar to or competitive with the present business of the Company or such business activity in which the Company may engage during the term of the agreement and for six (6) months thereafter.

The Contractor hereby acknowledges that the Company shall or may in reliance of this agreement provide the contractor access to trade secrets, customers and other confidential data, and that this agreement is reasonably necessary to protect the Company and its clients.

### *II. CONFIDENTIALITY AGREEMENT*

The nature of the services provided by the Company requires information to be handled in a private, confidential manner. Information about our business or our clients will only be released to people or agencies outside the company with our written consent, following legal or regulatory guidelines.

The Contractor acknowledges that I have been carefully and fully advised by the Company of my continuing obligations to preserve confidentiality, and will not reveal to anyone or use, for myself or anyone else, any trade secrets or confidential matters learned by me during, or by reason of, my contracting with the Company, and I reaffirm such obligations.

### III. COVERED SERVICES

A) Upon the execution of this agreement the Contractor agrees to provide the patients with those services which are 1) medically necessary, 2) within the scope of the contractors license and at the discretion of the Company 3) in accordance with applicable standards for patient care and appropriate utilization of services, 4) in accordance with all applicable laws, regulations

Ex2

and rules of professional ethics, and 5) and in accordance with the respective agreements from time to time in effect between the Company and its nursing homes. The Contractor shall only render those services that are within the scope of the Contractors designation by the Company.

B) The Contractor shall comply with all rules, regulations, policies and amendments which are communicated to the Contractor. The Contractor shall comply with the Administrative Policies.

C) The Contractor agrees to furnish covered services to patients at all locations at which the Contractor agrees to furnish health care services to patients which need or are seeking such services from the Contractor.

## IV. COMPENSATION

A) The Contractor shall bill the insurances for covered services rendered to patients in accordance with the respective insurance. Forms will be submitted on a timely (minimum of bi-weekly) basis to Healthcare Management & Billing Services, Inc. for their processing.

B) The Contractor agrees to accept, as payment in full, from the Company for services rendered, 50% of all receipts of collections submitted by Healthcare Management & Billing Services, Inc., as determined by each patient's insurance.

C) The Company requires that you be truthful and accurate in all record keeping, reporting and billing activities that you perform on behalf of the Company.

## V. RECORDS

A) The Contractor shall maintain appropriate complete medical records for each patient that is treated, in accordance with standards of the profession and as the Company may reasonably require. The medical records of patients shall be treated as confidential in compliance with federal and state laws and regulations governing the confidentiality of patients' medical records.

B) The Contractor shall maintain copies of such records for the Company and Healthcare Management & Billing Services as necessary for the Company to comply with any applicable laws and regulations. The company shall have the right, upon request, to verify all administrative or medical records maintained by the Contractor regarding the patients for the purposes of monitoring billing, utilization, and quality of care.

C) The Company shall have the right to perform audits of the Contractor's financial records as they pertain to any company billing. Any such audit of the Contractor's records shall be performed in accordance with the requirements of applicable statutes and regulations concerning confidentiality of information.

## VI. TERM AND TERMINATION

A) The Company may terminate this Agreement for causes as set forth below:

1- material breach by the Contractor of any of the terms or conditions of this agreement
2- fraud committed by the Contractor
3- if the Contractor shall subcontract with another provider to render services on behalf of the Contractor under this agreement
4- misrepresentation by the Contractor
5- death, disability or protracted illness of the Contractor
6- if the Contractor is expelled or suspended from the Medicare program
7- lack of need of the Company to continue with the agreement as a result of economic considerations
8- in the event that the Contractor's license or certification to provide health care services is revoked, surrendered, suspended or otherwise restricted
9- failure to maintain proper malpractice insurance coverage
10- The Contractor is convicted of a felony.

Proof of current insurance and medical licenses is to be provided and updated.

B) The Contractor may terminate the agreement by providing the company with not less than thirty (30) days' prior written notice of termination. Upon termination of this agreement for any reason, if the Contractor intends to notify such contracted nursing facilities that they will no longer be part of the Company, the Contractor must send a copy of such notice to the Company prior to the time that such notice is circulated to the Contractor's facilities.

C) Upon termination of the agreement, for whatever reasons, the rights and obligations to the patients hereunder shall terminate. However, termination shall not release the Contractor or the Company from their respective obligations concerning:

1- The Companies agreement to provide payments accrued to the Contractor prior to termination for such services provided by the Contractor
2- The Contractor's agreement to seek compensation from patients for services provided prior to termination
3- Completion of treatment of patients then receiving care pursuant to and in accordance with this agreement until continuation of such patients' care can be satasfactorily arranged by the Company.

D) The Company may amend this agreement from time to time while providing the contractor with sixty (60) days' prior written notice of the contents of the new amendment. The amendment shall be deemed effective sixty (60) days after mailing unless the Contractor shall have submitted notice of termination of this agreement to the Company prior to the expiration of such sixty (60) day period. Any termination of the agreement shall be effective thirty (30) calendar days from the mailing of the notice of termination by the contractor.

E) All unused Company forms will be returned to the office at 277 Waterman Street, Providence, RI 02906.

## *ADMINISTRATIVE POLICIES*

### *1. EQUAL EMPLOYMENT OPPORTUNITY POLICY*

It is the ongoing policy of our Company to afford equal opportunity to qualified individuals regardless of their race, color, religion, sex, national origin, age, physical or mental handicap, veteran status, or because they are disabled veterans, and to conform to applicable laws and regulations. In keeping with the intent of this policy, the Company will adhere strictly to the following personnel practices:

Recruitment, hiring, and promotion of individuals in all job classifications will be conducted without regard to race, color, religion, national origin, age, sex, physical or mental handicap, veteran status, or because he or she is a disabled veteran, except where a bona fide occupational qualification must be met.

Employment decisions will be made in such a manner as to further the principles of equal employment opportunity through the use of valid job-related criteria.

All other personnel actions, such as compensation, transfers, training and development, educational assistance and social programs, will be administered without regard to race, color, religion, national origin, age, sex, physical or mental handicap, veteran status, or because he or she is a disabled veteran, except where a bona fide occupational qualification must be met.

### *2. SEXUAL HARRASSMENT POLICY*

It is the policy of the Company to promote and maintain a working environment which is free of sexual harrassment. Sexual Harrassment is prohibited by both the Federal Civil Rights Act of 1964 as amended in 1972 (for which explicit sexual harassment guidelines became effective on November 10, 1980) and by the Rhode Island Fair Employment Practice Act, Section 28-5-7.

Sexual Harrassment is a form of misconduct that undermines the integrity of the working relationship. No one should be subjected to unsolicited and unwelcome sexual overtures or conduct, either verbal or physical. Sexual Harrassment refers to behavior that is not welcome, that is personally offensive, that lowers morale and that, therefore, interferes with our work effectiveness.

If you encounter such abuses from supervisors, fellow contractors, or clients, please contact the Medical Director. We want everyone to know that they can work in a secure environment with dignity and are not required to endure insulting, degrading, or exploitative treatment. There will be no retaliation for the initiation of a complaint made in good faith.

### 3. CODE OF CONDUCT

The Companies Code of Conduct is designed to promote ethical and professional behavior in all aspects of the Companies operations. Quality care should be the Driving force behind decisions made and actions taken on behalf of your patients and the Company.

**CONCLUSION**

This agreement constitutes the entire agreement of the parties on this subject matter and supersedes all prior agreements. This agreement shall be construed under and governed by the laws of the State of Rhode Island. The invalidity or unenforceability of any provision hereof shall in no way affect the validity and enforceability of any other provisions. The waiver by either party of a breach or violation of any provision hereof shall not operate or be construed as a waiver of any other breach or violation hereof.

The parties hereto are independent entities and neither of them nor any of their respective contractors shall be construed to be the agent, employer or representative of the other, nor shall either party have any expressed or implied right or authority to assume or create any obligation on behalf of or in the name of the other party. Neither party shall be liable to the other from any act or omission of the other party.

The above has been explained to me and is understood. Signed this 3rd day of June, 2002. This Agreement will be effective and binding as of the date noted for both parties.

Ann M. Camuglia
Contractor

Ronald M Stewart MD
Ronald M Stewart MD
Company President
Medical Director