# EXHIBIT C

7 Robin Circle #6
Norton, MA 02766
April 9, 2006

Geri Care
277 Waterman Street
Providence, RI 02906

Dr. Stewart,

I am writing to let you know that I am resigning from Geri Care effective June 1, 2006.
To be clear, I will no longer cover any of the nursing homes after that date. During my 5 years of employment with Geri Care, I have learned a great deal. It is now time for me to move forward with my life in Massachusetts.

Thank you for your contribution to my professional development. I offer my very best wishes to you and to Christine Richards. I will remember you warmly.

Sincerely,

Ann M. Sullivan

Ann M. Sullivan, RNP, MS

5