# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD,

Plaintiffs,

v.

ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC.,

Defendants.

Case. No. 1:06-cv-00486-ML-DLM

## DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendants Ann Sullivan and MedOptions, Inc. ("MedOptions") hereby request that, within thirty days of the date hereof, plaintiff Human Services Consultants, Ltd. d/b/a GeriCare ("plaintiff" or "GeriCare") answer each of the following requests for admission, separately, completely, and in writing:

**REQUEST NO. 1**: Admit that on or about April 9, 2006, GeriCare received the letter from defendant Sullivan attached hereto as Exhibit A and bears the Bates No. 65.

**REQUEST NO. 2**: Admit that on or about April 20, 2006, plaintiff sent the letter attached hereto as Exhibit B and bearing the Bates No. 92 to Grandview Center.

**REQUEST NO. 3**: Admit that pursuant to the letter attached hereto as Exhibit B and bearing the Bates No. 92 plaintiff terminated its service agreement with Grandview Center, effective June 1, 2006.

**REQUEST NO. 4**: Admit that on or about April 20, 2006, plaintiff sent a letter containing the same content as that attached hereto as Exhibit B and bearing the Bates No. 92 to Ballou Home for the Aged.

**REQUEST NO. 5**: Admit that pursuant to the letter referenced in Request No. 4 plaintiff terminated its service agreement with Ballou Home for the Aged, effective June 1, 2006.

**REQUEST NO. 6**: Admit that on or about April 20, 2006, plaintiff sent a letter containing the same content as that attached hereto as Exhibit B and bearing the Bates No. 92 to Holiday Retirement Home.

**REQUEST NO. 7**: Admit that pursuant to the letter referenced in Request No. 6 plaintiff terminated its service agreement with Holiday Retirement Home, effective June 1, 2006.

**REQUEST NO. 8**: Admit that on or about April 20, 2006, plaintiff sent a letter containing the same content as that attached hereto as Exhibit B and bearing the Bates No. 92 to Morgan Health Care Center.

**REQUEST NO. 9**: Admit that pursuant to the letter referenced in Request No. 8 plaintiff terminated its service agreement with Morgan Health Care Center, effective June 1, 2006.

**REQUEST NO. 10**: Admit that in March or April 2006, plaintiff received notice from Hebert Nursing Home that Hebert Nursing Home was terminating its service agreement with plaintiff effective June 30, 2006, or thereabout.

**REQUEST NO. 11**: Admit that Heritage Hills Nursing Centre terminated its service agreement with plaintiff effective July 30 or 31, 2006.

**REQUEST NO. 12**: Admit that following receipt of the letter from defendant Sullivan attached hereto as Exhibit A and bearing Bates No. 65, the only potential replacement for defendant Sullivan that plaintiff offered to Heritage Hills Nursing Centre was Sharon Borges.

**REQUEST NO. 13**: Admit that Heritage Hills Nursing Centre advised plaintiff that it was rejecting Ms. Borges as a replacement for defendant Sullivan because her proposed visitation hours were unacceptable.

**REQUEST NO. 14**: Admit that at no point after receiving defendant Sullivan's letter of resignation did plaintiff present a proposed replacement for defendant Sullivan to Grandview Center.

**<u>REQUEST NO. 15</u>**: Admit that at no point after receiving defendant Sullivan's letter of resignation did plaintiff present a proposed replacement for defendant Sullivan to Ballou Home for the Aged.

**<u>REQUEST NO. 16</u>**: Admit that at no point after receiving defendant Sullivan's letter of resignation did plaintiff present a proposed replacement for defendant Sullivan to Holiday Retirement Home.

**<u>REQUEST NO. 17</u>**: Admit that at no point after receiving defendant Sullivan's letter of resignation did plaintiff present a proposed replacement for defendant Sullivan to Morgan Health Center.

**<u>REQUEST NO. 18</u>**: Admit that after receiving defendant Sullivan's letter of resignation, plaintiff did not present a proposed replacement for defendant Sullivan to Hebert Nursing Home.

**<u>REQUEST NO. 19</u>**: Admit that as of June 1, 2006, plaintiff no longer had a contractual relationship with Grandview Center.

**<u>REQUEST NO. 19</u>**: Admit that as of June 1, 2006, plaintiff no longer had a contractual relationship with Ballou Home for the Aged.

**REQUEST NO. 20**: Admit that as of June 1, 2006, plaintiff no longer had a contractual relationship with Holiday Retirement Home.

**REQUEST NO. 21**: Admit that as of June 1, 2006, plaintiff no longer had a contractual relationship with Morgan Health Center.

**REQUEST NO. 22**: Admit that as of June 1, 2006, plaintiff no longer had a contractual relationship with Hebert Nursing Home.

**REQUEST NO. 23**: Admit that as of August 1, 2006, plaintiff no longer had a contractual relationship with Heritage Hills Nursing Centre.

DEFENDANTS,

ANN TAMULE a/k/a/ ANN M. SULLIVAN, ALIAS, and MEDOPTIONS, INC.,

By their Attorneys,

Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

Dated: November 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2007, this document was served by first-class U.S. mail, postage prepaid on:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Lawrence Peikes

\17993\7\138881.1

# TAB A

7 Robin Circle #6
Norton, MA 02766
April 9, 2006

Geri Care
277 Waterman Street
Providence, RI 02906

Dr. Stewart,

I am writing to let you know that I am resigning from Geri Care effective June 1, 2006.
To be clear, I will no longer cover any of the nursing homes after that date. During my 5 years of employment with Geri Care, I have learned a great deal. It is now time for me to move forward with my life in Massachusetts.

Thank you for your contribution to my professional development. I offer my very best wishes to you and to Christine Richards. I will remember you warmly.

Sincerely,

Ann M. Sullivan

Ann M. Sullivan, RNP, MS

# TAB B

GeriCare
A Division of Human Services Consultants, Ltd.
277 Waterman Street
Providence, RI 02906
401-486-7177

sent to each of her 6 homes

April 20, 2006

Grandview Center
100 Chambers Street
Cumberland, RI 02864

* Send First Class and Certified*

Dear Lori Brothers:

As you know, GeriCare, A Division of Human Services Consultants, Ltd., is committed to quality service to our nursing homes for the patients' mental health well-being. We are a multi-disciplinary team of professionals who have been covering the mental health federal and state requirements of Rhode Island nursing facilities since June 2000, with multiple positive recommendations from various agencies. It's a team of dedicated specialists who work together to ensure optimal patient care and have a commitment to and a compassion for their patients, meeting the strictest standards of professional competency.

It is with dismay that we must notify you that Ann Sullivan NP has given her resignation effective May 31, 2006 to pursue other interests in Massachusetts. Finding another available Advance Practice Nurse (APN) is not expected to be possible in the near future. We have been advertising for months now for new APNs with no success due to competition with the hospitals and physician offices and a general nationwide shortage of nursing personnel. Therefore, regretfully, in fairness to you, GeriCare must terminate our contract with your facility as of June 1, 2006. We cannot maintain our quality service standards and cover all your needs in the near future.

If an opportunity arises where we have hired an Advance Nurse Practitioner who could service your facility under GeriCare capacity, we will notify you for re-consideration.

We have enjoyed our professional relationship with your staff and wish you only the best in the future.

Sincerely,

Christine Richards LICSW
Executive Director

Ronald M. Stewart MD
Medical Director

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD., Dba GERICARE RONALD MARK STEWART MD** Plaintiffs | : | |
| **vs.** | : | **C.A. # 06-486** |
| **ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDPTIONS INC.** Defendants | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

**Request No. 1:** Admitted.

**Request No. 2:** Admitted.

**Request No. 3:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 4:** Admitted.

**Request No. 5:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 6:** Admitted.

**Request No. 7:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 8:** Admitted.

**Request No. 9:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 10:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 11:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 12:** Admitted.

**Request No. 13:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 14:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 15:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 16:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 17:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 18:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 19:** Admitted.

**Request No. 20:** Admitted.

**Request No. 21:** Admitted.

**Request No. 22:** Admitted.

**Request No. 23:** Admitted.

Respectfully submitted,

/s/ Vicki J. Bejma
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 28, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on January 28, 2008 I sent a true copy of the within by regular mail to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325