# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD., :
Dba GERICARE :
RONALD MARK STEWART MD :
Plaintiffs :

vs. : C.A. # 06-486

ANN TAMULE, aka ANN M. SULLIVAN, :
Alias, and MEDPTIONS INC. :
Defendants :

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS**

**Request No. 1:** Admitted.

**Request No. 2:** Admitted.

**Request No. 3:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 4:** Admitted.

**Request No. 5:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 6:** Admitted.

**Request No. 7:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 8:** Admitted.

**Request No. 9:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 10:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 11:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 12:** Admitted.

**Request No. 13:** Denied. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 14:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 15:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 16:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 17:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 18:** Admitted in part and denied in part. See our response to Defendants' Second Set of Interrogatories, #1.

**Request No. 19:** Admitted.

**Request No. 20:** Admitted.

**Request No. 21:** Admitted.

**Request No. 22:** Admitted.

**Request No. 23:** Admitted.

Respectfully submitted,

/s/ Vicki J. Bejma

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 28, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on January 28 2008 I sent a true copy of the within by regular mail to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325