# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD., :
d/b/a GERICARE :
RONALD MARK STEWART, M.D. :
v. : C.A. NO. 06-486
:
ANN TAMULE, aka ANN M. SULLIVAN, :
Alias, and MEDOPTIONS, INC. :

DEPOSITION OF LAUREL WOOD, a WITNESS in the above-entitled cause, taken on behalf of the Plaintiffs, before Patricia A. Magnone, RPR, a Notary Public in and for the State of Rhode Island, at the Law Office of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, Rhode Island, on January 10, 2008 at 2:00 p.m.

PRESENT FOR:
THE PLAINTIFFS. . . . LAW OFFICE OF STEPHEN M. ROBINSON
155 SOUTH MAIN STREET SUITE 402
PROVIDENCE, RI 02903
BY: VICKI J. BEJMA, ESQ.
THE DEFENDANTS. . . . WIGGIN & DANA, LLP
AND WITNESS
400 ATLANTIC STREET
STAMFORD, CT 06911
BY: LAWRENCE PEIKES, ESQ.

ALSO PRESENT:
RONALD STEWART, M.D.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920

earn $54,000, she had to do a certain amount of billable units, what I had spoken about earlier. And she didn't want to have the pressure to work that many billable units, is my recollection. But what they're saying is, if you do in excess of 50 in a pay period, which is two weeks, you will be compensated the billable unit rate for those units.

Q. And while she was at MedOptions, what nursing homes did she work at?

A. My recollection is, Bayberry Commons, Oakland Grove, Grandview, the Holiday, Heritage Hills, Hebert. And that's all I can recall. There may be others, but those are the ones that I can recall.

Q. And how was it determined that Sullivan would be working at those particular homes?

A. We generally put our nurse practitioners in a proximity that's close to where they live. So we market facilities, and we place staff near where they are together so it's convenient for both.

Q. Now, were you aware that Ann Sullivan had signed a noncompete agreement with Human Services Consultants and/or GeriCare?

A. She did say that to us.

Q. By "us," you mean...

A. To Melissa and myself.

Q. If you could take a look at that Exhibit 10 for a moment?

(Witness perusing document)

Q. And can you identify these documents?

A. Yes. They are our service agreements.

Q. And if I may direct your attention to the first page, with whom is this agreement with?

A. The Holiday Retirement Home.

Q. And what date was this agreement signed?

A. It was signed on 5-25 by the administrator, and 5-31 by myself.

Q. And how did you first come in contact with Holiday?

A. My recollection is that they called us. They told us that their prior psych group had terminated with them and that they were in need of another provider, and would we be willing to come in and talk about our services.

Q. And who from the nursing home called you?

A. The administrator.

Q. And who was the administrator?

A. Robert, I want to say his last name is Holloran, although it's difficult to read his signature or his last name.

Q. And did Mr. Holloran mention how he had come to hear about you?

A. I don't recall if he did.
Q. And did you, yourself, personally talk to him when he called?
A. No. It usually comes in through our office administrator. Then I generally will call the facility back and set up a time that would be convenient for the two of us to sit down and talk.
Q. And is that what you did in this case?
A. Yes. That's my recollection.
Q. Okay. And did you meet with Mr. Holloran?
A. Yes.
Q. And what did you talk about at that meeting?
A. I talked about the history of MedOptions, our philosophy of care, the way we provide service for behavioral health, which includes the different disciplines. We talked about our 24/7 call that we offer, the fact that we do not charge a monthly fee.
And I left him with the information, which included the service agreement. So the information being the brochure, the marketing literature, and that always includes a service agreement.
Q. Who drafted this service agreement, by the way?
A. I do not know. It was not me. Something we have used for years. So probably the attorney from, that was the first MedOptions prior to the sale of

the company, whoever that was at the time, I'm sure, drafted it. But I don't know who that is, the name.
Q. When you spoke to the Holiday, did they talk about GeriCare at all?
A. Not that I recall.
Q. Did you talk about any specific staff members who might be servicing the Holiday?
A. Not that I recall.
Q. And if we could go on to the next agreement, that's on page M-3 of this document, and who is this agreement with?
A. This is Pine Grove Health Center. The administrator is Linda Wheeler, and Melissa signed it for Dr. Rosenszweig.
Q. And who is Mr. Rosenszweig?
A. He is a psychiatrist.
Q. When did he start working for you?
A. Perhaps, fall of 2006. Somewhere around there. I don't have the exact date. I'm sorry.
Q. And what is Mr. Rosenszweig's position?
A. He is co-medical director in Rhode Island with Andy -- sorry -- with Mustafa Surti, S-U-R-T-I. The practice, MedOptions, merged with their practice around that time in, I want to say, late 2006, which is when we started the Butler office, because they

had previously used that office.
Q. And do you know when they contacted MedOptions?
A. They being...
Q. Pine Grove?
A. I am guessing -- the date that the service agreement was signed was March of 2007.
Q. I'm not asking you to guess. I'm asking you, what do you know about it?
A. I do not know the date, when they called.
Q. Did you participate in any of the discussions with Pine Grove?
A. I did not.
Q. Would that have been Melissa Ferdinandi who would have --
A. Yes.
Q. Turn the page to M-5. And would you agree that this is the consultant agreement with Morgan Health Center?
A. Yes.
Q. And the date on this agreement is...
A. It's dated 6-17-2007 by Dianna Shaw, and 6-8 by myself.
Q. When did Morgan Health Center contact you?
A. I do not know the date, but I do know that Dianna Shaw worked with us at another nursing home

in Rhode Island. I want to say, Westerly Health Care. When she moved to Morgan, she specifically called me, because she remembered our services when we were in Westerly, and she wanted to discuss having MedOptions service Morgan Health Care.

Q. Okay. Do you know whether Morgan Health Center had someone providing services to them similar to yours?

A. They had another provider. I did not know who the other provider was. I knew they were not happy with their other provider, which is why she contacted me to have MedOptions come in and do a presentation.

Q. And did they mention GeriCare at all?

A. No.

Q. Did you talk about members of your individual staff that might be servicing Morgan?

A. No.

Q. Did they ever mention Ann Sullivan at all?

A. No.

Q. And if we can turn the page, again, to M-7; and would you agree that this is a service agreement between Heritage Hills and MedOptions?

A. Yes.

Q. Is that your signature at the bottom?

A. Yes.

Q. And when did Heritage Hills contact you?
A. I don't have the date of when they contacted us first.
Q. Okay. Whom from Heritage Hills contacted you?
A. I don't recall. It was either the director of nursing or the administrator, but I do not remember who it was.
Q. Did they indicate why they were calling you?
A. They were interested in hearing about the services of MedOptions.
Q. And did they tell you how they had come to hear about you?
A. No, they did not.
Q. Did they ever mention GeriCare at all?
A. No.
Q. And when did you begin rendering services for Heritage Hills?
A. I don't know the exact date of when we started.
Q. Had anybody been providing similar services before MedOptions started providing --
A. My understanding is that there was another provider. I do not know who that was.
Q. Did you talk to Heritage Hills about members of your individual staff that might be serving them?
A. No, I did not.

Q. Did you talk to them about Ann Sullivan?
A. No, I did not.
Q. If you can turn to page M-10, and would you agree that that is an agreement between Hebert Nursing Home and MedOptions?
A. Yes.
Q. And that agreement was entered into on the 3rd of May?
A. Yes.
Q. And did you participate in any of the discussions leading up to that agreement?
A. No, I did not.
Q. Have you had any contact with anybody from Hebert Nursing Home?
A. Just for clinical issues that might be a problem, you know, staffing, when is someone due in the next time, things like that.
Q. And if we could turn to page M-14 -- by the way, did Hebert Nursing Home ever mention GeriCare to you?
A. No.
Q. Okay. And if we could turn to M-14, would you agree that is an agreement between MedOptions and Grandview Center?
A. Yes.
Q. And this agreement is dated on what date?

A. June 1st.
Q. And it was signed by you on --
A. The 15th of May.
Q. And when did Grandview call you?
A. I don't know when they called.
Q. Do you know who contacted you?
A. No, I do not.
Q. Did they indicate why they were contacting you?
A. They had -- the call came in through our main office -- again, our office administrator -- that they had been terminated by their previous provider and that they were looking to have a meeting set up with MedOptions to discuss needing to change providers.
Q. Who was the previous provider?
A. I don't know. They did not state.
Q. Did they ever mention GeriCare?
A. Not that I am aware of. Not that I can recall.
Q. And did you talk to them about members of your individual staff that might be servicing them?
A. No, I did not.
Q. Did you talk to them about Ann Sullivan?
A. They told me that they had Ann Sullivan as a provider in the past.
Q. Did you discuss her coming back to work for them

again?
A. No.
Q. And if we could turn the page to M-17, and would you agree this is an agreement between MedOptions and Ballou Home?
A. Yes.
Q. Dated...
A. Dated May 4.
Q. And did you participate in any of the discussions leading --
A. I did not.
MS. BEJMA: Okay. And I'd like to have this marked as Exhibit 11.
(PLAINTIFFS' EXHIBIT 11 MARKED FOR I.D.)
Q. And if you could look at Exhibit 11 for a moment; and can you identify that document?
(Witness perusing document)
A. I have not seen it before, but based on what I am reading, it looks like a contract with GeriCare and their providers.
Q. Does MedOptions contract with Grand Island?
A. Yes.
Q. And about when did they start providing services to Grand Island?
A. I don't recall the date.