# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD, Plaintiffs, v. ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., Defendants. | : | Case. No. 1:06-cv-00486-ML-DLM |

**AFFIDAVIT OF DEFENDANT ANN SULLIVAN IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

STATE OF CONNECTICUT )
) ss:
COUNTY OF HARTFORD )

ANN MARIE SULLIVAN, being duly sworn deposes and says:

1. I am over the age of eighteen (18) and fully understand the meaning and significance of an oath. This affidavit is submitted in support of the motions for summary judgment filed on behalf of myself and defendant MedOptions, Inc. ("MedOptions") in the above-captioned case, and will supplement my deposition testimony to encompass matters about which I was not questioned. All facts attested to herein are based on my own personal knowledge and/or books and records maintained by MedOptions in the ordinary course of business.

2. Upon joining MedOptions on June 1, 2006, I was assigned responsibility for three nursing homes in Rhode Island, namely Oakland Grove Health Care Center, Bayberry Commons and Grandview Center. Of these three facilities, Grandview Center

was the only one I had serviced on behalf of my former employer, plaintiff Human Services Consultants, Ltd. d/b/a GeriCare ("GeriCare"). I did not in any way assist MedOptions to procure a service agreement with Grandview Center. At the time I was assigned to Grandview Center by MedOptions, it was my understanding that GeriCare had terminated its contractual relationship with that facility. I had no reason to believe GeriCare had an ongoing or expectant business relationship with Grandview Center.

3. I continued to work for MedOptions in Rhode Island until early to mid-January 2007, when upon my request I was transferred to Connecticut and assumed a part-time position. During that roughly six-month period MedOptions assigned me responsibility for servicing several additional nursing homes in Rhode Island, including Hebert Nursing Home, The Holiday Retirement Home, Heritage Hills Nursing Home, and Ballou Home for the Aged. I had serviced these same nursing homes while employed by GeriCare. I did not, however, in any way assist MedOptions to procure a service agreement with any of them.

4. At the time I was assigned to service Hebert Nursing Home, The Holiday Retirement Home, Heritage Hills Nursing Home, and Ballou Home for the Aged on behalf of MedOptions, it was my understanding that GeriCare had terminated its contractual relationship with each of those facilities. I had no reason to believe, and did not believe, GeriCare had an ongoing or expectant business relationship with any of them.

Ann Marie Sullivan

Subscribed and sworn to before me
this 21 th day of February, 2008

Notary Public

My commission expires on: 09/30/12

M. JENNIFER CARROLL
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2012

\17993\7\143992.1