# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD
d/b/a GERICARE; RONALD MARK STEWART, M.D.

vs. C.A. No. 06-486

ANN TAMULE a/k/a ANN M. SULLIVAN,
alias, and MEDOPTIONS, INC.

DEPOSITION OF JEFFREY KINELL, a Witness in the above-entitled case, taken on behalf of the Plaintiffs, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Stephen M. Robinson, Esquire, 155 South Main Street, Providence, Rhode Island on February 6, 2008 at 11:00 A.M.

APPEARANCES:

FOR THE PLAINTIFFS....LAW OFFICE OF STEPHEN M. ROBINSON
BY: VICKI BEJMA, ESQUIRE
155 SOUTH MAIN STREET
PROVIDENCE, RI 02903

FOR THE DEFENDANTS....WIGGIN AND DANA
BY: LAWRENCE PEIKES, ESQUIRE
400 ATLANTIC STREET
STAMFORD, CT 06911

ALSO PRESENT: RONALD STEWART, M.D.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
401/946-5500

competence.

A. Yes.

Q. Does MedOptions provide counseling for dementia patients?

A. Yes.

Q. Does MedOptions provide risk management services?

THE WITNESS: Can you clarify what that means?

Q. Would it help -- would it provide to nursing homes seeking to ensure that, you know, problems don't happen as a result of the patients' mental condition, elopements?

A. Our staff is trained to provide support to the nurses at a facility to help deal with problems.

Q. Does MedOptions provide counseling for dementia parents?

A. Yes.

Q. Does MedOptions provide the nurse practitioners with various forms to use, such as evaluation checklists?

A. Yes.

Q. Now, how would MedOptions form a relationship with a particular nursing home?

A. The general nature is we would receive a call

from a facility and respond to a request for services.

Q. How would the nursing home come to have heard about you?

A. Generally, through word of mouth. The way we got started in Rhode Island was a nursing home administrator from Connecticut moved to Rhode Island and contacted us when she moved here.

Q. Who was that administrator?

A. I don't know.

Q. Does MedOptions advertise in any way?

A. From time to time we send out marketing letters to facilities.

Q. Do you engage in any other types of marketing?

A. No.

Q. Do you have a website?

A. Yes.

Q. How long have you had a website?

A. It was prior to the time that I joined the company.

Q. What materials are on the website?

A. Basic information about our services.

Q. Do you have staff profiles on your website?

A. I believe we do.

MS. BEJMA: Mark this as Exhibit 3.