# EXHIBIT G

PENGAD 800-631-6989
DEFENDANT'S EXHIBIT
D
2/6/08

Subj: **Re: Upcoming changes for you to consider with GeriCare**
Date: 4/19/2006 8:20:56 A.M. Eastern Daylight Time
From: sharon.borges@inspiris.com
To: chrisgersw@aol.com

If Heritage Hills is open to me going in once a week after 4PM and seeing 8 to 10 pts weekly, they are my choice to replace Grand Islander.
Eastgate would be my choice to replace Haven Health. I would be there every other week after 3:30. I would generally see 6 to 8 pts.
I am also willing to pick up Harris North as I can go there on the same day each month that I go to Harris East.
I wish I could more but policies have changed at my day job and I no longer have quite the same level of flexibility.
I had a very nice weekend and thanks for asking.
I look forward to seeing how all this works out.
Also, our meeting in May is on May 4th, right? I canJt find my notice and I need to put it on my schedule. Thanks.

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Chrisgersw@aol.com <Chrisgersw@aol.com>
To: Sharon.Borges
CC: Chrisgersw@aol.com <Chrisgersw@aol.com>; PSYCHLAWMD@aol.com <PSYCHLAWMD@aol.com>
Sent: Sun Apr 16 19:40:21 2006
Subject: Upcoming changes for you to consider with GeriCare

Hi Sharon,

How are you? I hope you had a nice weekend!

Here are your choices to consider with response by 4/19 (Wednesday) Please:

We will give Ann's homes notice on 4/20 that we will be out of there as of 6/1/6 due to her leaving, unless we have someone lined up (like you <http://cdn-cf.aol.com/se/smi/0201d20638/01> ). We need to know, what, if any, homes you would be interested in picking up on 6/1/6 so we obviously don't send them a letter of termination.

Dr. Stewart mentioned cancelling Grand Islander and Haven Health Warren, if that works for you, to open up better options/nursing homes for you to transfer to. We would send them notices on 4/20 as well with effective date 6/1.

Your new options:

Ballou {60 Mendon Road}(Woonsocket) and Hebert {180 Log Road, Smithfield} (practically Greenville/end of Smithfield) are really too far away for you to travel I am sure.

Grandview {100 Chambers Street, Cumberland} (60 patients) has 2 units and is up the street from Harris North (Central Falls/Pawtucket). They are a good home, but have a lot of admissions and discharges and really need someone there once a week. The long term residents are usually stable and not a problem. [You could fit in Harris North on the same day, if you chose to pick that one up again, and they are better run right now. New DON, new Administrator. Dr. Stewart has been the only one in there for over a year and they would love to have you back I am sure.]

Heritage Hills {80 Douglas Pike} is in Smithfield, off of 146, 295. 3 units, again, used to once a week visits. 90 patients. Well run.

The Holiday, {30 Sayles Hill Road, Manville} Woonsocket, off 295, is the premier nursing home in Rhode Island. They have 5 units and also need a full day. 120 patients.

Morgan {80 Morgan Avenue} is in Johnston, off of 295, Route 6. (60 patients) 2 floors only - Linda Young is covering the 4th Floor. Less demanding overall.

East Gate is still available if you wanted to add that to your day at Harris East - Nan Allen has been gone for 2 years or so now. (60 patients) They have a heavier psych population like Harris. They use a lot of our counseling service.

You can mapquest miles and differences in travel from where you would be going to/from. You can also page Ann and she could fill you in directly on certain nursing home quirks/ issues. I would be happy to help you in any way I could as well with your questions.

WOW! Lots to think about! Lots of opportunities!

What are your thoughts? Feel free to call myself or Dr. Stewart as well with your thoughts or questions.

Talk to you soon,

Christine

PS If you need me to FAX you a written copy of this letter, call me at 401-353-6464 so you can study it line by line, option by option. Thanks.

==================================================================

This electronic message transmission, including all attachments, contains informatio

==================================================================