# EXHIBIT H

Subj: **Re: Nursing Homes**
Date: 6/12/2006 4:39:47 P.M. Eastern Daylight Time
From: sharon.borges@inspiris.com
To: chrisgersw@aol.com

Thanks for getting Back to me so quickly.
I got those lists and there are a number of patients in each place so I guess I can go in more frequently to each place for a couple of months and get everyone "caught up". Maybe by fall we will have something new.
You are right about Kindred but I admire there loyalty in that thay are still with us. I know they have rotated through a number of people.
Thanks again!
P. S. I think it was a little mean of Heritage Hills to cancel the contract without giving Gericare a chance to find someone. After all, we thought things. were all set. All of this happening at once is making me think that some other group is doing some agressive and negative marketing I wonder who is picking up our contracts?

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Chrisgersw@aol.com <Chrisgersw@aol.com>
To: Sharon.Borges
Sent: Mon Jun 12 15:19:24 2006
Subject: Re: Nursing Homes

Hi Sharon,

Yes, Heritage Hills canceled our contract because they want someone during the day (NOW they tell us!). So that is out. Dr. Stewart is going in to do rounds through the house, which he was due to do anyway, during the first shift this month to be available for any new admits/emergencies.

I sent out a list for Harris North in Central Falls/Pawtucket for you last week for reference when you go there. And I sent you East Gate's. Enjoy the idea that you can see them all for your own awareness of what the patients are on, need, etc. while they are new to you. Unfortunately, though, it doesn't mean you can bill all as initials, but they will be easy due to Dr. Stewart's notes and Carol's if she saw them (if not, THEN you can bill as an initial).

The only other home that is available right now is Kindred Heights (Health Haven), and its probably mutual that you don't want to go back in there.

I am sorry about the decline in work as a result of these changes. Maybe it is time to enjoy some of your new toys with your newfound time? Or make your necklaces and sell them! Less liability there! <http://cdn-cf.aol.com/se/smi/0201d20638/02> And more FUN!!

Keep in touch,

Christine

==========================================================================

This electronic message transmission, including all attachments, contains informatio

==========================================================================

DEFENDANT'S EXHIBIT 5 2/6/08 LG
PENGAD 800-631-6989