**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD., Dba GERICARE RONALD MARK STEWART MD Plaintiffs** | : | |
| **vs.** | : | **C.A. # 06-486** |
| **ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDPTIONS INC. Defendants** | : | |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Now comes the Plaintiffs, and hereby moves to amend their complaint in the form attached hereto as Exhibit 1. In support of their Motion, Plaintiff relies on their Memorandum of Law, attached hereto and made a part hereof.

Respectfully submitted,

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 25, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on _______________ I sent a true copy of the within by electronic filing to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Vicki J. Bejma

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD.,** | : | |
| **Dba GERICARE** | : | |
| **RONALD MARK STEWART MD** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| | : | |
| **vs.** | : | **C.A. # 06-486** |
| | : | |
| | : | |
| **ANN TAMULE, aka ANN M. SULLIVAN,** | : | |
| **Alias, and MEDPTIONS INC.** | : | |
| **Defendants** | : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO AMEND COMPLAINT**

Plaintiffs have moved to amend their Complaint in the above-captioned matter in the form attached hereto as Exhibit 1. In support of their Motion, Plaintiffs note that since the filing of this action, there has been extensive discovery. Almost immediately prior to the February 8, 2007 closure of that discovery, at the deposition of Jeffrey Kinnell on February 6, 2007, Plaintiff discovered the identity of several other potential defendants, entities closely related to the original Defendant, MedOptions. In addition, Plaintiff wishes to amend their counts for intentional interference with advantageous business relationships to further clarify that one of the business relationship that the MedOptions Defendants interfered with was that contractual relationship between Plaintiffs and Defendant Sullivan, which provided that Defendant Sullivan not engage in businesses competing with Plaintiffs for a period of six (6) months.

Respectfully submitted,

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
February 25, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on February 25, 2008 I sent a true copy of the within by electronic filing to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Vicki J. Bejma