# Exhibit 2

Page 54

A. I don't recall that I did.
Q. Did you yourself ever form any belief as to whether the agreement was enforceable?
A. No.
Q. Did you --
A. I didn't.
Q. Did you ever form any belief as to whether the agreement was going to be enforced?
A. No, I didn't. I'm not an attorney.
Q. Okay. Were you aware as to whether or not Ann Rameaka had had a similar noncompete agreement with GeriCare?
A. No.
Q. Have you read the deposition of Ann Sullivan in this matter?
A. No, I have not.
Q. Have you ever discussed the deposition of Ann Sullivan with anybody in this matter?
A. No, I have not.
Q. Have you read the deposition of Laurel Wood in this matter?
A. No, I have not.
Q. Have you discussed the deposition of Laurel Wood in this matter?
A. No, I have not.

Page 55

Q. Have you read the deposition of Melissa Ferdinandi in this matter?
A. No, I've not.
Q. Have you discussed that deposition with anyone?
A. No, I have not.
Q. When did you first learn that this action was being brought?
A. When we received the letter in September.
Q. Did you speak to Ann Sullivan about this suit?
A. Yes, when she contacted me.
Q. At any other time?
A. We had one or two other conversations.
Q. Did you talk to Melissa Ferdinandi about it?
A. No. No, I don't believe that I did.
Q. Did you talk to Laurel Wood about it?
A. Just generally.
Q. What exactly did you say?
A. I told her that Ann contacted me, and she was concerned, and that I reassured her that we would work with her, help her handle the situation.
Q. Okay. Did you discuss this lawsuit with anybody?
A. With my partner.
Q. And what was -- when as that discussion?
A. When we received the litigation.
Q. And what was the nature of that discussion?

Page 56

A. Again, we just generally described the facts and talked about the process that we were engaged in.
Q. Did you have any further discussions with your partner about this matter?
A. No.
(PLAINTIFFS' EXHIBIT 13 MARKED FOR IDENTIFICATION)
Q. Review this document for a moment. If I could draw your attention to Page 14. Is that your signature?
A. Yes.
Q. You took an oath before a notary when signing this?
A. Yes.
Q. Okay. If I can direct your attention to Page 2, interrogatory Number 2. Now, you reviewed this document before signing this, correct?
A. Yes.
Q. Did you check it over for accuracy?
A. Yes.
Q. And if you would review your response to Interrogatory Number 2 for a moment. Where did you get your information by which you provided the response?

Page 57

A. I had asked one of the folks, one of our people in the office.
Q. With which one of the people?
A. Karen Hart.
Q. What's Karen's Hart's position?
A. Director of information services, and Gail Lemieux who is VP of administration.
Q. If I can direct your attention to interrogatory Number 4 on Page 4?
THE WITNESS: Interrogatory 4 or 5?
MS. BEJMA: Interrogatory 4 on Page 3.
Q. If you could review that for a moment.
(PAUSE)
Q. Where did you obtain the information contained in that interrogatory response?
A. From Marianne Wright.
Q. Where would she have obtained that date?
A. From her files.
Q. Does Ms. Wright maintain records of when a particular candidate, particular potential employee first contacts you?
A. We do try to keep records of that, yes.
Q. Where would those records be kept?
A. In her files.