**Exhibit 1**

facility.

Q. Did you discuss with anybody at Heritage Hills specifically about who would be taking -- about how the patients would be cared for once you had left?

A. I was told by people at Heritage Hills that Dr. Stewart was going to continue with them after I left.

Q. And who told you that Dr. Stewart would be continuing?

A. Joyce Sormanti.

Q. Did you discuss with anybody at Balou what arrangements were going to be made for the treatment and care for your patients once you had left?

MR. PEIKES: Objection to the form of the question. You can answer.

A. Mary DuPre, who is the director at Balou, had expressed that they were very happy with me, and they wished that I would continue and stay. And I told them that I was committed to going forward with the religious life.

They didn't know where they'd find another company. They were very anxious about finding another company, because Dr. Stewart had

A. Because I preferred that my former husband not know where I lived.

Q. On what date did you receive that postcard?

A. I don't recall.

Q. On what date did you apply for a position?

A. I don't know that either.

Q. And what did your application -- did you submit any materials to MedOptions by way of application?

A. The MedOptions, Laurel Wood was the manager and Melissa Ferdinande met me for coffee at Panera Bread, and gave me some information about the company.

Q. Panera, and where was this located?

A. Greenville, Rhode Island.

Q. On what date did this meeting take place?

A. I know it was a Thursday because I was in Greenville, but I can't tell you what date.

Q. Do you know where you had been on that date?

A. I had been at the Hebert Nursing Home. I'm sorry. That can't be right. I'm not sure

to Woonsocket.

And so they were very happy to think that someone could be in the north.

Q. Now the postcard, did you receive that before or after you got the letter from I believe it was Precious Blood?

A. After. While I was thinking about going to the Sisters of the Precious Blood, I interviewed with the Community Health Network, which is a temping home care agency in Massachusetts.

Q. I'm sorry, what was the name again?

A. Community Health Network.

Q. All right.

A. When I thought that I was going to the Sisters of the Precious Blood, I thought I didn't need to work very long, and so I thought I would take a temporary position doing home care.

After they said we don't recommend that you apply, the amount of work involved in learning the community health, in which I hadn't practiced since 1999, there were a lot of changes. So I didn't continue my application with the Community Health Network. I did interview there. Because I thought that that