**Exhibit 2**

Page 14

Care, the nurse practitioner goes into the nursing home and provides general medicine, or what we call primary care, to residents in the nursing home, so looking at medical issues.
With MedOptions, behavioral health, the psychiatrist, the nurse-practitioners go into the nursing home to provide med management for psychiatric issues. The social worker and the psychologist provide behavioral health, psychotherapy, generally. Again, based in psychiatry.
Q. All right. Are you familiar with an entity known as MedOptions Behavioral Health Associates, LLC?
A. Yes. That's probably the current, doing business currently as MedOptions, after being bought by Jeff and Jennifer, I would imagine.
Q. And about when did MedOptions start doing business in Rhode Island?
A. Let me see. Either late 2005, early 2006, by my recollection. I don't know that for a fact.
Q. And does MedOptions limit itself to nursing homes?
A. That and assisted livings. They're separate, licensed.
Q. And what was the first nursing home or assisted living in Rhode Island that MedOptions --

Page 15

A. That would be Briarcliffe Manor in Johnston, Rhode Island.
Q. Now, to get back to you, what duties did you perform for MedOptions when you started as director of clinical services, I believe it was; what were your duties?
A. Supervision of the behavioral health clinicians, to include psychiatrists, nurse practitioners, psychologists and social workers. I also did marketing for the company, to include going to market nursing homes and to sell our service. Those are the two primary functions that I did.
Q. And what were your duties as vice president of clinical services?
A. Mostly the same, but with broader supervision, a larger staff. A lot more marketing. We went into Rhode Island, I think, at that time. And taking over more of the calls, the complaints, or the problems. Taking more of a lead in that role.
Q. And what are your duties as far as vice president of operations?
A. They would include those issues; marketing and supervision. It would also include program development, financial responsibility for the business.

Page 16

Q. And could you define what you mean by program development?
A. Looking at other avenues that we may look into to grow the company further. It might be things we have not done yet, but things that we are considering doing. So a little bit of research about what other opportunities might be out there that we could look into providing a service for.
Q. And would I be correct in saying that you were involved in the first efforts at marketing in Rhode Island?
A. Yes.
Q. And what did your marketing campaign consist of?
A. We actually got Briarcliffe Manor, our first nursing home, because a nurse that used to work with us in Connecticut moved to Rhode Island, and she had had very good care at the nursing home in Connecticut, so she asked if we could come into Rhode Island. So that's how we first started.
Q. Who was this?
A. I don't recall her name. She's no longer even in the state, as far as I know. But we went and we spoke to her at Briarcliffe Manor. And our marketing was, basically, we had a brochure which discussed our services, to include the staff that I

Page 17

had mentioned, the psychiatrist, nurse practitioner, the psychologist, the social worker. It described what each of those different disciplines do, medication management or psychotherapy.
It described that we had 24/7 call coverage during emergencies. So I would go in and provide this brochure. It had a service agreement that pretty much outlined what our service is and what we did.
And I would generally bring that to a building, discuss our services and what we can do for the residents in terms of clinical care and, also, just a general, like I said, call coverage and things like that.
Q. About when did you begin marketing in Rhode Island?
A. Again, I don't have it written down anywhere. I want to say, late in 2005, early in 2006.
Q. And how would the nursing homes get this brochure?
A. I would -- the one case, I would -- the person knew me, so they put a call in to MedOptions and asked for me to come in and to present the brochure and our services to the administrator at the home -- and I don't recall his name at the time -- and the director of nursing, who already knew about us. Generally, nursing homes will call us for services.

Page 18

They will hear about us through word of mouth about our services. They will call and ask for us to come in and present, you know, come in for an appointment and present our services to them.
Q. And what was that one case you were discussing where they knew you?
A. Yes. The director of nursing had worked as a director of nursing in one of our client facilities in Connecticut. So she moved to Rhode Island, got a job as a director of nursing at Briarcliffe, and she wanted our services. I guess they were having difficulty with their current provider.
I do not know who that was at the time. But she remembered MedOptions and wanted us to come in and provide services to that nursing home.
Q. Okay. Did you do any mass mailings?
A. I do not believe we did so at the time. We do now do mass mailings as a part of our marketing packet.
MS. BEJMA: I just want to have this marked Exhibit 3.
(PLAINTIFFS' EXHIBIT 3 MARKED FOR I.D.)
A. Just for the record, we did have a director of marketing at the time who would know the answer to those questions. I was not -- I did marketing

Page 19

calls, but I was not the director of marketing. So any kind of literature that went out, that was not under my responsibility.
Q. Okay. I show you Exhibit 3. If you could take a look at that for a moment; can you identify that document?
A. I have not seen this document. This Margo Bader was our marketing coordinator, though, so that would be something that she would have been responsible to do.
Q. Was your brochure that you just described similar to that?
A. I have to read this.
Q. There's two pages.
A. The language in our marketing packet has some of the same language as this. I have never seen the second page. I have never seen the first page, either, for that matter. But just let me read this. The general theme of what is said in this letter is part of our marketing brochure.
Q. Okay. And what else, besides what you have already described, would have been in your marketing brochure?
A. A service agreement.
Q. A service agreement?

Page 20

A. Yes.
Q. And could you describe the basic package of services that would be offered to the nursing home?
A. We would provide them with a psychiatrist, a nurse practitioner, if needed, a psychologist and/or a social worker. Each home is different, and not all homes require a psychologist or a social worker.
My memory is that, for our beginning contracts in Rhode Island, it was just the psychiatrist and the nurse practitioner. I don't think we even employed any psychologist in the beginning, or social workers in the beginning.
Q. And what would be the respective duties of the psychiatrist and the nurse practitioner?
A. That would primarily be medication management of psychotropic medications.
Q. And what was the arrangement for compensation to MedOptions?
A. We did not charge the facility anything directly. We billed the clients, the patients' insurance, so, be that Medicare, Medicaid, or any other secondary insurance that they may have.
Q. And how would you -- how would one of the patients in the nursing home come to your attention as requiring these kinds of services?

Page 21

A. Generally, the physician in the nursing home, the attending physician, would order our services. So they would have one of their patients exhibiting psychiatric symptoms or signs and would make a referral for MedOptions to come in as a consultant to take care of those issues.
Q. Did MedOptions pay anything to the nursing homes?
A. No.
Q. In your advertising solicitation materials, did you have any staff profiles?
A. I don't think we did at the time. I think we do now.
Q. Do you maintain a firm website?
A. We do now. We did not at the time.
Q. When did you start having a website?
A. Let's see. The new company, so after Jeff and Jennifer. That was one of their initiatives. Perhaps a year after they bought the company. So maybe late 2006, early 2007.
Q. And when did Jen and Jeff buy the company?
A. February of 2006. February 1st of 2006.
Q. Do you have staff profiles on your website?
A. I haven't been on it in a while. I don't know.
Q. Have you ever had them?
A. We have had.