**Exhibit 3**

Q. Christine Richards. And what position did Christine Richards have?
A. She was involved with leadership in the GeriCare company.
Q. Were you given this document before or after your conversation with Dr. Stewart?
A. After.
Q. About how long after?
A. I don't know.
Q. Had you begun working for GeriCare at the time that you were given this document?
A. I don't know.
Q. Did you read this document before you signed it?
A. Yes.
Q. And what was your understanding as to what that section, general noncompete agreement, what was your understanding as to what that agreement meant?
A. I believe that meant that I was not -- I was agreeing to not accept a position of a competitor of GeriCare for six months after leaving GeriCare.
Q. Did you discuss the contents of that section with anybody at GeriCare?

interviewed by Mary Ann Wright, MedOptions Director of Recruiting, and completed the interviewing process culminating in an offer of employment. Ms. Sullivan has no record of any further details."

Q. How did you arrive -- Withdrawn. Directing your attention to the first part of that answer. Could you read that again?

A. "On or about May 1st, 2006, Ms. Sullivan contacted MedOptions in response to a postcard delivered to her post office box."

Q. You testified earlier in this deposition that you did not recall the date upon which you received that postcard.

A. That's true.

Q. How did you happen to know that May 1st was the date upon which you received that card?

MR. PEIKES: Objection to the form. Doesn't say May 1st. It says on or about May 1st.

Q. On or about May 1st.

A. I believed that MedOptions would have known that information. So when my attorneys said on or about May 1st, I believed that he might know that. But when you asked me if I know

it, I accept what they've said, as what they believe is accurate and I've said that I believe they are right. But I could not have generated that date from my own memory.

Q. And at what point did you, were you interviewed by Mary Ann Wright?

A. Very advanced in the time when I was already employed by MedOptions. I did not meet Mary Ann until after I was employed by MedOptions. But I did meet her and, actually this -- this reads as if that determined an offer of employment. But I didn't meet her until after I was employed. She helped me with getting the paperwork for a pre-employment physical, and getting my health insurance.

Q. Does this interrogatory reference the Panera interview at all?

A. No.

Q. And why is that?

A. That didn't come up in the discussion with Mr. Peikes.

Q. And also did MedOptions ask you to sign a noncompete agreement?

A. Not that I'm aware of, no, I don't believe so.