**Exhibit 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**HUMAN SERVICES CONSULTANTS, LTD.,**
**Dba GERICARE**
**RONALD MARK STEWART MD**
**Plaintiffs**

**vs.** **C.A. # 06-486**

**ANN TAMULE, aka ANN M. SULLIVAN,**
**Alias, and MEDOPTIONS INC.**
**Defendants**

**AFFIDAVIT OF CHRISTINE RICHARDS**

1. I am the Executive Director of GeriCare, and have been at all times relevant to this Affidavit, and make this affidavit on my personal knowledge.

2. When I gave Defendant Sullivan her orientation at the nursing homes serviced by GeriCare, I provided Defendant Sullivan with materials related to mental health that I had compiled and believed would be useful in her practice with the nursing homes.

3. I also provided Defendant Sullivan with training on the administrative aspects of the practice, such as how to complete insurance billing forms.

4. On or about May 29, 2006, I offered Barbara Langshaw of Heritage Hills a replacement for Defendant Sullivan, that is Sharon Borges, another nurse practitioner currently providing services for GeriCare. I indicated that she would be available during the late afternoon. Ms. Langshaw seemed reluctant, but I indicated that Ms. Borges would be calling and they could perhaps work something out.

5. Prior to this time, nobody at Heritage Hills had stipulated that any replacement needed to be available during the day.

6. There was no clinical reason why patients could not be seen during the late afternoon.

7. On or about May 31, 2006, Heritage Hills cancelled our contract by letter before Ms. Borges had even called them.

8. In anticipation of Ms. Borges' taking over Heritage Hills, GeriCare had surrendered its contracts with two other nursing homes.

SIGNED OF MY OWN FREE WILL UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF March AT 2001.

Christine Richards

Christine Richards