**Exhibit 4**

A. No, I don't think so.
Q. Do you know a Barbara Langshaw-Soares?
A. No.
Q. How long have you known Ann Sullivan?
A. When she started working with MedOptions.
Q. When did you first meet her?
A. I met her at her interview with Laurel.
Q. When was that interview with Laurel?
A. I can't remember. I know it was in the present of 2006. I don't remember what month it was.
Q. Was it before or after Easter?
A. I don't remember.
Q. Where was this interview held?
A. At Panera Bread in Greenville, Rhode Island.
Q. Had you heard of Ann Sullivan before this interview?
A. No.
Q. How did you learn about this meeting?
A. Laurel called me and mentioned that she was interviewing a candidate for a nurse practitioner position, would I like to join her and the candidate at Panera Bread. And I said, sure.
Q. How did you arrive at Panera Bread as an



interview site?
A. Its location.
Q. What was special about that location?
A. I don't know. I mean, it was close to the highway and it was easy to get to.
Q. Did you ride with Laurel?
A. No.
Q. Where had you come from?
A. I don't remember.
Q. Did Ms. Sullivan bring anything to the interview?
A. Not to my recollection.
Q. Did she bring a resumé?
A. I don't remember seeing one.
Q. Then what did you talk about at the interview?
A. Well, I got there after they had already started, so by the time I got there the interview was effectively over.
Q. What was discussed when you did get there?
A. When I got there Laurel introduced me to Ann Sullivan. We both exchanged greetings, and Laurel told me about the fact that Ann was most likely going to be coming onboard.
Q. When you say most likely, what did that depend on?



A. There was a verbal agreement pending reference check. That was my understanding, anyway. It wasn't a verbal agreement with me.
Q. Did you discuss Ann's previous employment?
A. I think it came up because I think she offered information about where she had worked before to demonstrate that she had experience.
Q. Did she discuss Gericare?
A. No.
Q. Was she currently employed at the time?
A. No.
Q. Did she ever discuss with you why she left or was leaving Gericare?
A. No.
Q. Did she ever discuss any concerns about Gericare's business practices at that meeting or at any other time.
A. No.
Q. Did she ever discuss with you any plans to enter the religious life?
A. Not until she was ready to move on. She didn't discuss it at the interview.
Q. Did she ever discuss her parents with you?
A. No.
MS. BEJMA: I'd like to have this



document marked as exhibit 2.
(PLAINTIFFS' EXHIBIT 2 WAS MARKED FOR ID)
Q. Have you ever seen this document before?
A. No.
Q. If you could just take the opportunity to review it.
(WITNESS COMPLIED)
Q. Do you have any idea why Ms. Sullivan would have been speaking to Elaine Delsesto?
A. No.
Q. Do you have any idea why she would be speaking to Barbara Langshaw-Soares?
A. No.
Q. Did MedOptions have a contract with the Holiday at that point?
A. No.
Q. Did it have a contract with the Heritage Hills at that point?
A. No.
Q. If you can look at that last sentence. "I could orient with Melissa at Oakland, Thursday, and Grandview Friday." Did she in fact orient with you on those days?
A. I remember orienting with her at Oakland Grove. I do not remember going with her to