**Exhibit 5**

did not use as a place to interview at the time, so we chose Panera Bread.
Q. When did the meeting at Panera Bread take place?
A. Around lunchtime. I don't recall the date.
Q. And who was present?
A. Ann, myself and Melissa Ferdinandi.
Q. Did you have lunch?
A. I don't recall if we ate or didn't eat.
Q. Do you recall who paid, at any rate?
A. I don't recall.
Q. Do you have an expense account?
A. I do not. I have a business credit card. I don't have, necessarily -- I mean, if you want to call that an expense account, but I don't have a designated amount of money that I can spend on certain things.
Q. Okay. Would Melissa Ferdinandi have a company credit card?
A. I don't recall, honestly. I don't recall. She may or may not have. I don't remember, at that time, if she did.
Q. And what did you talk about at Panera Bread?
A. My recollection is we discussed the history of the company. We gave her an overview of the services we provide. We talked about her



experiences as a nurse practitioner and the population that she enjoyed working with. We talked about the hours that she wanted to work -- the amount of hours, I should say, that she wanted to work. And that was it.
Q. Did she mention, or reference anything about her employment with GeriCare?
A. That was part of -- yes. Her history, her work experience, she described that she had worked for GeriCare.
Q. What did she say about GeriCare?
A. My recollection is, she said she worked for them. That was her experience. She was familiar with working in nursing homes, that she had done that for some period of time. I don't recall the amount of time.
Q. Did she tell you whether or not she was still working for GeriCare at the time?
A. She told me that she had resigned from GeriCare some time ago. I don't remember the amount of time. But as of that day, sitting face-to-face, she was not an employee of GeriCare.
Q. Did she tell you anything about why she left GeriCare?
A. I don't recall that being stated. No.



Q. Did she ever discuss with you any concerns she had about GeriCare's business practices?
A. No.
Q. Did she discuss ever being unhappy at GeriCare?
A. I don't recall. I don't recall.
Q. Other than at Panera Bread, did she ever tell you why she left GeriCare?
A. No. To this day, I don't know why she left GeriCare. I don't know.
Q. Did she ever talk to you about GeriCare at all after the Panera Bread interview?
A. Not that I can think of. No.
Q. Did she ever discuss with you her plans to enter the religious life?
A. No. The only thing that was stated was that she was a religious person and she would like to take one day a month off to pray.
Q. She never referenced anything about plans to join a convent or exploring it?
A. Not at that time.
Q. Not at that time? Did she discuss it with you later?
A. Yes. At some point in time, she let me know that she wanted to move to Connecticut to work part time, still, with MedOptions, since we are also



based in Connecticut, and that she, part time, wanted to join the convent, which we allowed her to do. We put her in a nursing home near the convent so she could continue to practice part time per her request.
Q. And at the Panera Bread meeting, did you discuss with her any of the nursing homes at which she would be working?
A. No. We didn't know for sure. We may have had one nursing home that we knew we needed someone in. I want to say it was Oakland Grove. But other than that, I don't recall being specific about any nursing homes.
Q. At what point did you discuss that with her?
A. I couldn't tell you. I don't recall the date and time.
Q. But how was it determined where she would work?
A. As it turned out, we received some phone calls from nursing homes stating that their prior group had terminated with them and so they were looking for another employer. They wanted us to come in and do a marketing call to discuss what MedOptions offers. And I did so. It was a combination of myself, myself and Jeff Kinell, Melissa Ferdinandi on her own. So it was a combination of the three of