**Exhibit 6**

be whether she would be in violation of the noncompete, as you understand it, by simply going to work for MedOptions?
A. I think the non-compete, I think the law in the spirit of the noncompete agreement is to protect, correct me if I'm wrong, to protect the parties involved in the noncompete from transferring secrets or privileged information and conveying information or association of value to another entity without proper consideration to the party, you know, who drew the noncompete.
So, I don't think that she was in fact in violation of the spirit of our noncompete. I think, you know, if you want to say, had the time run? No, the time hadn't run totally up. But we had no litigation regarding that, we had no complaint about her because she was straight-up and aboveboard, and very much as if Ann Sullivan/Tamule had come to us and -- in fact, she had done all these things she said she was going to do, she said to us, look, I need to go to work, blah, blah, blah, then, maybe, or if MedOptions would have called us up, we would have made some sort of arrangement, maybe, but that didn't happen, and I thought it was egregious deception



on the part of Ed Sullivan and MedOptions, and that's why the lawsuit was brought.
I thought we were badly treated. We were treated unfairly by Ann Sullivan-Tamule or Ann Tamule-Sullivan and MedOptions. Otherwise, I wouldn't have gotten involved in this whole complicated process of litigation. I'm 66 years old, and I'm very savvy about legal processes, as much as a layman can be, I guess, and, you know, I'm not likely to -- I don't go around suing people. It's not a good thing to do. It's complicated, and it's difficult, and it's a pain in the neck. So if I didn't feel very, very wronged by this whole thing, I wouldn't have pursued it.
Q. I appreciate your explanation, but just try to confine yourself to my questions if you can.
A. Thank you.
Q. What sort of confidential information would Ann Rameaka have been provided by GeriCare? You indicated the noncompete, at least the spirit of it was defined to protect confidential information; did I get that right?
A. Yes.
Q. What kind of confidential information would any



nurse practitioner be provided from GeriCare?
A. All of them would have had our manual or our training information and our forms, our patient evaluation forms, our case opening forms, our contacts with, whoever the contact people were at the facility, administrator, the director of nursing, nursing supervisors.
Q. You mean just knowledge of who those people are?
A. And their actual names and telephone numbers.
Q. Why couldn't somebody find that out by calling the home or looking it up in the phone book?
A. Because they had relationships with these people. They would talk to them. They would make friends with them.
Q. But what's confidential about the identity of the contact people at a nursing home?
A. I think our forms are confidential in that they're only used inpatient assessment. They have confidentiality and also they're proprietary information. They're our forms, we designed those forms.
Q. Do you have any reason to believe that Ann Sullivan took any copies of GeriCare's forms?
A. I don't know. She may have. She very well may have, just by the fact she's going back into



our nursing homes within a very short period of time she has access to those patient's forms that we had produced with her.
Q. Those patients forms -- you said when Ann Sullivan went back into the nursing homes on behalf of MedOptions, she had been servicing for GeriCare, she then had access to GeriCare's forms, right?
A. Yes, and my forms.
Q. And those forms were provided to her by the nursing home, right?
A. Correct. But if she hadn't gone back in there, MedOptions wouldn't have had those forms.
Q. What makes you think MedOptions took those forms?
A. She's a MedOptions employee. If she has access to them, MedOptions has access to them.
Q. Wouldn't any service provider need access to those forms if they're going to see residents of the nursing home?
A. Not without -- not without -- not knowing the significance of these forms as Ann did and not being privileged to the training she's done for us, she was a trainer for us and virtually all of our nursing homes. When a nurse practitioner would leave a nursing home, she would go to that nursing home, virtually any nursing home in the