**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS,<br>LTD, dba GERICARE, and<br>RONALD MARK STEWART MD, | : | Case. No. 1:06-cv-00486-ML-DLM |
| Plaintiffs, | : | |
| v. | : | |
| ANN TAMULE, aka,<br>ANN M. SULLIVAN, alias, and<br>MEDOPTIONS INC., | : | |
| Defendants. | : | |

**DEFENDANTS MEDOPTIONS INC. AND ANN M. SULLIVAN'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant MedOptions Inc. and Ann M. Sullivan hereby object to Plaintiffs' Motion for Leave to Amend Complaint. As ground for this Objection, Defendants rely on the Memorandum of Law filed herewith.

Respectfully submitted,

DEFENDANTS,
MEDOPTIONS, INC. and ANN SULLIVAN

By Their Attorneys,

/s/ Christine K. Bush
Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP

400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

Dated: March 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within **Defendants' Objection to Plaintiffs' Motion for Leave to Amend Complaint** was filed through the ECF system on this 11th day of March, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

//s// Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Obj MAmend.DOC