# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD., :
d/b/a GERICARE :
RONALD MARK STEWART, M.D. :
v. : C.A. NO. 06-486
:
ANN TAMULE, aka ANN M. SULLIVAN, :
Alias, and MEDOPTIONS, INC. :

DEPOSITION OF LAUREL WOOD, a WITNESS in the above-entitled cause, taken on behalf of the Plaintiffs, before Patricia A. Magnone, RPR, a Notary Public in and for the State of Rhode Island, at the Law Office of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, Rhode Island, on January 10, 2008 at 2:00 p.m.

PRESENT FOR:

THE PLAINTIFFS. . . . LAW OFFICE OF STEPHEN M. ROBINSON
155 SOUTH MAIN STREET SUITE 402
PROVIDENCE, RI 02903
BY: VICKI J. BEJMA, ESQ.

THE DEFENDANTS. . . . WIGGIN & DANA, LLP
AND WITNESS
400 ATLANTIC STREET
STAMFORD, CT 06911
BY: LAWRENCE PEIKES, ESQ.

ALSO PRESENT:
RONALD STEWART, M.D.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920

company were you referring to?
A. MedOptions, Inc.
Q. MedOptions, Inc., was sold...
A. To -- it is now run by, I should say, by Jeff Kinell and Jennifer Gallagher. And there are other venture capitalists involved in the company now.
Q. And who had previously owned MedOptions?
A. It was owned partly by Lucia Catalano, Lisa Foley and Nancy Brown, with a small percentage to Jeffrey Gottlieb and Dennis Caffrey.
Q. And these five people you just mentioned sold it to Kinell and Gallagher?
A. Yes.
Q. And those five individuals also owned Advanced Care?
A. Correct.
Q. And what was the difference between the primary kind of care Advanced Care offered versus the behavioral types of care that MedOptions offered; what was the difference?
A. Behavioral health care is psychiatric care. It includes a psychiatrist, nurse practitioner, psychologists and social work. Advanced Care is a primary care model, which is a nurse practitioner who specializes in general medicine. With Advanced

Care, the nurse practitioner goes into the nursing home and provides general medicine, or what we call primary care, to residents in the nursing home, so looking at medical issues.

With MedOptions, behavioral health, the psychiatrist, the nurse-practitioners go into the nursing home to provide med management for psychiatric issues. The social worker and the psychologist provide behavioral health, psychotherapy, generally. Again, based in psychiatry.

Q. All right. Are you familiar with an entity known as MedOptions Behavioral Health Associates, LLC?

A. Yes. That's probably the current, doing business currently as MedOptions, after being bought by Jeff and Jennifer, I would imagine.

Q. And about when did MedOptions start doing business in Rhode Island?

A. Let me see. Either late 2005, early 2006, by my recollection. I don't know that for a fact.

Q. And does MedOptions limit itself to nursing homes?

A. That and assisted livings. They're separate, licensed.

Q. And what was the first nursing home or assisted living in Rhode Island that MedOptions --

Q. Did you have such a program in Rhode Island?

A. I don't believe, at the time, we did. We have had a full-time recruiter for about a year and a half now.

Q. Who is that recruiter?

A. Her name is Marianne Wright.

Q. So about a year and a half, she would have started about middle of 2006?

A. Yes. So if the company was bought February of 2006, the initiative occurred probably several months after that. So maybe sometime in May, June. Again, I'm guessing here. But it was not something that the old MedOptions ever had. It was a new initiative.

Q. Okay. And do you work with her on recruiting staff?

A. Yes.

Q. And what steps does MedOptions take to recruit staff?

A. Currently we send out a postcard. We have -- Marianne is able to get a list of the licensed staff in any given location. It's, you can either buy it -- I think you buy it, or it's listed, licensed staff, APRNs and psychiatrists.

We send a postcard to them advertising, you know, "Would you like a change? This is MedOptions,

this is what we are. If you're interested, give us a call." They also do cold calls.

Q. And do you know where she gets the list of licensed personnel?

A. It's through the Department of Public Health, who keeps the licenses. I'm not sure if it's something that you buy or if it's something that is posted. I don't know. That's something she does.

Q. And can you describe MedOptions' hiring procedures?

THE WITNESS: Currently?

MS. BEJMA: Yes.

A. The current procedure is, if we receive a phone call or if they do a cold call, and the person is interested, they fax in the resume to Marianne, who is the recruiter. She reviews it. If it looks appropriate, i.e., if it has, you know, the proper credentials, experience, et cetera, she'll pass it on to one of the regional managers, if we have a position open.

The regional manager will interview the person. If they're still interested after that, then they shadow a provider. It could be the same regional manager or someone else in the company. If the prospective employee is still interested, then we check references, three references. And if those

Q. Was Marianne Wright working for MedOptions at the time that Ann Sullivan called?
A. I don't know. I would have to look at the dates of when she was hired and when Marianne was hired. I don't think so, but I don't know that for a fact.
Q. Did she mention how she had come to call you?
A. She received a postcard.
Q. And you referenced a meeting at Panera Bread?
A. Yes.
Q. Would that have been in Greenville, Rhode Island?
A. Yes.
Q. How did you come to agree on Panera Bread as a meeting spot?
A. Generally, we just meet with prospective employees near where they live or where it's convenient for them. It could be at a Dunkin' Donuts, it could be Panera Bread. It could be wherever it might be convenient to meet. In other words, we don't expect that people will always travel to the office to meet with us. Sometimes they do, but sometimes we will meet at a restaurant, just because it's convenient.
Q. And by "the office," you mean where?
A. Either the Old Saybrook office -- we did not have the Butler office, and the Westerly office we

based in Connecticut, and that she, part time, wanted to join the convent, which we allowed her to do. We put her in a nursing home near the convent so she could continue to practice part time per her request.

Q. And at the Panera Bread meeting, did you discuss with her any of the nursing homes at which she would be working?

A. No. We didn't know for sure. We may have had one nursing home that we knew we needed someone in. I want to say it was Oakland Grove. But other than that, I don't recall being specific about any nursing homes.

Q. At what point did you discuss that with her?

A. I couldn't tell you. I don't recall the date and time.

Q. But how was it determined where she would work?

A. As it turned out, we received some phone calls from nursing homes stating that their prior group had terminated with them and so they were looking for another employer. They wanted us to come in and do a marketing call to discuss what MedOptions offers. And I did so. It was a combination of myself, myself and Jeff Kinell, Melissa Ferdinandi on her own. So it was a combination of the three of

us who would go out and market facilities based on their contact to us, inquiring about our services.

MS. BEJMA: I'd like to have this marked as Exhibit 4.

(PLAINTIFFS' EXHIBIT 4 MARKED FOR I.D.)

Q. And if you could take a look at Exhibit 4, and can you identify that document?

(Witness perusing document)

A. I haven't seen it before. It appears to be part of an HR hiring process.

MS. BEJMA: Okay. I'd like to have this marked as Exhibit 5.

(PLAINTIFFS' EXHIBIT 5 MARKED FOR I.D.)

Q. Okay. And if you could look at Exhibit 5, can you identify that document?

A. It looks like a hire letter.

Q. And the date on that hiring letter?

A. May 19, 2006.

Q. And by whom is it signed?

A. Marianne Wright, the recruiter.

Q. And would Marianne Wright have made the decision to hire?

A. No.

Q. Who would have made the decision?

A. Myself and/or Melissa Ferdinandi. And we agreed