# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD., dba GERICARE RONALD MARK STEWART MD Plaintiffs** | : | |
| **vs.** | : | **C.A. # 06-486** |
| **ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDPTIONS INC. Defendants** | : | |

**PLAINTIFF HUMAN SERVICES CONSULTANTS' SECOND SET OF INTERROGATORIES TO DEFENDANT MEDOPTIONS, INC.**

Plaintiff, Human Services Consultants, pursuant to Rule 33 of the F. R.Civ.P., hereby propounds the following interrogatories to the Defendant, MedOptions, Inc., to be answered under oath. These interrogatories shall be deemed continuing up to the time of trial so as to require supplemental answers if additional information or additional facts become available.

For purposes of these Interrogatories, the terms "Defendant(s)," "you," "your," or "yours" shall refer to the Defendant MedOptions, Inc., and any of its agents, employees, servants, officers, or directors.

1. Describe the nature of the business relationships, if any, between and among:

i) Defendant MedOptions;
ii) MedOptions Behavioral Health Associates, LLC
iii) Advanced Care Options
iv) MedOp Behavioral Health Associates of Rhode Island, P.C.
v) MedOp Services, LLC

Respectfully submitted,

/s/ Stephen M. Robinson
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 14, 2008
srobinson@smrobinsonlaw.com

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
January 14, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on ____________________ I sent a true copy of the within by regular mail to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

____________________