# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD
d/b/a GERICARE; RONALD MARK STEWART, M.D.

vs. C.A. No. 06-486

ANN TAMULE a/k/a ANN M. SULLIVAN
alias, and MEDOPTIONS, INC.

DEPOSITION OF RONALD M. STEWART, M.D., a Plaintiff in the above-entitled case, taken on behalf of the Defendants, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Stephen M. Robinson, Esquire, 155 South Main Street, Providence, Rhode Island on February 6, 2008 at 2:00 P.M.

APPEARANCES:

FOR THE PLAINTIFFS....LAW OFFICE OF STEPHEN M. ROBINSON
BY: VICKI BEJMA, ESQUIRE
155 SOUTH MAIN STREET
PROVIDENCE, RI 02903

FOR THE DEFENDANTS....WIGGIN AND DANA
BY: LAWRENCE PEIKES, ESQUIRE
400 ATLANTIC STREET
STAMFORD, CT 06911

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
401/946-5500

other one. I can't recall right off the top of my head.

Q. What's the greatest number of nursing homes that GeriCare serviced at any given time?

A. I think it was 24, 25. I think it was 25.

Q. When was that?

A. Two, three years ago, something like that.

Q. When Ann Sullivan joined GeriCare, did she go through a period of training before she was put into any facilities, or was she put into facilities immediately and there was training provided as she went along?

A. I believe she was trained -- Christine Richards handled that part of it. I don't handle it.

Q. So you don't know?

A. I don't know for sure.

Q. When you hired Ann Sullivan, did she satisfy the educational requirements that were necessary for a nurse practitioner to serve on GeriCare's staff?

A. You know, this is something that's handled by my executive director, Christine Richards. I've got a busy psychiatric practice. I don't get into the nitty-gritty of the hiring people and all that stuff and training them and all this other stuff.

I don't deal with all that stuff. So I don't -- see, she had a nurse practitioner license. As I said before, as I testified before, she had to be oriented to nursing home psychiatry, nursing home psychiatry, nursing home practice and to the various peculiarities of working in nursing homes, since she hadn't worked in nursing homes before.

Q. What did that entail?

A. I'll tell you something, I really don't -- I didn't do it, except for the fact that maybe I saw some patients with her and went over some clinical stuff with her as far as medications and things like that, but as far as the nuts and bolts of the orientation and getting somebody set up to work for you as a staff person, that's something Christine did, I didn't do that.

Q. How long would that take?

A. Maybe a couple weeks, three to four days, I don't know. I'm guessing. I don't really know. I don't know for sure.

Q. Did you ever hire any other nurse practitioners who didn't have experience working in nursing homes?

A. We might have. Some did and some didn't. One woman, we have had a tremendous amount of

Q. Let me just call her Ann for the time being. It's the same person, though, right?
A. Yes, sir.
Q. What is different about Exhibit B from Exhibit A?
A. Well, one says provider agreement, the other says provider agreement with amendments to Page 2.
Q. So is it your understanding that A and B are exactly the same, other than certain changes that were made on Page 2?
A. I can't say that. I haven't read these through completely. It's going to take me awhile to read them through. I'm not going to say that unless I read both of these through in detail. If you want me to do that, I'll do that, and then I'll tell you what I think.
Q. Let me ask you a preliminary question. Exhibit A was signed by Ann when she first started at GeriCare; is that right?
A. Third day of June 2002.
Q. Does that square with your recollection as to when she first started?
A. Yes.
Q. Exhibit B was signed by Ann on --
A. 16 June 2004.
Q. Why was Ann requested to sign a different provider