# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

-------------------------------x

HUMAN SERVICES CONSULTANTS, :
LTD, d/b/a GERICARE, :
RONALD MARK STEWART, MD, :
Plaintiffs : CA No. 06 486
-v- :
ANN TAMULE a/k/a :
ANN M. SULLIVAN, Alias, and :
MEDOPTIONS, INC., :
Defendant. :

-------------------------------x

Deposition of ANN MARIE SULLIVAN, taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of Pepe & Hazard, 30 Jelliff Lane, Southport, Connecticut, before James A. Martone, LSR and Notary Public, in and for the State of Connecticut, on November 5, 2007 at 11:20 a.m.

MedOptions?

MR. PEIKES: You just have to answer her question based on what you know.

A. No.

Q. How did you first learn of a position opening at MedOptions?

A. I received a postcard in my mailbox in the Cumberland Post Office. After Mr. Partridge had mentioned that Grand View was going to go with MedOptions, I received a postcard telling me that there were openings in MedOptions in Rhode Island.

Q. And at which post office in Cumberland was this post office box?

A. It's the only Cumberland post office, it's the only one I'm aware of, P.O. Box 7304, Cumberland Rhode Island, 02864.

Q. And was this post office box held in your name?

A. Yes.

Q. And what were your reasons for opening a post office box?

A. Because of my divorce.

Q. What about your divorce caused you to open up a post office box?