**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD,

Plaintiffs,

v.

ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC.,

Defendants.

Case. No. 1:06-cv-00486-ML-DLM

**DEFENDANTS OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants MedOptions Inc. and Ann M. Sullivan hereby object to Plaintiffs' Motion for Summary Judgment. As grounds for this Objection, Defendants rely on the Statement of Disputed Facts filed herewith together with Defendants' Motions for Summary Judgment and the Statements of Undisputed Facts and Memoranda of Law citing applicable points and authorities, including Reply Memoranda, filed therewith.

Respectfully submitted,

DEFENDANTS,
ANN TAMULE a/k/a/ ANN M. SULLIVAN,
ALIAS, and MEDOPTIONS, INC.,
By their Attorneys,

//s// Christine K. Bush
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

Dated: March 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within **Objection to Plaintiffs' Motion for Summary Judgment** was filed through the ECF system on this 12th day of March, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

//s// Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Defendants Obj to Motion for Summary Judgment.DOC