**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD, Plaintiffs, | : | Case. No. 1:06-cv-00486-ML-DLM |
| v. | : | |
| ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On February 22, 2008, plaintiffs, Human Services Consultants LTD d/b/a Gericare and Ronald Mark Stewart, M.D., defendants, Ann M. Sullivan and MedOptions, Inc., filed cross-motions for summary judgment. The bases for defendants' Motions are fully set forth in the Memoranda of Law and Statements of Undisputed Facts filed with the Motions. In summary, however, judgment should enter in favor of defendants on Count I of plaintiffs' Complaint (breach of contract) because the restrictive covenant that Sullivan allegedly breached in the "Provider Agreement" is unenforceable as a matter of law, e.g., Durapin, Inc. v. American Products, Inc., 559 A.2d 1051, 1053 (1989); Cranston Print Works Co. v. Pothier, 848 A.2d 213, 219 (R.I. 2004), and on Counts II and III (interference with advantageous business relationship) because plaintiffs introduced no evidence (1) of a business relationship or reasonable expectancy of a business relationship; (2) that defendants had knowledge of an actual or prospective business relationship; (3) that defendants acted without justification or with an improper purpose; or (4) causation. E.g., Barkan v. Dunkin' Donuts, Inc., 520 F. Supp. 2d 333, 342 (D.R.I. 2007); Feinstein v. Brown, 432 F. Supp. 2d 258, 268 (D.R.I. 2006); Champlin's Realty Associates v.

Carcieri, 2006 WL 2927632, at *5 (D.R.I. Oct. 12, 2006); Avilla v. Newport Grand Jai Alai LLC, 935 A.2d 91, 98 (R.I. 2007).

Because defendants' Objection to plaintiffs' Motion for Summary Judgment are based on the same arguments made in defendants' Motions for Summary Judgment, defendants will not burden the Court by copying those arguments but expressly incorporate by reference and rely on the Statement of Disputed Facts filed herewith together with Defendants' Motions for Summary Judgment and the Statements of Undisputed Facts and Memoranda of Law citing applicable points and authorities, including Reply Memoranda, filed therewith.

For all the reasons set forth therein, Plaintiffs' Motion for Summary Judgment should be denied, and Defendants' Motions for Summary Judgment should be granted.

Respectfully submitted,

DEFENDANTS,
ANN M. SULLIVAN and MEDOPTIONS, INC.,
By their Attorneys,

//s// Christine K. Bush
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the within **Memorandum of Law in Support of Defendants' Objection to Plaintiffs' Motion for Summary Judgment** was filed through the ECF system on this 12th day of March, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

//s// Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Mem in Support Obj to Motion for Summary Judgment.DOC