# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

--------------------------------x

HUMAN SERVICES CONSULTANTS, :
LTD, d/b/a GERICARE, :
RONALD MARK STEWART, MD, :
Plaintiffs : CA No. 06 486
-v- :
ANN TAMULE a/k/a :
ANN M. SULLIVAN, Alias, and :
MEDOPTIONS, INC., :
Defendant. :

--------------------------------x

Deposition of ANN MARIE SULLIVAN, taken pursuant to the Federal Rules of Civil Procedure, at the Law Offices of Pepe & Hazard, 30 Jelliff Lane, Southport, Connecticut, before James A. Martone, LSR and Notary Public, in and for the State of Connecticut, on November 5, 2007 at 11:20 a.m.

A. No.

Q. Did anybody at GeriCare explain why they wanted you to sign the new agreement?

A. I don't recall.

Q. Did you discuss this agreement with a lawyer?

A. No.

Q. Did you discuss it with anybody else?

A. No.

Q. And what were the nature of the services you provided for Human Services?

A. I did mental health treatment of patients in nursing homes in Rhode Island.

Q. And what did that consist of?

A. Evaluating and assessing patients who were referred from the nursing homes for mental health evaluations. And implementing treatment plans, planning treatment plans for them.

Q. You referred to an orientation.

A. Yes.

Q. At The Holiday.

A. Yes.

Q. Who gave you that orientation?

A. Dr. Stewart.

Q. And what did that orientation consist

of?

A. I went with Dr. Stewart to meet the people who were in charge at that nursing home.

Q. All right.

A. He introduced me to people. And I was instructed about the paperwork. So orientation to the facility and to the paperwork.

Q. What kind of paperwork did you receive instruction about?

A. The assessment forms that were for GeriCare.

Q. And these assessment forms, did you just testify these assessment forms were provided to you by GeriCare?

A. Yes.

Q. And what were the nature of these assessments?

A. Mental health, psychiatric mental health, comprehensive, in the sense that lab work was included, mental status evaluation, but for the purposes of the mental health care of the patients.

Q. Were there any forms provided to you from GeriCare about billing?

A. Yes.

Q. What were those? What did those consist of?
A. Registration form that was used to -- to document the patient's emergency contact person and health insurance numbers.
Q. Okay. Do you recall what date the orientation at The Holiday was?
A. No.
Q. Did you on behalf of GeriCare work for any nursing homes besides The Holiday?
A. I did gradually.
Q. Okay. What were the other nursing homes you worked for?
A. I worked at Morgan Health Care Center in Johnston. I worked at The Holiday in Lincoln. I worked at Heritage Hills Nursing Center in Smithfield. I worked at Hebert Nursing Home in Smithfield. I worked at the Balou Home, B A L O U Home. I worked at Grand View Center in Cumberland. Throughout the years I worked at East Gate Nursing Center. Haven Health of Greenville. That's what I can recall.
Q. Did you ever work at the Grand Island?
A. No.
Q. Now prior to your being employed by

GeriCare, had you worked with, for any of these, performed services at any of these nursing homes at any time?
A. No.
Q. And prior to working for GeriCare, had you treated any of these patients at any time?
A. No.
Q. And what were the terms of your employment for GeriCare? What did they pay you?
A. A percentage of the earnings generated by the visits to the patients.
Q. And how were those payments processed?
A. I submitted the information regarding the patients that were seen, and the billing codes that were appropriate for those patient visits to the health care management billing people, and they submit the bills, and then the money was sent to them, and then a check would be mailed to me.
Q. Are you familiar with the GeriCare Educational Developmental Committee?
A. Yes.
Q. And did you play any role in that?
A. The committee was not -- could you re -- tell me what you mean by that? Because

that -- I listed that I was on that committee. But the committee didn't really accomplish that much in terms of playing a role. If you're asking me what I did, I agreed to serve on the committee. But I really can't recall doing anything. But I did agree to serve on that committee.

Q. Did GeriCare provide you with any kind of professional development?

A. Yes.

Q. What did that professional development consist of?

A. Monthly meetings. Generally pharmaceutical reps would come and explain about medications or treatments.

Q. What other topics were discussed?

A. Diagnoses, medications and treatments generally.

Q. And besides pharmacy reps, who would provide that?

A. Sometimes Dr. Stewart would give a lecture also. Other psychiatrists occasionally.

Q. Did GeriCare provide training to the nursing home staff?

A. Through me.

Q. Through you, and what training did you provide them?

A. I gave conferences at The Holiday monthly.

Q. Any other nursing homes did you give conferences?

A. Not on a regular basis. But I also gave some at Hebert and some at Heritage Hills.

Q. And what topics were covered at these conferences?

A. I talked about the brain, I talked about dementia, Parkinson's Disease, behavior problems, a number of power point classes that I did for The Holiday. I had a number.

Q. How would a patient come to be referred to you for treatment?

A. The staff would submit their name and request an evaluation. After having talked with the nursing department or the doctor for the patient, they would make a referral to me. So patients were referred to me.

Q. The patients were referred --

A. By the nursing home.

MS. BEJMA: I'm going to have this document marked as Exhibit 4.

also.

Q. Did Debbie Robataille work for GeriCare?

A. Yes.

MS. BEJMA: I'm going to have this marked Exhibit 5.

(Plaintiff's Exhibit 5 marked For identification.)

Q. Can you take a second to review that letter.

A. Certainly.

Q. Can you read that letter to us?

A. "Dr. Stewart: I am writing to let you know that I am resigning from GeriCare effective June 1, 2006. To be clear, I will no longer cover any of the nursing homes after that date.

During my five years of employment with GeriCare, I have learned a great deal. It is now time for me to move forward with my life in Massachusetts. Thank you for your contribution to my professional development. I offer my very best wishes to you and to Christine Richards. I will remember you warmly. Sincerely."

Q. And refer you in the last sentence of

the second paragraph, "it is now time for me to move forward with my life in Massachusetts."

A. Yes.

Q. What were you referring to by your "life in Massachusetts"?

A. At that time, I had hoped to enter religious life. And I was a candidate with the Poor Clares Sisters in Jamaica Plain, and the Sisters of the Precious Blood in Manchester, New Hampshire.

Q. And when had you first applied to become a candidate with the Poor Clares?

A. I was in the phase before writing an application with them. I had met with them and was planning to go on retreat with them in August.

Q. August of what year?

A. August of 2006.

Q. And when had you first applied for Precious Blood?

A. The Sisters of the Precious Blood, I had began to visit in the spring of 2006. Prior to this letter.

Q. What happened during that visit?

A. The Sisters of the Precious Blood, and

A. Well, after this letter and before May 13th, I got the letter from the Sisters of the Precious Blood. That said "we don't recommend that you apply." So the decision came after that. I don't know the date.

Q. Now do you have parents living?

A. Yes.

Q. And where are they living?

A. Randolph, Massachusetts.

Q. And how old are they?

A. They were born in 1928 and 1929.

Q. And how would you describe their general health?

A. My mother has multiple sclerosis, so she has a chronic illness. My father is in good health.

Q. And about the time you were -- you wrote the letter to GeriCare, resigning your employment, were they having any particular health problems?

A. My mother has ongoing health issues.

Q. Did your parents' health problems play any role in your determining to resign from GeriCare?

A. No.

MR. PEIKES: Objection to the form.

Q. And did your parents' health problems play any role in your deciding to go to Massachusetts?

MR. PEIKES: Objection to the form. You can answer.

A. No.

Q. To refer you back to the letter, the second sentence of the second paragraph. "During my five years of employment with GeriCare, I have learned a great deal." What were you referring to when you said "I have learned a great deal"?

A. I couldn't say. I don't recall.

Q. Okay. First sentence of the last paragraph. "Thank you for your contribution to my professional development." What were you referring to when you referenced "contributions to professional development"?

A. That's a thank-you to Dr. Stewart for helping me with becoming comfortable and knowledgeable in the mental health field.

Q. Now prior to working for GeriCare, had you worked in the mental health field?

A. I had done mental health care for

people within the VNA of Boston because the home care included it, but the answer is no. Not within the mental health field, but then the answer is yes, because many of the people who are being treated for other illnesses have a lot of mental health problems, particularly in Boston. So no to the field, but yes to treating mental health problems.

Q. Did you ever work at Butler Hospital?

A. I was very briefly orienting there. I did work with them for so short a time, that I can't even recall how long. Very, very short. I went there hopeful that I would like the position, and didn't stay.

Q. And what was the position?

A. It was at the Memory Clinic with Dr. Salloway. And I spent one day with him, and said I can't work here.

Q. And when was this one day of employment?

A. I can't recall.

Q. Do you recall the year?

A. It was 2006.

Q. And why did you tell Dr. Salloway "I can't work here?"

Massachusetts, the -- my goal was to work in the north -- northern Massachusetts border communities, or in northern Rhode Island on the Massachusetts border. And Pine Grove was on the distant corner, the other corner of the State.

Q. After you gave them your resignation letter of April 9th, 2006, did you discuss with anybody at GeriCare arrangements you would be making for transitional care?

A. After --

Q. After you submitted your resignation letter of April 9th, 2006, did you discuss with anybody at GeriCare, arrangements for transitional care of your patients?

A. Yes.

Q. And with whom did you have those discussions?

A. Dr. Stewart.

Q. And what did those discussions consist of?

A. Dr. Stewart called me at work, and I asked that he call me at home.

Q. All right.

A. And he called me at home. And I asked about orienting another person, and Dr. Stewart

did not have anybody planned for me to orient.
Q. And when did this conversation take place?
A. About ten days after.
Q. And did you discuss anything about the transition with the nursing homes?
A. No.
Q. What nursing homes were you working for at the time?
A. Holiday, Heritage Hills, Balou, Grand View, and that's what I can recall.
Q. And you did not discuss with anybody at Holiday, Heritage, Balou or Grand View, what arrangements were going to be made to take over the care of these patients?
A. At this time, no.
Q. At any other time did you discuss with anybody at Holiday, Heritage, Balou, Grand View or any other nursing home that you were working for about arrangements to care for these patients after you left?
A. It did come up in the discussion, yes.
Q. Which discussion was that?
A. I don't understand the question.
Q. We'll break it down. After giving