# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD., d/b/a GERICARE, RONALD MARK STEWART, MD :

C.A. NO: 06-486

VS

ANN TAMULE, aka ANN M. SULLIVAN, Alias, and MEDOPTIONS, INC. :

DEPOSITION OF MELISSA FERDINANDI, a Witness in the above-entitled cause, taken on behalf of the Plaintiffs before Paula J. Campagna, a Notary Public in and for the State of Rhode Island, at The Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, Rhode Island, on January 30, 2008, at 12:00 noon.

APPEARANCES:

FOR THE PLAINTIFFS.....LAW OFFICES OF STEPHEN M. ROBINSON
BY: VICKI J. BEJMA, ESQUIRE

FOR THE DEFENDANTS.....WIGGIN AND DANA
BY: LAWRENCE PEIKES, ESQUIRE

Also Present: Ronald Mark Stewart, MD

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RI 02920
(401) 946-5500
www.alliedcourtreporters.com

interview site?
A. Its location.
Q. What was special about that location?
A. I don't know. I mean, it was close to the highway and it was easy to get to.
Q. Did you ride with Laurel?
A. No.
Q. Where had you come from?
A. I don't remember.
Q. Did Ms. Sullivan bring anything to the interview?
A. Not to my recollection.
Q. Did she bring a resumé?
A. I don't remember seeing one.
Q. Then what did you talk about at the interview?
A. Well, I got there after they had already started, so by the time I got there the interview was effectively over.
Q. What was discussed when you did get there?
A. When I got there Laurel introduced me to Ann Sullivan. We both exchanged greetings, and Laurel told me about the fact that Ann was most likely going to be coming onboard.
Q. When you say most likely, what did that depend on?

A. There was a verbal agreement pending reference check. That was my understanding, anyway. It wasn't a verbal agreement with me.
Q. Did you discuss Ann's previous employment?
A. I think it came up because I think she offered information about where she had worked before to demonstrate that she had experience.
Q. Did she discuss Gericare?
A. No.
Q. Was she currently employed at the time?
A. No.
Q. Did she ever discuss with you why she left or was leaving Gericare?
A. No.
Q. Did she ever discuss any concerns about Gericare's business practices at that meeting or at any other time.
A. No.
Q. Did she ever discuss with you any plans to enter the religious life?
A. Not until she was ready to move on. She didn't discuss it at the interview.
Q. Did she ever discuss her parents with you?
A. No.
MS. BEJMA: I'd like to have this