# EXHIBIT D

# MEDOPTIONS, INC./ADVANCED CARE OPTIONS, LLC

21 Waterville Rd
Avon, CT
Telephone: 860.674.2691

## APPLICATION FOR EMPLOYMENT

MedOptions, Inc. & Advanced Care Options, LLC ("The Company") is an equal opportunity employer, dedicated to a policy of nondiscrimination in employment on any basis prohibited by law..

The Company considers applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, sexual orientation or any other legally protected status.

*******************************************************************************

**PERSONAL INFORMATION**

*******************************************************************************

Please Print

Name: Sullivan (Last) Ann (First) Marie (Middle)

Address: 7 Robin Circle #6 (Street) Norton (City) . MA (State) 02766 (Zip Code)

Telephone Number(s): 508-285-4170 (Home) Pager 617-705-2175 (Work)

Are you either a U.S. citizen or an alien authorized to work in the United States? Yes ✓ No ____

If your authorization to work in the United States is subject to expiration, when will it expire? ____________

Are you prevented from lawfully becoming employed in this country because of VISA or immigration status? Yes ____ No ✓

If employment is offered, can you produce documentation required by law to establish work authorization and identity? Yes ✓ No ____

Kinell 24

*************************************************************************************

**EMPLOYMENT DESIRED**

*************************************************************************************

Position(s) applied for: Nurse Practitioner / Psych

On what date would you be available to work? June 1, 2006

Are you available to work: Full-time ✓ Part-time ____

Hourly Rate/Salary desired?: $72,000

Are you currently on "lay-off" status and subject to recall? Yes ____ No ✓

Can you work overtime? Yes ✓ No ____

Can you travel if your job requires it? Yes ✓ No ____

Have you ever applied to this Company before, or worked for this Company before? Yes ____ No ✓

If yes, under what name, dates of employment and department?

______________________________________________

Do you have any friends or relatives working here? Yes ____ No ✓

If yes, list name and relationship to you:

______________________________________________

______________________________________________

Have you ever been dismissed, involuntarily terminated or forced to resign from employment? Yes ____ No ✓

If yes, please explain:

______________________________________________

______________________________________________

______________________________________________

********************************************************************************

## EDUCATION

********************************************************************************

| | Name and Address of School | Course of Study | Years Completed | Diploma/ Degree |
|---|---|---|---|---|
| High School | Randolph High School, MA | N/A | 1975 (9 10 11 (12)) | ✓ |
| College | Boston College, MA. | AS | 1979 (1 2 3 4) | ✓ |
| Graduate/ | Boston University, MA | MS. | 1984 | ✓ |
| Professional/ Trade/Business | MGH Institute, Boston, MA | CAGS | 1999 | ✓ |

Scholastic Average at each University ________________

Academic Scholarships/Awards ________________

Branch of Military or Service ________ Rank at Discharge ________ Characterization of Discharge ________

Period of Active Duty: From __________ to __________

********************************************************************************

## BUSINESS REFERENCES

********************************************************************************

Give the names of three business associates (**prior supervisors preferred**) we may contact for references.

| | Name | Business | Relationship | Phone |
|---|---|---|---|---|
| 1. | Elaine Delsesto | Holiday Nursing Home, 30 Sayles Hill Rd Manville RI 02838 | | 401-765-1440; fax 401-765-7465 |
| 2. | Jocelyn Dubois | Ballou Home, 60 Mendon Rd Woonsocket 02895 | | 401-769-0437; fax – 401-769-7481 |
| 3. | Wendy Atamian | ~~VNA of Boston~~ Care Group Home Care; ~~Admin office → 500 Rutherford Ave~~ CareGroup Home Care, 1 Arsenal Marketplace, 3 Watertown MA 02472 | | 617-673-1700; fax → 617-673-1750 |

******************************************************************************************

**EMPLOYMENT EXPERIENCE**

******************************************************************************************

Start with your present or last job. Include any job-related military service assignments and volunteer activities. If you need additional space, please continue on back of application.

Employer Geri Care From 2002 To 2006

Address 277 Waterman Ave Providence, RI 02906 Hourly Rate/Salary N A

Telephone Number(s) 401-331-7777 Job Title N P.

Duties/Accomplishments
NP at nursing homes for psych/mental health

Supervisor (Name and Title)
Dr. Ronald Stewart

Reason for leaving
No Benefits

Employer Simmons College From 1999 To 2002

Address 300 The Fenway Hourly Rate/Salary NA

Telephone Number(s) Boston, MA Job Title instructor

Duties/Accomplishments
Teaching Nursing

Supervisor (Name and Title)
Dr. Judy Beal

Reason for leaving
Moving to R.I

Employer VNA of Boston From 1988 To 1999

Address Hyde Park, MA. Hourly Rate/Salary ____

Telephone Number(s) ____ Job Title Community health

Duties/Accomplishments
Home Visiting Liaison Nurse.

Supervisor (Name and Title)
Wendy Atamian director

Reason for leaving
N.P. in 1999



006

05/18/2006 05:22 FAX

********************************************************************************************

## AUTHORIZATION TO COLLECT BACKGROUND INFORMATION

********************************************************************************************

I have applied for employment at MedOptions, Inc. or Advanced Care Options, LLC ("The Company"). I authorize investigation of all statements contained on my resume and in this application for employment as may be necessary in arriving at an employment decision. I authorize representatives of The Company to obtain pertinent information from my previous employers, references, and other persons with knowledge of my work history and background, financial history, education, regulatory or police records, driving records, licensing status or professional designation, and character or reputation, and to consider the information provided by the background check when making decisions regarding my employment at The Company.

I authorize all previous employers, references or other persons having knowledge of my record or myself to release such information to The Company, and hereby release all persons from liability for any damage that may result from furnishing such information to The Company.

A photocopy of this authorization may be accepted in lieu of the original.

DOB 01·27·57 SSN

Signature: Print Name: Ann M. Sullivan

Print Former Name: Date: 051806

When I was married: Ann M. Tamule

During the past 7 years I have lived at the following addresses and under the name of:

| name | address | city, state, country |
| --- | --- | --- |
| Tamule | 38 Timberland Dr. | Lincoln, RI USA |
| Tamule | 12 Wisteria Dr. | Walpole, MA USA |
| | | |
| | | |



001

05/18/2006 05:22 FAX

**************************************************************************

**CRIMINAL BACKGROUND SEARCH INFO – MEDOPTIONS, INC.**

**************************************************************************

**NOTE:**

**THIS PORTION OF THE APPLICATION WILL ONLY BE REVIEWED BY MEMBERS OF THE HUMAN RESOURCES DEPARTMENT (OR THE PERSON(S) IN CHARGE OF EMPLOYMENT) AND ANYONE INVOLVED IN INTERVIEWING THE APPLICANT**

Have you ever been convicted of or pleaded guilty or nolo contendere (no contest) to, a violation of any state, federal, county or municipal law? (Do not include minor traffic violations)

Yes ____ No ✓

If yes, please give information regarding the nature of the charge, the date and location of conviction and the final disposition of the case:

____________________________________________

____________________________________________

____________________________________________

____________________________________________

Applicants are not required to disclose the existence of an arrest, criminal charge or conviction for which records have been "erased." The types of records subject to erasure under Connecticut law are as follows: (a) a finding of delinquency or that a child was a member of a family with service needs; (b) a sentence as a youthful offender; (c) a criminal charge that was dismissed or "nolled"; (d) a criminal charge for which the person was found not guilty; and (e) a conviction for which the person received an absolute pardon.

Any applicant whose criminal records were erased will be considered to have never been arrested and may so swear under oath.

I understand that the information provided above will not necessarily result in the rejection of my application, but that the nature of the information will be considered as it relates to the performance of the job duties in question and in light of the requirements of state and federal law.

Applicant's Signature: *Ann M. Sullivan* Date of Birth: 01271957

Print Full Name Ann M. Sullivan

Date: 051806

11/2005



05/18/2006 05:22 FAX 008

# ANN M. SULLIVAN

**Address**:
7 Robin Circle #6
Norton, Massachusetts 02766

**Educational Background**:

1999- C.A.G.S. Adult nurse practitioner
MGH Institute of Health Professions, Boston, MA.

1986- M.S. community health nursing
Boston University, Boston, MA.

1979- B.S. nursing
Boston College, Chestnut Hill, MA.

1977- A.S. nursing
Massasoit Community College, Brockton, MA.

**Employment Experience**:

2002-2006+ Geri Care
277 Waterman Street
Providence, RI 02906
401- 331-7777
Nurse practitioner for psychiatric and mental health care of patients in skilled nursing facilities

1999-2002 Simmons College Department of Nursing
300 The Fenway
Boston, MA 02115
617-521-2000
Instructor of Nursing: courses: Nursing Care of Individuals, Families and Communities, Nursing in the Community, Clinical Decision Making
Clinical teaching in psychiatric and community health nursing to graduate and undergraduate students, academic advising and committee work

1988-2001 Visiting Nurse Association ofBoston
130 Bradlee Street
Hyde Park, MA 02136
617-333-7500
Home visiting
Liaison nurse: Brigham & Women's Hospital: discharge planning
Community health nurse I: Jamaica Plain Team
Also: CPR instructor, preceptor for the Nurse Intern Program, Chairperson of Massachusetts Nurses Association Bargaining Unit, temporary supervisor, Assistant AIDS Program Coordinator

1986-1988 Assumption College Department of Nursing
500 Salisbury Street
Worcester, MA 01610
Instructor of Nursing: course: Professional Nursing and the Promotion and Maintenance of Wellness

1981-1986 Visiting Nurse Association of the South Shore
400 Franklin Street
Braintree, MA 01284
Home visiting related to the Board of Health for the town of Holbrook, MA, School nursing for St. Joseph Elementary School, Holbrook, MA.

1980-1981 Carney Hospital
2100 Dorchester Avenue
Dorchester, MA 02122
Staff R.N. acute medical floor

1978-1980 Braintree Hospital
250 Pond Street
Braintree, MA 02184
Staff R.N. rehabilitation unit

1977-1978 New England Sinai Hospital
250 York Street
Stoughton, MA 02072
Staff R.N. rehabilitation unit

**Professional Activities:**

2004+ Geri Care Educational Development Committee, member

2000+ American Nurses Credentialing Center, certification as an adult nurse practitioner

1998-2001 Massachusetts Nurses Association Statewide Campaign for Safe Care Committee member

1998-2000 Home Healthcare Nurses Association, member

1990-2002 American Heart Association, certification as instructor of Basic Life Support

1987-2002 American Nurses Association certification as a community health nurse

1984-1990 American Public Health Association, member

| | |
|---|---|
| 1981+ | Sigma Theta Tau, Nursing Honor Society<br>Alpha Chi Chapter at Boston College, member |
| 1981+ | American Nurses Association, member |

**Community Service:**

| | |
|---|---|
| 2002 | BLS instructor, Community College of Rhode Island, Lincoln Campus |
| 2000-2002 | Reviewer, Jossey Bass and Prentice Hall Publishers |
| 2000-2002 | Community Health Quality Improvement consultant: Project funded by Helene Fuld Grants at Whittier Street Health Center and Dorchester House Multi-Service Center |
| 2000-2002 | Massachusetts ALS Association, Friendly Visitor Program consultant |
| 1993-2002 | Diabetes Task Force, Brigham and Women's Hospital, community advisor |
| 1989-1993 | Walk for Hunger, first aid volunteer. |
| 1988-1992 | Massachusetts Department of Public Health Train the trainer program, educator of nurses about AIDS |
| 1987-1988 | Health Care for the Homeless Advisory Committee member<br>Consultant for development of nursing clinics in the shelters of Worcester, MA |

April 2006