# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HUMAN SERVICES CONSULTANTS, LTD
d/b/a GERICARE; RONALD MARK STEWART, M.D.

vs. C.A. No. 06-486

ANN TAMULE a/k/a ANN M. SULLIVAN,
alias, and MEDOPTIONS, INC.

DEPOSITION OF JEFFREY KINELL, a Witness in the above-entitled case, taken on behalf of the Plaintiffs, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Stephen M. Robinson, Esquire, 155 South Main Street, Providence, Rhode Island on February 6, 2008 at 11:00 A.M.

APPEARANCES:

FOR THE PLAINTIFFS....LAW OFFICE OF STEPHEN M. ROBINSON
BY: VICKI BEJMA, ESQUIRE
155 SOUTH MAIN STREET
PROVIDENCE, RI 02903

FOR THE DEFENDANTS....WIGGIN AND DANA
BY: LAWRENCE PEIKES, ESQUIRE
400 ATLANTIC STREET
STAMFORD, CT 06911

ALSO PRESENT: RONALD STEWART, M.D.

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
401/946-5500

Q. Have you read the deposition of Melissa Ferdinandi in this matter?
A. No, I've not.
Q. Have you discussed that deposition with anyone?
A. No, I have not.
Q. When did you first learn that this action was being brought?
A. When we received the letter in September.
Q. Did you speak to Ann Sullivan about this suit?
A. Yes, when she contacted me.
Q. At any other time?
A. We had one or two other conversations.
Q. Did you talk to Melissa Ferdinandi about it?
A. No. No, I don't believe that I did.
Q. Did you talk to Laurel Wood about it?
A. Just generally.
Q. What exactly did you say?
A. I told her that Ann contacted me, and she was concerned, and that I reassured her that we would work with her, help her handle the situation.
Q. Okay. Did you discuss this lawsuit with anybody?
A. With my partner.
Q. And what was -- when as that discussion?
A. When we received the litigation.
Q. And what was the nature of that discussion?