**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **HUMAN SERVICES CONSULTANTS, LTD.,** | : | |
| **Dba GERICARE** | : | |
| **RONALD MARK STEWART MD** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| | : | |
| **vs.** | : | **C.A. # 06-486** |
| | : | |
| | : | |
| **ANN TAMULE, aka ANN M. SULLIVAN,** | : | |
| **Alias, and MEDPTIONS INC.** | : | |
| **Defendants** | : | |

**PLAINTIFF'S ERRATA SHEET TO ACCOMPANY ITS MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT MEDOPTIONS' MOTION FOR SUMMARY JUDGMENT**

p. 10, first paragraph, third sentence, should read: "It is also significant that Ms. Langshaw-Soares was not listed as a potential reference in Defendant Sullivan's application materials."

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
March 14, 2008
vbejma@smrobinsonlaw.com

**CERTIFICATION**

I, the undersigned, hereby certify that on March 14, 2008 I sent a true copy of the within by electronic filing to all of the parties below:

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

/s/ Vicki J. Bejma