# EXHIBIT A

Page 18

started?
A. Approximately 120.
Q. Are you familiar with Advanced Care Options?
A. Yes.
Q. Does that entity have any relationship to MedOptions?
A. Yes.
Q. What is the nature of that relationship?
A. It's a sister corporation.
Q. Describe what you mean by sister corporation.
A. It does -- it has the same ownership and it provides the same services generally as MedOptions.
Q. When was Advanced Care Options established?
A. I don't know.
Q. Was it established before or after MedOptions?
A. I believe it was after.
Q. Why was it formed?
A. To provide primary medical services to skilled nursing facilities.
Q. Does MedOptions provide that type of primary medical care?
A. No.
Q. And precisely, what do you mean by primary medical care?

Page 19

A. Medical services performed by nurse practitioners, not related to psych.
Q. Is Advanced Care Options still active?
A. Yes.
Q. What is its principal business, office address?
A. 20 Research Parkway, Old Saybrook, Connecticut.
Q. Do you have any ownership interest in that entity?
A. No.
Q. Are you familiar who are the principals of Advanced Care Options?
A. Lisa Foley, Nancy Brown, and Lucia Catalano.
Q. Do Ms. Foley, Ms. Brown and Ms. Catalano have any interest at all in MedOptions?
A. Yes.
Q. What is that interest?
A. They own MedOptions, Inc.
Q. Let me back up for a minute. My understanding of your testimony before was that they had sold MedOptions, Inc.?
A. No. My testimony was that we had purchased the assets of MedOptions, Inc. Under the corporate practice of medicine law, we're not allowed to buy the entity. So we're managing MedOptions, Inc.

Page 20

Q. When you say we are managing MedOptions, Inc., who are you referring to?
A. MedOp Services, LLC.
Q. When was this LLC established?
A. On or about the time we purchased the assets.
Q. In what state is this LLC formed?
A. I believe it was Delaware.
Q. Are you familiar with an entity known as MedOptions Behavioral Health Associates?
A. Yes.
Q. What is its relationship to MedOptions, Inc.?
A. It doesn't have any relationship to MedOptions, Inc.
Q. How are you aware of MedOptions Behavioral Health Association?
A. MedOptions Health Associations is an entity owned by Lucia Catalano, which is managed by MedOp Services, LLC. It's the professional services organization.
Q. What do you mean by professional -- the professional organization?
A. It's the entity which employs clinicians, it's the entity which bills services to patients.
Q. Now, to your knowledge, have any of the entities we've described, MedOptions, Inc., MedOption

Page 21

Services, LLC, MedOptions Behavioral Health Association, have any of them been named as a party in a lawsuit?
A. No. Not to my knowledge.
Q. Are you familiar with a Laurel Woods (sic)?
A. Could you ask the question again?
Q. Are you familiar with a Laurel Wood?
A. Yes.
Q. And how do you know Ms. Wood?
A. She works for me as an employee of the company.
Q. Did you know her previous to that?
THE WITNESS: Previous to what?
MS. BEJMA: To being employed by you in the company.
A. No.
Q. When did she first become employed by the company?
A. I don't know.
Q. Which of the entities does she work for, MedOptions, MedOptions Behavioral Health or the MedOptions, LLC?
A. She is an employee of the management group and, therefore, is part of MedOp Services, LLC.
Q. What positions has she held?
A. Since the time I've been involved with the

Page 22

company, she's been vice president of operations.
Q. What are her duties as vice president of operations?
A. To schedule staff, to work with clients, to get involved with recruiting and sales.
Q. When did you come to be employed by MedOptions?
A. February 6 of 2006.
Q. Are you familiar with Melissa Ferdinandi?
A. Yes.
Q. How did you know Melissa Ferdinandi?
A. Melissa was our regional manager for Rhode Island.
Q. When did she hold that position?
A. I don't know when she was hired by the company, but she was an employee of the company when we purchased it.
Q. What were her duties as regional manager?
A. To training for staff, to cover facilities, see patients in facilities and coordinate recruiting activities.
Q. Is that recruiting of staff?
A. Yes.
Q. Okay. When did Ms. Ferdinandi leave MedOptions?
A. I believe it was the summer of 2007.
Q. What was the reason for leaving?

Page 23

A. She wanted to pursue a position with the VA system.
Q. Are you familiar with an Andrew Rosensweig?
A. Yes.
Q. How did you first come to know Mr. Rosensweig?
A. We contacted him.
Q. Who is we?
A. Jennifer Gallagher and myself.
Q. How did you contact him?
A. We contacted him to see if he would be interested in working with us in Rhode Island.
Q. How did you get his name?
A. I don't recall.
Q. When did you contact him?
A. Spring of 2006.
Q. What was the result of that contact?
A. We engaged in a series of discussions with him and his partner, and ultimately agreed to -- he agreed to merge his practice into our company.
Q. And who was his partner?
A. Mustafa Surti, S-u-r-t-i.
Q. Had either you or Ms. Gallagher known Mr. Surti before?
A. No, we had not.
Q. And when was the merger complete?

Page 24

A. On or about September 1st of 2006.
Q. What is his current position now?
A. He is our medical director in Rhode Island.
Q. Which entity does he work for?
A. He works for, today, Long-term Care Psychiatry.
Q. Is Long-Term Care Psychiatry a corporation?
A. Long-Term Care Psychiatry, I don't know the exact form of the legal structure. It's an entity which provides medical services to those patients which MedOp Services manages.
Q. When was Long-Term Care Psychiatry formed?
A. I don't know.
Q. Was it before or after the merger?
A. Before.
Q. When did MedOptions start doing business in Rhode Island?
A. I don't know.
Q. When you first learned about the company, was it doing business in Rhode Island?
A. Yes.
Q. What was the nature of its business in Rhode Island?
A. It was providing psychiatric services to roughly 10 skilled nursing facilities.

Page 25

Q. Which nursing facilities were those?
A. I don't know.
Q. Did MedOptions need to obtain a licenses or permits to provide services in Rhode Island?
A. I don't know.
Q. Did MedOptions need to obtain any authorizations from insurance companies before it could begin providing services in Rhode Island?
A. I don't know.
Q. And what types of services -- could you describe in more detail what kind of services are provided, psychiatric services provided to the skilled nursing facilities?
A. We have a team of nurse practitioners who provide consultative services, principally managing medications. We also have a team of psychologists and social workers who provide behavior management and other potentially psychotherapy services.
Q. How is MedOptions compensated?
A. MedOptions is compensated through a billing arrangement pursuant to which we bill the individual patient's insurance.
Q. Does the skilled nursing facility provide any payment to MedOptions?