**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD,

Plaintiffs,

v.

ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC.,

Defendants.

Case. No. 1:06-cv-00486-ML-DLM

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDA**

Defendants Ann M. Sullivan and MedOptions, Inc. respectfully request that the Court extend the time for the parties to file Pretrial Memoranda by two weeks to **August 13, 2008**.

Pursuant to the Court's June 7, 2007 Pretrial Order, the parties are required to file Pretrial Memoranda thirty (30) days after a decision on any dispositive motion. On June 30, 2008, the Court rendered its decision on the parties' cross-motions for summary judgment, which made Pretrial Memoranda due on or before July 30, 2008.

Defendants respectfully request the two-week extension of time for the parties to file Pretrial Memoranda because defendants' local counsel currently is on trial; defendants' trial counsel is expected to begin a trial the week of July 21, 2008; and local counsel is court-excused the week the Pretrial Memoranda currently are due, namely the week of July 28, 2008. In light of these scheduling issues, Defendants respectfully request the brief extension to allow time to coordinate between trial and local counsel concerning the Pretrial submissions.

Prior to this filing, Defendants' counsel conferred with Plaintiffs' counsel and received

Plaintiffs' counsel's assent to this Motion.

Respectfully submitted,

DEFENDANTS,
ANN M. SULLIVAN and MEDOPTIONS, INC.,

By their Attorneys,

/s/ Christine K. Bush
Christine K. Bush (#5587)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

July 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within Assented-to Motion to Extend Time to File Pretrial Memoranda was filed through the ECF system on this 17th day of July, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

/s/ Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Assented-to Motion to Extend Pretrial Deadlines.DOC