**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD, | : | Case. No. 1:06-cv-00486-ML-DLM |
| Plaintiffs, | : | |
| v. | : | |
| ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., | : | |
| Defendants. | : | |

**ASSENTED-TO MOTION TO CONTINUE THE DATE OF AND TO RESCHEDULE JURY SELECTION**

Defendants Ann M. Sullivan and MedOptions, Inc. (collectively "defendants") respectfully request that the date for the jury selection in the above-captioned case, currently scheduled to be conducted on October 9, 2008, be continued and rescheduled for the next available date at the Court's convenience. In support of this Motion, defendants rely on the Memorandum of Law filed herewith.

Counsel for defendants has consulted with plaintiffs' counsel, Vicki Bejma, Esq., concerning this Motion, and she indicated plaintiffs have no objection to the proposed adjournment and rescheduling.

Respectfully submitted,

DEFENDANTS,
MEDOPTIONS, INC. and ANN SULLIVAN

//s// Christine K. Bush
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
1800 Financial Plaza
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

Dated: September 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within **Assented-to Motion to Continue and Reschedule Jury Selection** was filed through the ECF system on this 15th day of September, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

/s/ Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Motion to continue date of jury selection.DOC