**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| HUMAN SERVICES CONSULTANTS, LTD, dba GERICARE, and RONALD MARK STEWART MD, | : | Case. No. 1:06-cv-00486-ML-DLM |
| Plaintiffs, | : | |
| v. | : | |
| ANN TAMULE, aka, ANN M. SULLIVAN, alias, and MEDOPTIONS INC., | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED-TO MOTION TO CONTINUE THE DATE OF AND TO RESCHEDULE JURY SELECTION**

Defendants Ann M. Sullivan and MedOptions, Inc. (collectively "defendants") respectfully request that the date for the jury selection in the above-captioned case, currently scheduled to be conducted on October 9, 2008, be continued and rescheduled.

As grounds for this Motion, defendants represent that defendants' lead attorney, Lawrence Peikes, will be observing the Jewish holiday of Yom Kippur on October 9, 2008, and is therefore unavailable for jury selection on that date. Accordingly, defendants respectfully request that the jury selection be continued to the next available date at the Court's convenience

Respectfully submitted,

DEFENDANTS,
MEDOPTIONS, INC. and ANN SULLIVAN

//s// Christine K. Bush
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
1800 Financial Plaza
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cbush@duffysweeney.com

and

Lawrence Peikes
Admitted *Pro Hac Vice*
lpeikes@wiggin.com
WIGGIN AND DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(203) 363-7600-telephone
(203) 363-7676 -facsimile

Dated: September 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within **Memorandum of Law in Support of Assented-to Motion to Continue and Reschedule Jury Selection** was filed through the ECF system on this 15th day of September, 2008 and will be sent electronically to the below named counsel who are registered participants identified on the Notice of Electronic Filing:

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street
Suite 402
Providence, RI 02903

/s/ Christine K. Bush
Christine K. Bush

H:\Clients\MedOptions\Tamule\Pleadings\USDC RI\Mem Motion to continue date of jury selection.DOC